**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  21-cv-02818

DOUGLAS COUNTY SCHOOL DISTRICT RE-1,
C.B., by and through his parent and next friend, E.B.,
A.R., by and through his parent and next friend, L.R.,
J.G., by and through his parent and next friend, K.G.,
B.A., by and through her parent and next friend, J.A.,
M.M., by and through her parent and next friend, K.M.,
D.B., by and through his parent and next friend, J.B.,
R.P., by and through her parent and next friend, B.H.,
D.W., by and through his parent and next friend, G.W.,
A.L., by and through his guardian and next friend, C.L.

Plaintiffs,

v.

DOUGLAS COUNTY DEPARTMENT OF PUBLIC HEALTH,
DOUGLAS COUNTY BOARD OF HEALTH

Defendants.

**ENTRY OF APPEARANCE**

To the clerk of court and all parties of record:

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for all Plaintiffs named above.

Respectfully submitted this 20th day of October 2021.

*s/John F. Peters*
John F. Peters, Esq.
CAPLAN AND EARNEST LLC
3107 Iris Avenue, Suite 100
Boulder, Colorado 80301
303-443-8010
jpeters@celaw.com
Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on Tuesday, October 20, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system. Immediately upon filing, the foregoing will also be served along with the Complaint as well as any exhibits or related documents filed concurrently with the Complaint, and Motion for Temporary Restraining Order and Preliminary Injunction to all Defendants.

*s/Shelley McKinstry*
Shelley McKinstry, Paralegal
