**October 13, 2021**

**To:**  **Elliott Hood, Esq.**
**Caplan & Earnest, LLC**

**Re:**  **DCSD et al. v. Douglas County Health Department**

I, Dr. David A. Beuther, declare as follows under penalty of perjury pursuant to 28 U.S.C. § 1746:

## I. Qualifications

My name is David A. Beuther, MD, PhD. I am a practicing adult pulmonary and critical care physician licensed in the state of Colorado. I am currently the Chief Medical Information Officer at National Jewish Health in Denver, Colorado, and I hold the rank of Professor at National Jewish Health and Associate Professor at the University of Colorado.

My undergraduate training is in chemical engineering at the University of Michigan. I attended medical school and internal medicine residency at the University of Michigan in Ann Arbor, Michigan. I completed pulmonary and critical care fellowship at the University of Colorado and National Jewish Health (NJH) in Denver, CO, in 2005. My training includes medical critical care, surgical and trauma critical care, and both inpatient and outpatient pulmonary medicine. I have been seeing patients at NJH since 2003, and I have been on faculty at NJH since 2005. I maintain quadruple board certification in Internal Medicine, Pulmonary Diseases, Critical Care Medicine, and Medical Informatics. National Jewish Health is internationally recognized for its clinical, research, and teaching expertise in pulmonary diseases, allergy, immunology, and infectious diseases, and is our nation's leading respiratory hospital.

In my current role at NJH, I see outpatients in the general pulmonary clinic at NJH three half-days per week. My outpatient clinical focus is on severe asthma and complex chronic airways disease including severe COPD, end-stage lung disease, cough, unexplained dyspnea, problems with ventilatory drive and chronic respiratory failure, vocal cord dysfunction, bronchiolitis, and airway aspiration. I see all pulmonary conditions, including common and unusual lung infections (viral pneumonia, mycobacterial disease, bacterial pneumonia, etc), lung cancer, interstitial lung disease, chronic cough, and unexplained breathing problems. I have a large, longitudinal local follow-up patient practice that includes straightforward and complex conditions. About 20-30% of my practice is out-of-state referral patients who come nationally and

EXHIBIT
2

**1**

internationally to consult with me for a second opinion about difficult or unexplained pulmonary problems.

I am centrally involved in all aspects of the COVID-19 pandemic at NJH, and this brings unique qualifications to this case. As a physician, I have seen patients with suspected and confirmed cases of COVID-19 and those recovering from COVID-19 every week since the pandemic began. I helped to establish and see patients in our post-COVID clinic. I have spent many weekends in parking lots and field houses administering vaccines to the community in Colorado. Some of my patients are suffering from long-term symptoms, disability, and worsening health status months after the infection has resolved.

In my role on the NJH leadership team, I have been centrally involved as part of a small executive team leading every aspect of our pandemic response since the beginning, which still involves at minimum weekly crisis response meetings. I designed and deployed a new telehealth solution in March and April of 2020. I helped to develop and deploy our COVID-19 testing and results reporting strategies and am now helping with vaccine registration and scheduling systems. I lead our clinical data and business intelligence team responsible for ongoing reporting of COVID-19 testing, cases, and other operational reporting within and outside our institution, essentially creating a COVID-19 data warehouse and registry for NJH, and I have created and deployed reports and systems to identify specific patient populations to target the NJH community vaccination effort, which for our organization's size, was unmatched in the State of Colorado.

I also play a key role in communicating balanced, evidence-based scientific information to our patients and our broader lay community through various media outlets. I proof patient-facing COVID-19 content on our external website. I am one of the most requested experts at NJH for media inquiries, and I have done several dozen interviews during the pandemic with local, regional, and national media outlets, for television and radio, live on-air and recorded pieces, and including topics such as the biology of the virus, how the virus spreads, mask use and protection strategies, novel testing strategies, treatment, immunizations, variants, immunocompromised patients, breakthrough infections, and most recently, booster shots. I have co-led town hall meetings on COVID-19 for my colleagues internally at NJH. In my key leadership role at NJH, I have maintained weekly briefings from internationally recognized experts at our organization in virology, laboratory testing, infectious disease, and epidemiology, and attend weekly academic talks from nationally recognized experts in the COVID-19 pandemic, which allows me to be much more up to date and knowledgeable than a typical pulmonary and critical care physician.

I have served my community during the COVID-19 pandemic. I led two virtual town hall question and answer sessions on the COVID-19 pandemic specific to Douglas County and its citizens on 8/2/20 and 10/11/20. I was asked to serve as an advisor to the Douglas County Schools Restart and Recovery 2020-2021 Task Force, DCSD Operations Task Force, in June and July of 2020. I have been an informal COVID-19

strategy advisor to Redstone Elementary School and Rocky Heights Middle School in Douglas County, and I have served on Redstone's School Advisory Committee during the pandemic. I am the COVID-19 medical advisor for Denver Colorado Figure Skating Club and Denver Synchronicity skating teams, located at South Suburban Sports Complex in Douglas County, where I am responsible for co-authoring COVID-19 policy and operational safety strategies for hosting multi-state figure skating competitions, team practices, team travel, and athlete outbreak investigations.

I am familiar with Federal and State law and local public health orders under the COVID-19 pandemic. I am familiar with Centers for Disease Control (CDC), Food and Drug Administration (FDA), and other national professional society guidelines and recommendations as well as expert opinion regarding the COVID-19 pandemic.

Further elaboration of my background, education, training, clinical work, research, and publications are included in my extended CV, included as Attachment A.

## II. Materials Reviewed

The basis of my opinion includes my extensive clinical training and experience in inpatient and outpatient pulmonary medicine, internal medicine, and critical care medicine. This opinion is also supported by my more recent and extensive experience managing and leading the COVID-19 response and caring for COVID-19 patients at NJH and across my community, focused within Douglas County. I also support my opinion with my non-clinical and research education and training. As one of a small number of people who have completed a PhD program, I have learned how to objectively review and evaluate the scientific literature, test hypotheses, and execute scientific research programs. I have not performed an exhaustive or systematic literature review, but I have reviewed literature relevant to this case and where particularly relevant I have referenced that in my statement. My opinion also relies upon my review of the Douglas County Public Health Order dated 10/8/21.

## III. Opinions

The opinions and statements that follow are entirely my own, and formulated independently based upon my training, knowledge, clinical expertise, and literature review, and are a direct result of my independent review of the materials listed. I reserve the right to amend my opinions and statements if additional information becomes available to me.

## III-A. COVID-19 Disease Biology and Transmission

COVID-19 is an infectious disease caused by the SARS-CoV-2 virus, first discovered in December 2019. SARS-CoV-2 is a type of coronavirus, which is a very large ribonucleic

acid (RNA) virus that enters the body through the nose or mouth (less often the eyes), attaches to the mucus membranes, and enters the epithelial lining cells of the respiratory tract. Once inside, it uses a patient's own cell machinery to produce more virus, allowing it to replicate and spread further in the body.

Other types of coronaviruses exist, and some have been around for decades causing mild illness, such as the common cold. What makes SARS-CoV-2 unique is that it is much more infectious, and it can cause much more severe illness. Like the influenza virus, SARS-CoV-2 can get into the lower respiratory tract and cause a viral pneumonia, which can be life threatening, but unlike influenza, it does this much more commonly, and this type of pneumonia is more deadly. Another unique feature of this virus is its ability to cause an excessive host immune response in some people, leading to overwhelming inflammation and blood clotting that can cause sudden deterioration or even death. This is distinctly not a feature of influenza virus or other coronaviruses.

Symptoms of COVID-19 can be highly variable. Some infected individuals have no symptoms but have the infection and can spread it to others. Most have some combination of fever, chills, cough, sinus congestion or runny nose, sore throat, muscle or body aches, difficulty breathing, loss of taste or smell, diarrhea, nausea/vomiting, or headache.

While the virus enters the body through the respiratory tract and can travel to the lungs, the virus goes everywhere throughout the body. Sometimes this causes problems in other organ systems, such as the brain, muscle, or gastrointestinal tract.

Up to one-third of patients with symptomatic COVID-19 infections have long-term symptoms. While many of these resolve with time, some symptoms persist and can be debilitating. These "long COVID" patients can experience months or possibly permanent symptoms of brain fog, weakness, fatigue, poorly defined neurologic symptoms like numbness or tingling or balance issues, loss of taste or smell, chest pain, heart failure, leg swelling, arrhythmia, cough, or stomach upset. These lingering symptoms are experienced by all ages from young children to older adults, and it is not clear why this happens or how to treat it.

While coronaviruses mutate very slowly, there have been 239 million cases worldwide and 49.5 million cases in the United States, which resulted in mutations or changes in the virus. Essentially the only variant of concern in the United States currently is the Delta variant. This SARS-CoV-2 virus variant has modifications to the main spike protein used by the virus to enter respiratory epithelial cells, allowing it to be more infectious. The Delta variant is twice as likely to spread from one person to another compared to the original Alpha variant, and Delta variant infections seem to be less commonly associated with fever or loss of taste/smell, and sometimes symptoms are subtle and difficult to disambiguate from the common cold, allergies, asthma, etc.

SARS-CoV-2 primarily spreads from person to person through the air, on respiratory droplets and in aerosol form. It is much more contagious than the common cold or

influenza, but less contagious than measles. Droplet spread largely occurs between an actively infected individual and someone nearby. Use of cloth or surgical masks is highly successful at preventing transmission of droplet-based infectious agents. However, this Delta variant also spreads by aerosol, which makes it more infectious. Aerosol spread is still reduced substantially by simple respiratory mask wearing, but a well-fitting N95 mask is required to eliminate aerosol transmission. Therefore, simple surgical and cloth masks are not perfect, but they are still effective and this is why they have nearly eliminated influenza and the common cold at times, which are universally droplet transmission, while COVID-19 continues to spread. The Delta variant is also better able to enter the respiratory epithelial cells. These differences in virus capability and spread are why we observe the Delta variant has beat out all other variants of the virus, COVID-19 symptoms now are different than they were in 2020, the virus is now much more effective at getting children sick, and our protective measures from 2020 are not working as effectively in late 2021.

When discussing COVID-19 epidemiology, mitigation strategy, and policy, it is critical to understand that the Delta variant is a different virus, and what we learned about the Alpha variant may not apply to the virus currently in circulation.

## III-B. Epidemiology in Colorado and Prevalence of Delta Variant in Colorado

Colorado is currently in the 5th wave of the COVID-19 pandemic. Cases and hospitalizations have stabilized, and may be slightly decreasing, but high incidence and rates of transmission remain.

Seven-day moving average test positivity, a marker of disease control, remains high at about 7% on 10/11/21, from a low of 3% in late June 2021, and compared to a high of 13% in the November/December 2020 (wave 3)[1].

Seven-day new case counts (incidence) in the State of Colorado the week of 9/26/21 was 221/100k and the week of 10/3/21 was 241/100k[1], so incidence is not clearly decreasing statewide, and in some areas may still be increasing.

At the county level, Douglas County is about average for COVID-19 incidence. Three-day moving average incidence per 100k as of 10/11/21 for Douglas County is 29 compared to 34 state-wide, 26 in Denver County, 43 in El Paso County, and 26 in Jefferson County. These 3-day incidence rates have not substantially changed in weeks; there is no trend of improvement or worsening recently[1].

The Delta variant is the only SARS-CoV-2 variant in Colorado. The original Alpha variant is gone. Emerging variants of concern such as lambda or mu variants have been outcompeted or suppressed by the tremendous success of the Delta variant globally.

The week of 9/26/21, 99.7% of new COVID-19 cases were due to Delta variant B.1.617.2 and 0.3% of cases were due to Delta variant AY.2[1]. There were no cases attributable to other variants.

## III-C. Impact of Delta Variant on Children

Children are dramatically more affected by the Delta variant in Colorado and nationwide. With this variant, kids have been twice as likely to get infected and 2-3 times more likely to be hospitalized, and the portion of outbreaks attributable to schools has doubled.

Comparing Wave 3 in November/December 2020 to Wave 5 in September 2021 across Colorado, the proportion of cases in children 0-19 has increased from 13-16% to 30%-35% of all cases[1], a doubling of case proportion attributable to children.

Looking at severe COVID-19 disease, children are doing even worse with the Delta variant. 78% of hospitalizations in Colorado are in the unvaccinated, and most children are not able to be vaccinated. Looking at weekly hospitalizations by age, children are disproportionately being hospitalized in Wave 5 with the Delta variant compared to Wave 3 with the Alpha variant. The fraction of hospitalizations by week in ages 0-19 nearly tripled in Colorado between November/December 2020 and September 2021, increasing from 1.3%-2.3% to 2.9%-7.3%[1]. This supports the anecdotal observations from physicians at Children's Hospital Colorado, who are seeing a record number of children being hospitalized for COVID-19 during the current Wave 5 with the Delta variant. Hospitalizations in kids include respiratory failure due to severe COVID-19 pneumonia, exacerbation of underlying lung disease caused by COVID-19 virus pulmonary infection such as asthma or cystic fibrosis, and the inflammatory complication Multisystem Inflammatory Syndrome in Children (MIS-C). Respiratory failure and MIS-C can be immediately life threatening, and require intensive care unit care and expensive, traumatic, and high-risk interventions to sustain life.

Fortunately, death in children due to COVID-19 is rare. Of the 8065 COVID-19 attributable deaths in Colorado since the pandemic began, only 0.26% or 21 children have died.

Long COVID, or prolonged symptoms due to COVID-19 infection, occurs in children frequently, but its precise incidence and the significance, duration, and prognosis is unclear. There are children with persistent disabling symptoms months and even more than a year after COVID-19 infection.

The Delta variant is clearly targeting schools during Wave 5 because the proportion of outbreaks in Colorado attributable to a school or educational setting has doubled between Wave 3 in late 2020 (when schools were back in session) and September 2021. An outbreak is defined as two or more confirmed COVID-19 cases among students/staff from separate households and with onset within 14 days in a single

classroom or core group. Douglas County has the 8th highest prevalence of outbreaks in the state, at 269. Across Colorado, the weekly percent of outbreaks attributable to schools in November/December 2020 was 21%-28%, and in September 2021 with the Delta variant was 44%-52%[1]. Half of all outbreaks now occur in schools.

My own personal observations are relevant. I have an 11-year-old and 13-year-old in Douglas County Schools, and I have had children attending school in this district for over 10 years. In August and early September, before a universal mask mandate, cases, classmate absences, and exposure notifications increased substantially. Teachers were starting to struggle to maintain continuity of their lesson plans. Sometimes classes had only a few students, and group projects or lesson continuity became impossible. Their school seemed to be at risk of shutting down for uncontrollable transmission. Two or three weeks after the universal mask mandate, I observed a significant improvement reported by my children in terms of class attendance and lesson continuity. School began to feel "normal" again. Frequent child exposure notifications continue, but classes report fewer absences. Their school narrowly avoided shutting down because of the mask mandate.

There is good evidence that the Delta variant is twice as infectious as the previous Alpha variant[2], and some evidence that the Delta variant is more deadly, but evidence of increased severity in children is not yet available.

A significant challenge with assessing impact of Delta variant on children is a bias toward underreporting. It is widely believed that many children (and adults) with mild symptoms never get tested, due to lack of convenient or inexpensive tests, lack of understanding that COVID-19 can have very mild symptoms, or direct attempts to avoid missed school or activities due to quarantine. There is every reason to believe that the underreporting or case detection bias in COVID-19 is more significant for children than adults. If this is the case, the true impact of COVID-19 on school-age children is much worse than these data suggest. In other words, these data are a best-case representation of the COVID-19 crisis going on with the Delta variant and our children. I can be confident that if there is bias in the data, it is only in the direction of greater impact on the children of Colorado.

And even if children do not themselves become ill, COVID-19 can have a profound impact on their lives through the loss of parents, a deeply traumatic and destabilizing event in a child's life. I heard last week from an intensivist about a local mother having to say goodbye to her teenage children over Zoom from her hospital bed. She died of COVID-19. Her kids no longer have a mom.

## III-D. Availability of Vaccines for Children and Vaccination Rates by State and County

There are three FDA-approved COVID-19 vaccines available to adults 18 or older in the United States. Only the Pfizer-BioNTech vaccine is approved for children ages 12-17. Its initial approval in December 2020 only extended to 16 years and up, and the approval for ages 12-15 did not occur until 5/10/21. This means that any child under age 12 is not eligible for a vaccination, and ages 12-15 have only had a few months to get fully vaccinated before the school year began, which contributed to lower vaccination rates in that group.

Vaccination rates in the United States and in Colorado are not as high as expected due to an unanticipated high rate of vaccine hesitancy, despite adequate supply and the mRNA vaccines being some of the safest and effective vaccines ever created, and despite these vaccines being studied more than any prior vaccine in human history, and despite there being essentially no medical or official religious contraindication to taking the vaccine. Currently Colorado has fully vaccinated 72% of its eligible population, or 60% of its entire population, which compares to a national vaccination rate of 57% of the entire population. So, Colorado is just slightly ahead of the average US vaccination rate.

Douglas County is also average. Up to date vaccination rates among eligible individuals in Douglas County is 74%, compared to 77% for Denver County, 71% for Arapahoe County, and 63% for El Paso County. In Douglas County, up to date vaccination rates for 65 and up is 95%, and for 18 and up is 76%, suggesting that the younger population is far less vaccinated than the older population[1]. Unpublished data has suggested that far less than 50% of eligible 12-17-year kids are currently vaccinated in Colorado, but this cannot be confirmed with publicly available data.

Vaccination with an mRNA vaccine like Pfizer-BioNTech requires two doses separated by 3 weeks. One is expected to be fully immune 2-3 weeks after the second dose, which means it takes 5-6 weeks before an individual is fully vaccinated.

FDA approval of the Pfizer-BioNTech vaccine for ages 5-11 at a lower (10 mcg vs. 30 mcg) dose is anticipated in late October 2021. We have been reassured that vaccine supply and distribution of this smaller pediatric dose is ready to go, which means more school-age kids can get vaccinated, which should reduce outbreaks and cases among Colorado's schools.

However, it will take months to get these kids vaccinated. Assuming we start November 1, 2021, and most kids who want a vaccine get their first dose by mid-December, it will be 6 weeks later and late January before they are fully immune, likely well into a 6th or 7th wave. Vaccine hesitancy is particularly high among parents of small children, so it is unlikely this expansion of vaccine eligibility will result in a large fraction of 5-11 vaccinated or make a significant impact on overall vaccination rates, risk, or case rates in the absence of a vaccine mandate for schools. A Kaiser Family Foundation COVID-19 vaccination survey published online 9/30/21 demonstrated that if hypothetically the Pfizer-BioNTech vaccine is approved for age 5-11, only 34% of parents of children aged 5-11 will vaccinate them "right away," 32% will "wait and see," and 24% will "definitely

not" vaccinate[3]. We know hypothetical survey answers often deviate from reality and we do not know what Douglas County parents will do, but at best, when our schools come back after winter break, possibly one-third of 5-11-year-old students will be fully vaccinated. We do not currently know what percentage fully vaccinated or recently infected is required for "herd immunity" against the Delta variant, but because it is more infectious, experts believe this number is >90% not 75%-80%. We cannot rely on a recently approved vaccine to take the place of other protective measures to keep our schools open, operational, and safe.

### III-E. Conditions Putting a Child at Greater Risk of Severe Illness or Adverse Outcome from COVID-19 infection.

Most children and their families are healthy, leading many to accept greater risk of COVID-19 infection among children and young adults. However, in all communities, there are children and family members with conditions that put them at significant increased risk of becoming infected with SARS-CoV-2, or more severe COVID-19 disease. In schools there are also children with disabilities and special needs who may or may not be at increased risk of COVID-19 but who suffer disproportionate negative consequence to the instability and lack of access to in-person learning that directly results from outbreaks in schools and high rates of viral transmission in schools. Lax public health policy and uncontrolled viral transmission directly discriminates against and harms vulnerable students and families.

We must consider the health of both children and adults when thinking about schools because if a family member is vulnerable, a healthy child who is infected at school can bring the virus home to the vulnerable adult, who might suffer a much more severe infection. Stories of children losing parents and grandparents to COVID-19 infection continue to occur in our intensive care units and are common, tragic, and ongoing, even though this type of situation is preventable.

The primary way to fight off a viral infection is with an appropriate immune response, so children and adults with an impaired immune system are at very high risk of SARS-CoV-2 infection and severe adverse outcomes.

Cancer. COVID-19 outcomes for people in active treatment for cancer are worse than the healthy population, and there is evidence that even individuals with any history of cancer are at higher risk of severe disease and mortality compared to the healthy population[4]. Cancer is associated with about 2.5-fold increased odds of mortality from COVID-19[5], and cancer is common in children: 1 in 300 children will develop cancer before age 20[6].

Cystic fibrosis and chronic lung disease. COVID-19 is a respiratory viral illness that commonly causes pneumonia, so any chronic lung disease increases risk of viral pneumonia, more severe COVID-19 infection, hospitalization, respiratory failure, and death. For example, COPD is a significant risk factor in older adults[4]. In children, the

greatest risk might be cystic fibrosis, which is a condition that shortens lifespan and causes mucus to accumulate in the lungs, leading to high risk of pneumonia and respiratory failure. Children with cystic fibrosis are commonly in and out of the hospital with respiratory infections even in the absence of a viral respiratory disease pandemic, so they are particularly threatened by COVID-19. Additionally, when a patient with cystic fibrosis suffers a severe viral or bacterial pneumonia, they usually suffer permanent loss of lung function, which leads to increased chronic symptoms and disability, and decreases the time until they need a lung transplant. So, COVID-19 for a cystic fibrosis patient can have serious and permanent consequences even if they do initially recover. About 1 in 2500 children have cystic fibrosis. Douglas County Schools enrolls about 64,000 students, so there are likely to be approximately 25 kids with cystic fibrosis at greatest risk to COVID-19 infection. They do not have the luxury of risk or getting even a mild case of COVID-19.

Asthma. About 7% of kids have asthma[7]. While asthma is not commonly associated with COVID-19 hospitalization or severe outcomes, individuals with asthma are at increased risk of asthma exacerbation due to any viral infection and particularly COVID-19, which leads to missed school, adverse effects of medications, urgent care visits, or hospitalizations. Those with severe uncontrolled asthma or abnormal lung function, like COPD, have substantial increased risk.

Diabetes. Diabetes is a strong risk factor for severe adverse outcomes from COVID-19[5], in part because even when it is well controlled, it is associated with impaired immune response to infection. This is true of both Type 1 and Type 2 diabetes. 34 million Americans or 10.5% of the population has diabetes[9]. Diabetes affects about 0.25% of children, most of which is the more severe Type 1 diabetes. Based on an enrolled population of 64,000 students in Douglas County Schools, I estimate 160 students have diabetes.

Heart disease. While coronary artery disease is rare, kids with congenital heart disease are at increased risk of severe adverse outcomes from COVID-19 infection.

Immunosuppressive drugs. Use of medications that suppress the immune system are becoming more prevalent with time, as advancements in treatment of rheumatologic and other autoimmune and inflammatory conditions leads to new treatment options. Children taking medications like oral corticosteroids for asthma or medications for inflammatory arthritis are unable to mount an adequate immune response to a COVID-19 vaccine or to defend against a COVID-19 infection, so they are unable to protect themselves with vaccine and are at very high risk of severe COVID-19 infection. Data on prevalence of immunosuppressive medications in children is difficult to find, but a 2021 study demonstrated that using a very narrow (restrictive) definition, 2.8% of adults 18-64 were taking medications that caused significant immunosuppression[8].

Primary immunodeficiency disorders. Primary disorders of the immune system present in childhood, and range from uncommon to rare, but cause a severe increased risk of COVID-19 infection because they cannot mount an immune response to the infection,

and they are unable to generate a protective immune response to a vaccine. These individuals have immediate risk of death from COVID-19 infection.

Developmental, physical, and mental health disabilities. Children with developmental or certain physical disabilities, facial structural difference, sensory disorder, psychological or psychiatric conditions, Down Syndrome, or musculoskeletal disorders (e.g., cerebral palsy, limb loss, arthrogryposis) may have trouble properly managing masking and hand hygiene essential to protecting them from viral infection, which puts them at increased risk for acquiring COVID-19 infection, whether or not their specific condition puts them at increased risk of adverse outcome should they develop an infection, and this increased risk of having an infection statistically leads to a disproportionate burden of adverse outcomes from COVID-19. More concerning, a recent study in the New England Journal of Medicine Catalyst online peer-reviewed journal found that intellectual disability was the strongest predictor of a COVID-19 diagnosis and outside of age was the strongest predictor of mortality from COVID-19[10].

Epilepsy. Having a seizure disorder does not increase risk of COVID-19 infection or severe outcomes from COVID-19 infection. However, some patients have an inflammatory basis of their seizures, and COVID-19 infection can increase brain inflammation, and some patients have reported their seizures becoming more difficult to control or that their medications are less effective at suppressing seizures after COVID-19 infection. Seizures are also associated with other conditions that increase risk of COVID-19 like certain neurologic and developmental conditions, swallowing disorders, etc.

Other conditions. Obesity is a risk factor for adverse outcomes from COVID-19 infection, and unfortunately, and increasing number of children are overweight or obese. Douglas County touts its overall excellent health and low rates of obesity, but obesity in this county is still increasing just as fast and is very common among children and adults. There are too many other conditions to mention that are associated with an increased risk from COVID-19, but some include sickle cell anemia, familial Mediterranean fever, and chronic kidney disease. When you add up all conditions that increase risk, it is pretty common to be a kid in Douglas County with one or more risk factors.

## III-F. Public Health Agency Recommendations on Masking in Schools

The Centers for Disease Control (CDC), American Academy of Pediatrics, and the National Association of School Nurses all recommend universal masking of children aged 2 and up to prevent the spread of COVID-19 in schools[11-13]. Masks should cover the nose and mouth and are particularly important indoors. Universal mask wearing is a major part of a layered strategy to reduce transmission risk in schools, along with screening, testing, physical distancing, vaccination, ventilation, cough etiquette, hand hygiene, and staying home when sick. The mask recommendation is based on strong evidence of efficacy in many different real-world settings Masks are particularly

important in schools because other measures are likely not easily achievable, such as physical distancing, ventilation, or universal vaccination.

There is no body of evidence, major public health agency, health expert panel, or scientific consensus statement that contradicts this recommendation. It is not disputed or controversial among experienced public health professionals or medical experts.

## III-G. Efficacy of Masking in Reducing COVID-19 Transmission in Schools

Masks are highly effective at reducing COVID-19 transmission in schools. Multiple peer-reviewed studies in thousands to millions of children in schools in Florida (K-12)[14], rural Wisconsin (K-12)[15], Utah (K-5)[16], and Missouri (K-12)[17] have been published demonstrating that schools with universal masking have lower COVID-19 secondary transmission rates: 1-4% vs. 11-27% for schools without masking. When masks fit well and are worn consistently, they are highly effective at keeping kids healthy and preventing transmission through the school day. Most kids can safely and consistently wear a mask, even if they have behavioral, physical, or developmental challenges, and where there are challenges, such as communication in deaf children, there are modifications and workarounds to address problems with masks.

There is no evidence to support physical or psychological harm from wearing a standard cloth face covering or surgical mask throughout the school day. Claims that children or adults experience impaired ventilation or buildup of carbon dioxide are categorically false, and these ideas have been disproven through empirical study even in severely compromised and chronically ill pulmonary disease patients.

I care for some of the sickest and most chronically ill and impaired pulmonary disease patients that exist, including those with COPD and 10% lung function at constant risk of death. Since the onset of the pandemic, I have not yet come across a single patient who has suffered a medical problem because of mask wearing or has not been able to ventilate through or wear a mask. At National Jewish Health, we mandate masks for all patients and staff, and in 18 months I can count only a dozen or so patients who were truly unable to wear a mask safely and effectively, and most of them had severe uncontrolled panic disorder.

Masks can be hot. They are annoying. They can irritate your skin or cause acne to break out on your face. They can increase anxiety if you have a severe lung disease. But they cannot harm you.

Masks are also not harmful to children's mental health. There is no peer reviewed, published evidence to support this false claim.

We are all suffering with our mental health during this pandemic, but the most significant negative impact on children's mental health results from interruption of in-person learning. Interruption of in-person learning results from uncontrollable COVID-19

outbreaks and high levels of in-school transmission. Universal masking is scientifically proven along with vaccination to be highly effective in reducing viral transmission. Therefore, universal masking is a key strategy to improve student mental health and removing this mandate during a time of high viral transmission is an action likely to disrupt in-person learning and worsen mental health.

## III-H. Necessity for allowing the School District to Require Universal Masking

It is essential to keep our children safe from infection to protect their and their family's physical health, and to maintain in-person learning to offer a full suite of required services and to protect mental health. Douglas County School District is obligated to do whatever is reasonable and effective to protect the physical and mental health of their students. In addition to this being implicit in their mission as a school district, and regardless of any state or county law or public health order, they are explicitly obligated to comply with federal law under the Americans with Disabilities Act.

It is essential to allow Douglas County School District to require universal masking during a time of high viral transmission and during a severe COVID-19 respiratory pandemic because they are obligated to protect the most vulnerable children – those with chronic illness or disability who often cannot effectively advocate for themselves, and who are extremely vulnerable to severe illness or death from COVID-19.

There is a critically flawed misunderstanding about masks, particularly among those that resist universal mask mandates. The person wearing a mask is not highly protected from SARS-CoV-2. Personal mask use is clearly effective but given that the Delta variant has significant aerosol as well as droplet transmission and is twice as contagious, it is no longer acceptable to say, "If you are concerned or vulnerable, you can wear a mask, but others don't have to." This sentiment is incorrect and demonstrates a fundamental misunderstanding that puts our children and community at risk. Masks have fair protection for the wearer, but they are much more effective at preventing the wearer from unknowingly spreading their infection to others.

A vulnerable student or staff member is only safe at school when everyone else is wearing a proper face covering throughout the school day. If mask use is incomplete or voluntary among other students and staff and viral transmission and case rates in the community are high, having a vulnerable student wear their cloth or surgical mask around others that are unmasked is unacceptably inadequate protection for them.

A universal mask mandate, at this time in a sustained Wave 5 of the pandemic, is essential to prevent uncontrollable transmission and outbreaks that would lead to excess morbidity and mortality among our children and their families, disruption of in-person learning, and deterioration in physical and mental health of our students.

Students with disabilities require access to safe in-person learning to receive required services they cannot receive if they school at home. In-person learning enables

disabled students to access essential services like physical therapy, occupational therapy, speech therapy, mental health services, social work, and other supportive interventions. In addition, some students require in-person learning to access meals, physical activity, or technology they may not have at home. Douglas County School District is legally obligated to provide these services, and to provide a safe environment for learning. If they are prevented from being able to require universal masking during high viral transmission, they will create an unsafe environment at school that, despite the individual choosing to wear a face covering, puts that individual at high risk of infection and severe adverse health outcomes. In that scenario, the district will have failed to make reasonable accommodation to allow disabled students to safely attend school in-person and receive the same quality of education as able-bodied students, and they will deny disabled students essential services only offered through in-person school. It is false and contradictory to well established scientific understanding of the Delta variant of SARS-CoV-2 to suggest that a vulnerable student can simply wear their own mask and safely walk into a classroom with unmasked students.

## III-I. Isolation and Quarantine as a Critical and Evidence-Based Public Health Measure to Reduce Viral Transmission in Schools

There is scientific consensus and no disagreement among physicians and public health experts that isolation of confirmed cases and quarantine of asymptomatic close contacts of confirmed cases is essential to controlling viral transmission in schools. The use of quarantine is as important as universal masking and vaccination in a layered strategy to prevent spread of infection through a classroom or school. While there is disagreement on the optimal mix of public health strategies to maximally contain the pandemic, quarantine alone or in combination with other public health measures reduces new cases, transmissions, and death from COVID-19[18].

Having asymptomatic students quarantine briefly at home certainly has negative consequences for education quality and mental health for those students or classes that are under quarantine, but a testing-based strategy can get students out of quarantine sooner, and the selective use of quarantine for the highest risk exposures reduces the risk that an entire grade or school must quarantine or must quarantine longer. In other words, quarantine is not ideal, but the net benefit to students and staff is clear. Schools stay open, students maximize in-person learning and services, and case rates and transmission are significantly reduced.

## III-J. Health Risks and Consequences of the Douglas County Health Department Order

The Douglas County Health Department order dated October 8th, 2021, prohibits Douglas County School District from meeting legal obligations to vulnerable and disabled students under the Americans with Disabilities Act. This order directly discriminates against disabled students. Universal masking in schools is repeatedly

proven effective in peer-reviewed literature. There is no evidence of significant harm to students. Quarantine is an essential tool to reduce transmission, reduce case rates, and reduce mortality that results from infecting vulnerable students, family members, or community. Masks and quarantine are indisputably supported by physicians and public health professionals and are key evidence-based components of a layered strategy to keep schools safe and operating for continuous in-person learning. By issuing this order, Douglas County Health Department is recklessly disabling the district from meeting its moral and legal obligation to its students, families, and community.

## Conclusions

There is no meaningful debate within the scientific and medical communities that universal masking and adequate quarantine protocols are effective, safe, and essential measures to slow the spread of the SARS-CoV-2 virus. These measures are especially important with the emergence of the Delta variant and to protect vulnerable populations, including children with preexisting medical conditions. Allowing individuals to opt out of these measures shows a fundamental misunderstanding of how the virus is transmitted and how these preventative measures operate to slow the spread of disease. Rather, it is the large-scale, community-wide nature of these preventative actions that makes them effective, not any one individual's choice to follow them.

As a doctor, it is my professional and ethical duty to provide effective treatment to patients and medical guidance to the community. It is my professional opinion that the Douglas County Health Department's October 8, 2021, Public Health Order unnecessarily endangers public health with no legitimate scientific or medical basis. I am highly concerned that if the school district is not allowed to require science-based measures to protect its students, staff, and families, the question is not whether vulnerable people will be harmed, but how many and how badly.

Respectfully Submitted October 14, 2021,

David A. Beuther, MD, PhD, FCCP

Denver, CO

**Attachment A:  Curriculum Vitae**

David A. Beuther, M.D.
Curriculum Vitae
Page 1

|                    |                                                |
|--------------------|------------------------------------------------|
| Current Position:  | Chief Medical Information Officer              |
|                    | Professor, Department of Medicine              |
|                    | National Jewish Health                         |
|                    | Denver, CO                                     |
|                    |                                                |
|                    | Associate Professor, Department of Medicine    |
|                    | University of Colorado                         |
|                    | Aurora, CO                                     |
|                    |                                                |
| Present Address:   | National Jewish Health                         |
|                    | 1400 Jackson St., J220                         |
|                    | Denver, CO  80206                              |
|                    | Phone:        (303) 398-1240                   |
|                    | Fax:          (303) 398-1476                   |

I.   Academic History

   A.  Education

|             |                                                  |
|-------------|--------------------------------------------------|
| 1991 – 1995 | University of Michigan                           |
|             | College of Engineering                           |
|             | Ann Arbor, Michigan                              |
|             | BSE, Chemical Engineering                        |
|             |                                                  |
| 1995 – 1999 | University of Michigan                           |
|             | School of Medicine                               |
|             | Ann Arbor, Michigan                              |
|             | M.D.                                             |
|             |                                                  |
| Spring 2008 | BioMedical Informatics MBL/NLM Course Fellow     |
|             | Marine Biology Laboratory, Woods Hole, MA        |
|             | Sponsored by the National Library of Medicine    |
|             | Certificate                                      |
|             |                                                  |
| October 2009| CMIO Boot Camp                                   |
|             | American Medical Informatics Association         |
|             | Scottsdale, AZ                                   |
|             |                                                  |
| 2011 – 2013 | National Jewish Health                           |
|             | Leadership Academy                               |
|             |                                                  |
| 2003 – 2010 | University of Colorado School of Public Health   |
|             | Denver, CO                                       |
|             | Coursework in partial fulfillment towards MPH degree |

David A. Beuther, M.D.
Curriculum Vitae
Page 2

|  | Program. |
|---|---|
| 2010 – 2019 | University of Colorado Anschutz Medical Campus |
|  | Clinical Science Graduate Program |
|  | Health Information Technology Track |
|  | Aurora, CO |
|  | Doctor of Philosophy |
|  | "Performance of a Rules-Based, Electronic, Health Record-Driven Severe Asthma Case Finding Algorithm for Clinical Trial Recruitment" |

B.  Board Certification

| USMLE Step 1, 2, 3 | 1997-2002 |
|---|---|
| Internal Medicine | 2002, recertification 2013, expiration 12/31/2023 |
| Pulmonary Diseases | 2004, recertification 2014, expiration 12/31/2024 |
| Critical Care Medicine | 2005, recertification 2015, expiration 12/31/2025 |
| Clinical Informatics | 2015, expiration 1/31/2025 |
| Colorado License | 2002, expiration 4/30/2021 |
| DEA License | 2002, expiration 7/31/2021 |

II.    Professional Positions

| 1999 – 2002 | Internship and Residency |
|---|---|
|  | University of Michigan Health System |
|  | Ann Arbor, Michigan |
|  | Internal Medicine |
| 2002 – 2005 | Fellowship |
|  | University of Colorado Health Sciences Center |
|  | Denver, Colorado |
|  | Pulmonary/Critical Care Medicine |
| 2003 – 2005 | Post-Doctoral Research Fellow |
|  | National Jewish Medical and Research Center |
|  | Denver, Colorado |
| 2005 – 2006 | Instructor |

David A. Beuther, M.D.
Curriculum Vitae
Page 3

|  |  |
|---|---|
|  | National Jewish Medical and Research Center<br>University of Colorado<br>Denver, CO |
| 2006 – 2013 | Assistant Professor<br>National Jewish Health<br>University of Colorado<br>Denver, CO |
| 2007 – 2011 | Director of Medical Informatics<br>National Jewish Health<br>Denver, CO |
| 2011 – Present | Chief Medical Information Officer<br>National Jewish Health<br>Denver, CO |
| 2013 – 2021 | Associate Professor<br>National Jewish Health<br>Denver, CO |
| 2013 – Present | Associate Professor<br>University of Colorado<br>Denver, CO |
| 2021 – Present | Professor<br>National Jewish Health<br>Denver, CO |

III.    Academic Honors

A.  Scholarships and Fellowships

| 2006 – Present | Fellow, American College of Chest Physicians |
|---|---|

B.  Special Recognitions

| 2006 | Employee of the Month<br>National Jewish Medical and Research Center<br>Nomination by a patient |
|---|---|
| 2008 | National Jewish Health Faculty Awards Program |

David A. Beuther, M.D.
Curriculum Vitae
Page 4

|  |  |
|---|---|
|  | Awarded, Faculty Citizen of the Year |
| 2008 | National Jewish Health<br>Faculty Awards Program<br>Nominated, Outstanding Medicine Junior Faculty |
| 2013 | The Breakaway Group<br>Recipient of the 2012 Promise Award<br>Awarded annually to those who best exhibit the Promise:<br>"To always leave more than we take." |

C.  Invited Lectures

| 2004 | First Annual Respiratory Disease Young Investigators Forum<br> *"Human Bronchial Epithelial Cells Augment IL-8 Production in Response to Mechanical Stress"*<br>Washington, DC |
|---|---|
| 2005 | 7th Annual ACCP Leadership Development Program for Academic Physicians<br>Montréal, Québec, Canada |
| 2006 | Invited Speaker<br>28th Annual Keystone Update<br>"Obesity and Asthma" – asthma case conference<br>Keystone, CO |
| 2006 | Invited Speaker<br>University of Colorado<br>52nd Family Medicine Review<br>"Update on Asthma: Problem Cases"<br>Denver and Estes Park, CO |
| 2007 | Invited Speaker<br>University of Colorado<br>53rd Family Medicine Review<br>"Adult Asthma: Severity vs. Control"<br>Denver and Estes Park, CO |
| 2007 | Invited Speaker<br>Successful Asthma Management in the Urban Setting:<br>Asthma In Defined Populations<br>"Obesity and Asthma"<br>Long Island College Hospital, Brooklyn, NY |

**20**

David A. Beuther, M.D.
Curriculum Vitae
Page 5

| | |
|---|---|
| 2007 | Invited Speaker<br>American College of Chest Physicians International<br>Conference<br>"Obesity Epidemic: Implications for the Pulmonary, Sleep,<br>and ICU Physician: Physiology of Obesity"<br>Chicago, IL |
| 2008 | Visiting Professor<br>University of Hawaii<br>Honolulu, HI<br>*One-week lecture series focused on obesity and asthma* |
| 2009 | Invited Speaker<br>American Academy of Allergy Asthma & Immunology<br>Annual Meeting<br>"Obesity and Asthma: Impact on Diagnosis and Therapy"<br>Washington, DC |
| 2009 | Visiting Professor<br>South Dakota School of Mines and Technology<br>Department of Chemical and Biological Engineering<br>Seminar Title: "Chemical Engineers in Medicine: A Heat<br>and Mass Transfer Approach to Exercise-Induced Asthma"<br>October 19-21, 2009<br>Rapid City, SD |
| Sept 2010 | Invited Speaker<br>2010 Healthcare Forum<br>"Beyond Implementation: The New Leadership Agenda for<br>Lasting EMR Adoption"<br>Talk title: "Ownership"<br>The Breakaway Group<br>Englewood, CO |
| May 2011 | Invited Speaker - Webinar<br>"Allscripts EHR: The National Jewish Experience"<br>North Shore Long Island Jewish Health System<br>New York, NY |
| June 2011 | Invited Speaker<br>2011 Healthcare Forum<br>"EMR Adoption: Stepping Up to a National Challenge"<br>Talk title: "The Great Debate: Clinical Documentation"<br>The Breakaway Group |

David A. Beuther, M.D.
Curriculum Vitae
Page 6

|  |  |
|---|---|
|  | Englewood, CO |
| April 2012 | Invited Delegate<br>TEDMED 2012<br>The Kennedy Center<br>Washington, DC |
| December 2012 | Invited Speaker<br>Allscripts Academic User Group Teleconference<br>"Research Informatics at National Jewish Health" |
| April 2013 | Invited Delegate<br>TEDMED 2013<br>The Kennedy Center<br>Washington, DC |
| May 2013 | Invited Speaker<br>"Physician Leadership in Health IT Adoption"<br>Colorado Health Information Management Association<br>Spring Meeting 2013<br>Denver, CO |
| August 2013 | Invited Speaker<br>Colorado Asthma Coalition<br>"Obesity and Asthma"<br>Denver, CO |
| May 2014 | Xerox Healthcare Midas+ Conference<br>Executive Insights Work Group<br>Tucson, AZ<br>*This group of national health care thought leaders convened to examine how healthcare executives create a future state vision for their organizations and how they prioritize their work to achieve sustainable, high-value healthcare tomorrow.* |
| June 2014 | Invited Speaker<br>Colorado Health Information Management Systems Society<br>"Physician Engagement in Health IT Adoption"<br>Denver, CO |
| August 2014 | Invited Speaker<br>Longmont United Hospital<br>Physician-IT Challenges and Successful Strategies for Physician and IT Partnership |

David A. Beuther, M.D.
Curriculum Vitae
Page 7

|  |  |
|---|---|
|  | "Physician Engagement in Health IT Adoption"<br>Longmont, CO |
| November 2014 | Invited Speaker<br>NAMCP/AAIHDS/AAMCN Fall Managed Care Forum<br>"Best Practices in the Prevention and Management<br>of COPD"<br>Las Vegas, NV |
| November 2015 | Invited Speaker<br>Best Practice Pharmacotherapeutics in Primary Care: Better<br>Health, Better Care, Better Cost for Underserved<br>Populations<br>"Asthma and COPD"<br>Aurora, CO |
| March 30, 2017 | Expert Panel Member<br>Asthma Roundtable: Gap Analysis on Transitions in Care<br>Mount Sinai School of Medicine<br>Mount Sinai National Jewish Health Respiratory Institute<br>New York, NY |
| December 13, 2017 | Invited Expert Panelist<br>Colorado Health Information Management Systems Society<br>"Addressing Physician Burnout and Improving Physician<br>    Resilience Within the EHR"<br>Aurora, CO |
| October 8, 2018 | Invited Speaker and Expert Panelist<br>Precision Medicine and Severe Uncontrolled Asthma<br>Dinner Symposium, CHEST Annual Conference<br>San Antonio, TX |
| March 7, 2019 | Invited Expert Panelist<br>Denver Regional Clinical Informatics Summit<br>Colorado Health Information Management Systems Society<br>"Innovation"<br>Aurora, CO |
| Fall 2020 | Douglas County Virtual Town Hall Meetings<br>"Coronavirus Q+A with Dr. Beuther"<br>8/2/2020 and 10/11/2020 |
| September 5, 2021 | Invited Speaker<br>European Respiratory Society (ERS) |

David A. Beuther, M.D.
Curriculum Vitae
Page  8

International Virtual Congress 2021
Satellite Symposium, *Relegating Oral Corticosteroids to a Last Resort in Asthma: How Do We Transform Clinical Practice?*
"Transforming Care in Severe Asthma with PRECISION: a US Perspective on OCS Stewardship"

IV.     Professional Societies and Honorary Societies

           1991 – 1997          American Institute of Chemical Engineers

           1999 – 2004          American College of Physicians

           1995 – 2004          American Medical Association

           2002 – Present       American Thoracic Society

           2003 – Present       American College of Chest Physicians

           2010 – Present       American Medical Informatics Association

V.      Committee Participation and Other Service Activities

    A.  Institutional

           2005 – 2015          National Jewish Health
                                Institutional Review Board
                                Ad Hoc Consultant Reviewer

           2006 – 2013          National Jewish Health
                                Continuing Medical Education Committee
                                *I regularly review internal and external CME materials for content, bias, and conflict of interest.*

           2007 – 2013          National Jewish Health
                                Diagnostics and Therapeutics Committee
                                Committee Chair
                                *This subcommittee of the MEC is charged with monitoring patient safety data. As a senior member of the committee, I have also stepped in to chair the committee on several occasions.*

           2007 – 2014          National Jewish Health

**24**

David A. Beuther, M.D.
Curriculum Vitae
Page  9

|  | Electronic Medical Record Steering Committee |
|  | Committee Co-Chair |
|  | Institutional EMR Physician Champion |
|  | Pulmonary Division Representative |
|  | *I am the physician champion and have played a lead role in the strategy, design, development, implementation, and adoption of our EMR, and am responsible for communicating and translating among Information Systems, faculty, clinical staff, and NJH administration.* |
| 2009 – 2011 | Data Safety Monitoring Committee |
|  | "Apoptosis and Defective Repair in COPD" |
|  | COMIRB 07-0920 |
| 2009 – 2011 | Data Safety Monitoring Committee |
|  | "Lovastatin as a Potential Modulator of Apoptosis in COPD" (NJ IRB HS 2163) |
| 2009 – present | National Jewish Health |
|  | Research Informatics Advisory Committee |
|  | Biobank Advisory Committee |
|  | *My role is to integrate institutional efforts at clinical EMR adoption and NJH Research Database development.* |
| 2009 – present | National Jewish Health |
|  | Medical Records MEC Sub-Committee |
|  | Chair, 2011 – present |
|  | *In addition to setting medical record policy, I have been working with our HIM director to drive change to more electronic processes, and to optimize the EMR and the medical record for the end user.* |
| 2009 – present | National Jewish Health |
|  | EMR Governance Committee |
|  | Founder and Chair |
|  | *I created this EMR optimization group in 2009, meeting twice monthly and now growing to encompass nearly all clinical information systems and many clinical workflow re-engineering efforts at NJH. Attendees frequently describe this committee as, "One of the most productive meetings I have at NJH," and, "The place to go to get answers and get something accomplished."* |
| 2009 – 2013 | National Jewish Health |
|  | Clinical Operations Committee |

David A. Beuther, M.D.
Curriculum Vitae
Page  10

|  |  |
|---|---|
|  | *The focus of this group is on solving complex clinical and operational problems, where I often play an active role in analysis and problem solving.* |
| 2010 – present | National Jewish Health<br>Faculty Awards Committee<br>Chair, 2011 – present<br>*I lead our production of an annual recognition dinner event, on behalf of my CEO. I am responsible for leading the committee that solicits faculty nominations, selects, awardees, and plans the program.* |
| 2011 – 2013 | Data Safety Monitoring Committee<br>"The effect of an oral antioxidant, N-Acetyl-L-Cysteine, on inflammatory and oxidative stress markers in pulmonary sarcoidosis" |
| 2011 – present | National Jewish Health<br>Medical Executive Committee |
| 2011 – 2016 | National Jewish Health<br>Lung Cancer Screening CT Program Working Group<br>*My role has been to assist this group in workflow and process engineering, and in improving communication with clinicians in launching a new clinical service.* |
| 2011 – present | National Jewish Health<br>Patient Portal Steering Committee<br>Patient Portal Workgroup<br>*I have been integrally involved in the design, development, and implementation of our internally developed online patient communication system.* |
| 2011 – 2014 | National Jewish Health<br>Clinical Research Leadership Management Committee<br>*My role in this committee was to assist a re-engineering of the clinical research processes and management at NJH, to make the enterprise more efficient. My specific role was to leverage our information systems to improve clinical trial enrollment. I have also played a central role in change management and developing faculty communication strategies for this project.* |
| 2012 – 2014 | National Jewish Health Telephonic Nursing Study<br>Leader / Principal Investigator |

David A. Beuther, M.D.
Curriculum Vitae
Page 11

*At the request of our CEO, I designed and executed a mixed-methods study our telephonic nursing center. Results were presented to executives and managers. As a direct result of this study, I was asked to plan and oversee a comprehensive re-engineering of all telephonic nursing functions at NJH in late 2013. This project improved patient and staff satisfaction, improved operational efficiency, and improved patient care delivery.*

2012 – 2013    National Jewish Health and Exempla St Joseph Hospital Partnership Opportunity Strategic Work Group
*I was a key executive leader representing NJH in strategic discussions on a potential partnership with ESJH. I helped assess cultural compatibility, physician integration, and information technology, among other dimensions. I led a subgroup that developed the IT strategic plan for the Letter of Intent. I contributed to similar strategy for Physician Integration and Quality and Safety. I led an ad hoc work subgroup to assess the clinical and financial feasibility of building a separate DSH hospital under the NJH license.*

2012 – 2014    National Jewish Health
Oncology Expansion Strategic Work Group
*I participated in a work group and helped lead a strategy for expanding NJH oncology to community oncology practices, leveraging our 340B drug pricing. One of my roles was to lead, with our CIO, a rigorous system selection process for a new oncology-specific EHR that would integrate newly purchased community practices with the NJH enterprise.*

2013 – 2014    National Jewish Health
MEC Ad Hoc Committee: HIV and Hepatitis Screening

2013 – 2014    National Jewish Health
MEC Ad Hoc Committee: Clinical Documentation Quality Chair

2013 – present    National Jewish Health
Adult Clinic Leadership Council
Co-Chair
*This group, led by our CMO, comprises the physician leadership over the entire outpatient adult clinical operation at NJH. I often informally serve as the assistant CMO in leading this group in our CMO's absence, or to*

**27**

David A. Beuther, M.D.
Curriculum Vitae
Page  12

*co-lead our change initiatives and discussions. I often lead the group in our CMO's absence, or co-lead our change initiatives and discussions.*

| | |
|---|---|
| 2013 – 2014 | National Jewish Health and Exempla St Joseph Hospital Partnership Opportunity Definitive Agreement Transition Operations Integration Team |

> IT Integration Subgroup
> Patient Access Subgroup
> Ancillary Service Integration Subgroup
> VIP Patient Program Subgroup
> Out of State Program Subgroup
> Phone Center Subgroup
> Clinical Quality Subgroup
> 340B/DSH Strategy Subgroup
> Due Diligence team

| | |
|---|---|
| 2013 – 2017 | Mount Sinai School of Medicine and National Jewish Health Respiratory Institute Steering Committee on Ambulatory and Inpatient Program Development and Integration, Protocol Development, and Quality and Value Measures |
| 2014 – 2016 | National Jewish Health and Exempla St Joseph Hospital Partnership Leadership Team Operations Working Group |
| 2014 – 2016 | National Jewish Health and Exempla St Joseph Hospital Partnership IT Strategic Integration Team |
| 2014 – 2016 | EMR Meaningful Use Workgroup Lead member |
| 2014 – 2016 | PQRS Workgroup Lead member |
| 2014 – present | NJH Adult Clinic Re-Engineering and Quality Initiative Co-leader and "Chief Engineer" *CMO and CMIO partnership to overhaul all outpatient clinic processes and workflows to improve throughput, financial performance, care quality, and high reliability data capture while improving the clinic experience for providers. This includes evidence-based order sets, worksheets, checklists, quality dashboards, a faculty* |

**28**

David A. Beuther, M.D.
Curriculum Vitae
Page  13

*performance-based compensation model, and developing new tools and workflows to improve efficiency. I developed a custom point-of-care patient report card tool that enables high-reliability outpatient care delivery for key general health and specialty-specific interventions.*

2014 – 2016

National Jewish Health
Thoracic Surgery Program Strategic Work Group
*I was a lead team member responsible for establishing a new thoracic surgery program in the NJH outpatient clinic and the NJH-SJH inpatient service, comprising 3 thoracic surgeons, as well as coordination of care and data between 2 different institutions, care delivery systems, and data environments.*

2015 – 2017

National Jewish Health
General Surgery Program Strategic Work Group
*I am a lead team member responsible for establishing a new general and foregut surgery program in the NJH outpatient clinic and the NJH-SJH inpatient service, comprising 2 general surgeons and one fellowship-trained foregut surgeon, as well as coordination of care and data between 2 different institutions, care delivery systems, and data environments.*

2015 – 2017

National Jewish Health
Pediatric Clinic Leadership Council
Co-Chair
*This group, led by our CMO, comprises the physician leadership over the entire pediatric outpatient clinical operation at NJH. I often lead the group in our CMO's absence, or to co-lead our change initiatives and discussions.*

2015 – present

National Jewish Health
Adult Clinic Operations Council
Co-Chair
*This group, led by our CMO, comprises the management, nursing, and operational leadership over the entire outpatient adult clinical operation at NJH. I often informally serve as the assistant CMO in leading this group in our CMO's absence, or co-lead our change initiatives and discussions.*

2016 – 2017

National Jewish Health

David A. Beuther, M.D.
Curriculum Vitae
Page 14

|  | Neurology and Neuromuscular Subspecialty Program Strategic Work Group, Member *I was a lead team member responsible for establishing a new general neurology and neuromuscular disease program in the NJH outpatient clinic, comprising a neurologist and new neurodiagnostic testing.* |
|---|---|
| 2016 – 2021 | National Jewish Health Diversity and Inclusion Council Executive Sponsor, Executive Program Facilitator *I am responsible for supporting, advising, and promoting an institution-wide D+I council and live training program, and ensuring executive and leadership buy-in across the organization. I am also one of two physician trainers responsible for co-facilitating live, interactive mandatory training sessions for all NJH executive leaders and faculty. As of 4/23/21, I have led 10 sessions for faculty, executives, and key healthcare leaders at NJH and SJH/SCL.* |
| 2016 – 2017 | National Jewish Health Pulmonary Hypertension Program Strategic Work Group, Chair *I am a lead team member responsible for coordinating and re-designing a new, collaborative, multispecialty outpatient and inpatient pulmonary hypertension program at NJH. This involves adding a new pulmonary component to an existing cardiology component, coordinating outpatient and inpatient activities among specialists and between 2 institutions on different systems, improving scheduling and workflow systems, and measuring quality and outcomes.* |
| 2017 | Center for Outpatient Health New Building Programming Planning Group |
| 2017 – present | MIPS/MACRA Workgroup Lead member |
| 2017 – present | Data Governance Steering Committee Chair |
| 2017 – present | Data Governance Workgroup Co-Chair |
| 2017 – present | Respiratory Centers of Excellence Systems Lead |

David A. Beuther, M.D.
Curriculum Vitae
Page  15

| | |
|---|---|
| 2017 – 2019 | Inpatient Expansion Leadership Team and Working Group |
| 2017 – 2021 | Center for Outpatient Health<br>Strategic Planning Group |
| 2018 | National Jewish Health<br>Soft Lab System Conversion Issue Resolution Team<br>Co-Chair |
| 2018 – 2019 | National Jewish Health<br>Interventional Pulmonary Program<br>Strategic Work Group, Chair |
| 2018 | National Jewish Health / SCL Health<br>Clinical System Integration Strategy Group<br>Co-Chair |
| 2018 | National Jewish Health<br>NTM / ID Out of State Service Strategic Workgroup |
| 2018 – 2019 | National Jewish Health<br>ALS Program Strategic Work Group<br>*I am a lead team member responsible for establishing a new, comprehensive, multidisciplinary, certified ALS program at NJH, to include a new initiative to capture CMS care coordination charges for longitudinal chronic care management of this population.* |
| 2019 – present | National Jewish Health<br>Radiology Appropriate Use Criteria Planning Group |
| 2020 – present | National Jewish Health<br>COVID-19 Emergency Operations Leadership Team |
| 2020 – present | National Jewish Health<br>COVID-19 Telehealth Strategy and Operations Group<br>Chair |
| 2020 – present | National Jewish Health<br>COVID-19 Clinical Operations Subcommittee |
| 2020 – present | National Jewish Health<br>Tent Committee<br>Expanding SARS-CoV2 Testing and Serology |

David A. Beuther, M.D.
Curriculum Vitae
Page  16

| | |
|---|---|
| 2020 – present | National Jewish Health<br>Phoenix Committee<br>Strategic Recovery from the SARS-CoV2 Pandemic |
| 2020 – present | National Jewish Health<br>Phoenix Subcommittee: Chronic Disease Management<br>Chair |
| 2020 | National Jewish Health<br>Phoenix Subcommittee: Return to Clinic Spirometry<br>Co-Chair |
| 2020 | National Jewish Health<br>Phoenix Subcommittee: VIP and Out of State Programs<br>Chair |
| 2020 | National Jewish Health<br>Phoenix Subcommittee: Clinical and Patient Care Team<br>Space Planning Committee and Workgroup |
| 2020 – present | National Jewish Health / SCL Health<br>Clinical System Integration Steering and Workgroups<br>Co-Chair |
| 2020 – present | National Jewish Health<br>COVID-19 Therapeutics and Vaccination Committee<br>NJH Outpatient Infusion Center for COVID Recovery Care<br>NJH |

B.  Departmental

| | |
|---|---|
| 2008 – 2010 | National Jewish Health<br>Bariatric Surgery Pre-Operative Evaluation Clinic<br>Program Director<br>*I created and directed a new, evidence-based bariatric surgery pre-operative evaluation program within the Department of Medicine, which streamlined the process for the patients, significantly improved patient and surgeon satisfaction, and significantly improved the quality and completeness of the evaluation. This clinic completed 150 new evaluations per year, and was discontinued only when our dominant referring surgeon sold his practice to a competing hospital.* |

David A. Beuther, M.D.
Curriculum Vitae
Page  17

|  |  |
|---|---|
| 2011 – 2015 | National Jewish Health<br>Clinical and Translational Research<br>Ad Hoc Advisory Committee Member |

C.  Regional

|  |  |
|---|---|
| 2006 | Colorado Clinical Guidelines Collaborative<br>Adult Obesity Guideline Focus Group<br>Aug 17, 2006, Denver, CO |
| 2013 – 2015 | Colorado Medical Society<br>Committee on Physician Practice Evolution<br>Denver, CO |

D.  National / International

|  |  |
|---|---|
| 2008 | American Thoracic Society<br>2008 Ad-Hoc Committee<br>Obesity and Lung Disease Workshop<br>Member and Invited Speaker<br>May 17th, 2008, Toronto, ON, CA. |
| 2008 – 2016 | Allscripts Enterprise EHR Academic User Group<br>President, 2010-2011<br>Past-President, 2011-2012<br>*This group is a national, independent user community charged with sharing best practices, communicating product and service needs to Allscripts executive leadership team, and producing white papers on EMR implementation, use, and adoption specific to the academic community. We have a monthly conference call and 1-2 live meetings per year.* |
| 2009 – 2012 | Allscripts Physician Advisory Board<br>Allscripts, Chicago, IL<br>*Responsible for reviewing content and validating software changes.* |
| 2011 – 2015 | The Breakaway Group<br>Denver, CO<br>Advisory Board Member<br>*This group uses research-based methods to improve EMR adoption through improved user education. The advisory board has one annual formal meeting.* |

David A. Beuther, M.D.
Curriculum Vitae
Page  18

| | |
|---|---|
| 2017 – present | AstraZeneca, LLC<br>US PRECISION National Advisory Board Member<br>*I help to lead the United States component of AstraZeneca's international PRECISION program, which aims to improve the identification and treatment of severe asthma. In this role, I have participated in or led components of virtual and in-person national and regional working groups and advisory boards, made significant contributions to develop and validate a new composite asthma control tool, and participated in various other program activities and advisory roundtables such as study design, manuscript preparation, implementation, and care coordination.* |
| 2018 | GlaxoSmithKline<br>Advisory Board Member<br>*I was invited to participate in one national strategic advisory board on the topic of severe eosinophilic asthma.* |
| 2020 – present | AstraZeneca, LLC<br>PRECISION International Advisory Board Member<br>Asthma Control and Optimisation Tool |

E.  Community Service

| | |
|---|---|
| 2008 | Medical Director<br>American Lung Association Run the Republic<br>3rd Annual Stair Climb<br>Denver, CO |
| 2008 – 2015 | University of Michigan Medical School<br>Alumni Volunteer Programs<br>Welcoming Ambassador<br>Medical Student / Resident Host Program<br>Medical Student Mentoring Program |
| 2013 – 2015 | University of Michigan<br>School of Chemical Engineering<br>UM Professional Network, Alumni Mentoring Program |
| 2015-2017 | The Denver Auto Show<br>7th, 8th, and 9th Annual Charity Preview Party<br>Honorary Chair<br>Denver, CO |

David A. Beuther, M.D.
Curriculum Vitae
Page  19

| | |
|---|---|
| 2018 – present | Volunteer Assistant Coach<br>Landsharks Running Club<br>Redstone Elementary School<br>Highlands Ranch, CO |
| June 2020 | Douglas County Schools<br>Restart and Recovery 2020-2021 Task Force<br>DCSD Operations Task Force<br>Volunteer Advisor / Member<br>*Advised Douglas County Schools during their COVID-19 recovery planning process, as both a parent and healthcare leader, providing medical expertise and evidence as well as practical experience in navigating complex institutional decision making during the pandemic, based on my recent experience leading the National Jewish Health recovery.* |
| F2020 – S2022 | Douglas County Schools<br>Redstone Elementary School<br>School Accountability Committee, Member<br>*The SAC is an advisory body comprising parents and community members, charged with planning and evaluating the school's programming, and focused on quality improvement. Members are elected and serve a 2-year term.* |

VI.    Patents Held or Pending

(none)

VII.    Review Activities

| | |
|---|---|
| 2006 – 2010, 2019 | American Journal of Respiratory and Critical Care Medicine |
| 2007, 2010 | Journal of Allergy and Clinical Immunology |
| 2007 | Clinical and Experimental Allergy |
| 2009 | Nutrition |
| 2010 | American Journal of Epidemiology |
| 2010 | The Physician and Sportsmedicine |

David A. Beuther, M.D.
Curriculum Vitae
Page  20

| | | |
|---|---|---|
| 2011 | | Thorax |
| 2012 | | Obesity |
| 2012 | | Fred CA, Haugen HA, and Reilly LK. Beyond Coding: How ICD-10 Will Transform Clinical Documentation. Denver: Magnusson Skor; 2012. |
| 2012 | | Adler J. 2012 Guide to Incentive Payments. Washington, DC: NeoVista Health; 2012. |
| 2014 | | Current Opinion in Pulmonary Medicine |
| 2016 | | Asthma UK Innovation Grants |
| 2020 | | Chest |

VIII.   Teaching Activities

| | |
|---|---|
| 2005 – 2007 | National Jewish Health<br>Ad Hoc / Back-Up Preceptor<br>Pulmonary Fellow Clinic<br>*Responsible for occasional (4-6 times per year) supervision of pulmonary fellows in NJH general pulmonary outpatient clinic* |
| 2008 – present | University of Colorado Denver School of Medicine<br>MED 8029: Applied Clinical Pharmacology Course<br>Guest Lecturer, "Asthma Pharmacotherapy"<br>*1 lecture hour per year* |
| 2014 – 2016 | University of Colorado Denver<br>Introduction to Health IT Course<br>Sponsor/mentor for student group case report |
| July 2014 | University of Denver<br>MPS in Healthcare Leadership<br>HC 4310 – Electronic Health Records Systems<br>Guest Lecturer<br>"Physician Engagement in Health IT Adoption"<br>Denver, CO |
| Nov 2014 | St. Joseph Hospital<br>Internal Medicine Residency Noon Conference<br>"Asthma Therapy" |

**36**

David A. Beuther, M.D.
Curriculum Vitae
Page  21

|  | | |
|---|---|---|
| | | Denver, CO |
| Dec 2014 | | St. Joseph Hospital<br>Family Medicine Residency Noon Conference<br>"Asthma Therapy"<br>Denver, CO |
| March 2017 | | Pulmonary Fellow Education Day<br>Speaker, "Severe Asthma"<br>Denver, CO |
| 2016 – present | | National Jewish Health<br>Diversity and Inclusion Council<br>Executive Training Program Facilitator<br>*I am one of two physician trainers responsible for co-facilitating live, interactive mandatory training sessions for all NJH executive leaders and faculty. As of early 2020, I have led 8 sessions for faculty and executives.* |
| Feb 26, 2021 | | University of Denver<br>HINF 4240 Health Science Data Reporting<br>Healthcare Leader Interview |

IX.   Research Grants and Contracts

A. Past Funding

| 2006 – 2007 | Merck & Co, Inc<br>Investigator Initiated Studies Program<br>Principal Investigator<br>Merck IISP # 31829 / NJH HS-1963<br>"The effect of bariatric surgery-induced weight loss on airway inflammation and hyperresponsiveness in obese subjects with asthma"<br>Total budget: $75,000 |
|---|---|

B.  Current Funding

| 2020-2021 | Colorado Office of eHealth Innovation<br>COVID-19 Telehealth Project<br>Principal Investigator<br>Total budget: $100,000 |
|---|---|

David A. Beuther, M.D.
Curriculum Vitae
Page 22

X.      Bibliography

   A.    Peer-Reviewed Journal Publications

1.   Beuther DA, Martin RJ. Antibiotics in asthma. Current Allergy and Asthma Reports 4(2):132-8, 2004.  [PMID:14769262]

2.   Martin RJ, Beuther DA, Nonas SA, Cooke JR. Anti-IgE Therapy: Meeting the Unmet Need in Asthma Therapy. The Respiratory Report 1(1):4-10, 2005.

3.   Beuther DA, Sutherland ER. Obesity and pulmonary function testing. JACI 115(5):1100-1, 2005.  [PMID:15867878]

4.   Janssen WJ, Bierig LN, Beuther DA, Miller YE. Stridor in a 47-year-old man with inflammatory bowel disease. Chest 129(4):1100-1106, 2006. [PMID:16608963]

5.   Beuther DA, Martin RJ. Efficacy of a heat exchanger mask in cold exercise-induced asthma.  Chest 129(5):1188-1193, 2006.  [PMID:16685008]

6.   Beuther DA, Weiss ST, Sutherland ER. Pulmonary Perspectives: Obesity and Asthma. Am J Respir Crit Care Med. 174(2):112-119, 2006. [PMID: 16627866]
     **As of 9/1/2019, this paper has received 300 citations.

7.   Beuther DA, Sutherland ER. Overweight, obesity and incident asthma: a meta-analysis of prospective epidemiologic studies. Am J Respir Crit Care Med. 175(7):661-666, 2007. [PMID 17234901]
     **Note: In 2017, Web of Science awarded this paper as *Highly Cited*, for being in the top 1% most cited papers in academic clinical medicine. Also in 2017, at the journal's 100th anniversary, this paper was noted as being among the *top 100 most cited papers of all time* in our leading journal, Am J Respir Crit Care Med, with 432 citations. As of 9/1/2019 this paper has received 664 citations.

8.   Sutherland ER, Goleva E, Strand M, Beuther DA, Leung DY. Body Mass and Glucocorticoid Response in Asthma. Am J Respir Crit Care Med. 178(7):682-687, 2008. [PMID: 18635892]
     **As of 9/1/2019, this paper has received 200 citations.

9.   Beuther DA. Hypoventilation in Asthma and Chronic Obstructive Pulmonary Disease. Seminars in Respiratory and Critical Care Medicine. 30(3):321-329, 2009.  [PMID: 19452392]

10.  Beuther DA. Recent Insight Into Obesity and Asthma. Current Opinion in Pulmonary Medicine. 16:64-70, 2010. [PMID: 19844182]

David A. Beuther, M.D.
Curriculum Vitae
Page 23

11. Rollins DR, <u>Beuther DA</u>, Martin RJ. Update on Infection and Antibiotics in Asthma. Curr Allergy Asthma Rep. 10:67-73, 2010.  [PMID: 20425516]

12. Dixon AE, Holguín F, Sood A, Salome CM, Pratley RE, <u>Beuther DA</u>, Celedón JC, and Shore SA. An Official American Thoracic Society Workshop Report: Obesity and Asthma. Proc Am Thorac Soc 7:325-335, 2010.  [PMID: 20844291]
**As of 9/1/2019, this paper has received 221 citations.

13. Murphy KR, Chipps B, <u>Beuther D</u>, Wise R, McCann W, Gilbert I, Eudicone JM, Gandhi H, Harding G, Coyne KS, Zeiger RS, on behalf of the US PRECISION Advisory Board. Development of the Asthma Impairment and Risk Questionnaire (AIRQ): A Composite Control Measure. J Allergy Clin Immunol Pract. 2020;8(7)P2263-2274.E5. [PMID: 32387166] https://pubmed.ncbi.nlm.nih.gov/32387166/

B.    Book Chapters, Invited Articles, and Non-Peer Reviewed Articles

1. <u>Beuther DA,</u> Martin RJ.  Sleep in the respiratory disorders: asthma.  Encyclopedia of Sleep Medicine.  Editor Teofilo Lee-Chiong.  John Wiley and Sons, Inc. New Jersey, Chapter 88, pp. 669-676, 2006.

2. <u>Beuther DA,</u> Martin RJ.  Sleep in the respiratory disorders: asthma.  Sleep: A Comprehensive Handbook.  Editor Teofilo Lee-Chiong.  John Wiley and Sons, Inc. New Jersey, Chapter 35, pp. 181-183, 2009.

3. <u>Beuther DA</u>. Obesity and Asthma. Clinics In Chest Medicine. 30(3):479-488, Sept 2009. [PMID: 19700046]

4. <u>Beuther DA</u>.  Hemoptysis.  Oxford American Handbook of Pulmonary Medicine. Editors Kevin K. Brown and Teofilo Lee-Chiong.  Oxford University Press, November 2009.

C.    Other Publications, Reports, Commentary, Editorials, and Policy Papers

1. <u>Beuther DA</u>, Juarez CB, Murphy J, Gottschall EB, Brown KK, and Cott GR. Underlying Pulmonary Diagnosis Does Not Predict Outpatient Bronchoscopy Complications or Adverse Clinical Outcomes at a National Referral Medical Center. Submitted but not published. Presented internally at National Jewish Health, 2007.

2. Canham EM, <u>Beuther DA</u>.  Interpreting Arterial Blood Gases. Pulmonary and Critical Care Update, Volume 21 Lesson 3, American College of Chest Physicians, 2007.

3. Bikowski R and <u>Beuther DA</u> On Behalf of the Touchworks Academic User Group. Order and Result Functionality and Workflows with Learning/supervised Providers in an Academic Setting. Distributed online March 2010

David A. Beuther, M.D.
Curriculum Vitae
Page 24

4.      Beuther DA, Radojicic C, and Pataka A. Evaluation of Acute Pulmonary Infiltrates. BMJ
        Point of Care Learning Module, released June 25, 2010.
        http://learning.bmj.com/learning/module-intro/.html?moduleId=10015420

5.      Beuther DA.  The Relationship Between Obesity and Asthma. Chapter 76, commentary
        on: *Camargo CA, Weiss ST, Zhang S, Willett WC, and Speizer FE. Prospective study of
        body mass index, weight change, and risk of adult-onset asthma in women. Arch Intern
        Med 159:2582-8. 1999.* Editors Sheikh A, Platts-Mills T, Worth A. Landmark Papers in
        Allergy: Seminal Papers in Allergy with Expert Commentaries. 2013. Oxford University
        Press, United Kingdom, pp 248-250. ISBN 978-19-965115-9.

6.      Mostashari F, Lanning J, Mahn-DiNicola VA. Continuing the Conversation: Healthcare
        Transformation and a Model for Strategic Stability. Xerox Corporation industry
        publication, 2014. Content contributor.

7.      Beuther DA, Krishnan JA.  Finding Asthma: Building a Foundation for Care and
        Discovery. *Am J Respir Crit Care Med*. 196(4):401-2, 2017.


        D.      Scientific Abstracts Published or Presented

1.      Beuther DA, Martin RJ.  Efficacy of a heat exchanger mask in the mitigation of cold
        exercise-induced asthma: A Pilot Study.  Poster presentation, American Thoracic Society,
        International Conference, May 2004.

2.      Beuther DA, Chu HW, Martin RJ.  Human bronchial epithelial cells augment IL-8
        production in response to mechanical stress.  Poster presentation, American Thoracic
        Society, International Conference, May 2004.

3.      Beuther DA, Goleva E, Sutherland ER, Martin RJ, Leung DYM. Obesity is associated
        with glucocorticoid resistance in asthma. Poster presentation, American Thoracic Society,
        International Conference, May 2007.

4.      Beuther DA, Martin RJ, Sutherland ER. Asthma is associated with elevated C-reactive
        protein in obesity. Poster presentation, American Thoracic Society, International
        Conference, May 2007.

5.      Beuther DA, Martin RJ, Sutherland ER. Impact of obesity on disease-specific measures
        of asthma control and quality of life. Poster presentation, American Thoracic Society,
        International Conference, May 2007.

6.      Peters MC, Beuther DA, and Sutherland ER. Lung Function, Inflammation, and
        Symptoms in Morbid Obesity. Poster presentation, American Thoracic Society,
        International Conference, May 2009.

David A. Beuther, M.D.
Curriculum Vitae
Page 25

7.  Reibman J, Harding G, Beuther D, Gilbert I, Olajide IR, Chung Y, Coyne K, Ross M, Reyes R, George M, Murphy K. Developing a Point-of-Care Screening and Evaluation Tool to Identify and Treat Severe Uncontrolled Asthma. Poster presentation, American College of Chest Physicians CHEST 2018, October 2018.

8.  Subramanian S, Singh S, Eudicone JM, Gilbert I, Gandhi H, Harding G, Ross M, <u>Beuther D</u>. Implementation of the US Asthma Impairment & Risk Questionnaire (AIRQ$^{TM}$) and Aircompass$^{TM}$ Tools in Clinical Practice. Poster presentation, American College of Chest Physicians CHEST 2019, October 2019.

9.  Reibmam J, Chipps B, Zeiger RS, <u>Beuther DA</u>, Wise RA, McCann W, Gilbert I, Eudicone JM, Gandhi HN, Harding G, Coyne KS, George M, Murphy KR. The Relationship Between Asthma Control as Measured by the Asthma Impairment and Risk Questionnaire (AIRQ$^{TM}$) and Health-Related Quality of Life (HRQoL). Am J Respir Crit Care Med. 2020;201(Suppl):A3023.

10. <u>Beuther DA</u>, Dunn RM, Zelarney P, Everett DC, Wechsler ME. Performance of a Rules-Based, Electronic Health Record-Driven Severe Asthma Case Finding Algorithm for Clinical Trial Recruitment. Poster Presentation, American Thoracic Society International Conference, May 2020.

11. Chipps B, Zeiger RS, <u>Beuther DA</u>, Reibman J, Wise RA, McCann W, Gilbert I, Eudicone JM, Gandhi HN, Harding G, Cutts K, George M, and Murphy KR. Clinical Characteristics and Disease Control of US Asthma Patients Treated in Specialty Clinics. Poster presentation, ERS International Congress, September 2020.

12. Murphy KR, Zeiger RS, <u>Beuther DA</u>, Reibman J, Wise RA, McCann W, Gilbert I, Eudicone JM, Gandhi H, Coyne KS, Ross M, George M, and Chipps B. Assessment of Asthma Morbidity by US Patients, Specialists, Asthma Control Test$^{TM}$, and Asthma Impairment and Risk Questionnaire$^{TM}$. Poster presentation, ERS International Congress, September 2020.

13. Chipps B, Murphy KR, <u>Beuther DA</u>, Reibman J, Wise RA, McCann W, Gilbert I, Eudicone JM, Gandhi HN, Coyne KS, Cutts K, George M, and Zeiger R. Confirmatory Cross-Sectional Validation of the Asthma Impairment and Risk Questionnaire (AIRQ$^{TM}$). Poster presentation, CHEST Annual Meeting, October 2020.

14. Chipps B, Murphy KR, Wise RA, McCann W, <u>Beuther DA</u>, Reibman J, George M, Gilbert I, Eudicone JM, Gandhi HN, Harding G, Ross M, Zeiger RS. Evaluating Performance of the Asthma Impairment and Risk Questionnaire (AIRQ$^{TM}$) at 3-month Intervals. Poster presentation, American College of Allergy, Asthma & Immunology; online November 13-15, 2020.

15. <u>Beuther DA</u>, Murphy KR, Zeiger RS, Wise RA, McCann W, Reibman J, George M, Gilbert I, Eudicone JM, Gandhi HN, Ross M, Coyne KS, Chipps B. Baseline Asthma

David A. Beuther, M.D.
Curriculum Vitae
Page  26

Impairment and Risk Questionnaire (AIRQ$^{TM}$) Control Level is Associated with Future Risk of Exacerbations. Poster presentation, AAAAI Annual Meeting; online February 26 – March 1, 2021.

16.    McCann W, Reibman J, Chipps B, Zeiger RS, <u>Beuther DA</u>, Wise RA, Gilbert I, Eudicone JM, Gandhi HN, Ross M, Coyne KA, Murphy KR, George M. Evaluating the Performance of the Asthma Impairment and Risk Questionnaire (AIRQ$^{TM}$) in Primary and Specialty Care. Poster presentation, American Thoracic Society International Conference, May 2021.

17.    <u>Beuther DA</u>, Murphy KR, Zeiger RS, Wise RA, McCann W, Reibman J, George M, Gilbert I, Eudicone JM, Gandhi HN, Ross M, Coyne KS, and Chipps B. Assessing the Asthma Impairment and Risk Questionnaire's Ability to Predict Exacerbations. Poster presentation, European Respiratory Society Annual Meeting, September 2021

18.    Wise RA, Chipps B, Murphy KR, <u>Beuther DA</u>, Reibman J, McCann W, Gilbert I, Eudicone JM, Gandhi HN, Harding G, Cutts K, George M, Zeiger RS. Reproducibility of the Asthma Impairment and Risk Questionnaire (AIRQ$^{TM}$). Poster presentation, CHEST Annual Meeting, October 2021.

19.    Murphy KR, Chipps B, Wise RA, <u>Beuther DA</u>, George M, McCann W, Zeiger RS, Gilbert E, Eudicone JM, Gandhi HN, Harding G, Ross M, and Reibman J. Asthma Impariment and Risk Questionnaire (AIRQ$^{TM}$) at Baseline Predicts 12-Month Health-Related Quality of Life (HRQoL). Poster presentation, American College of Allergy, Asthma, & Immunology Annual Meeting, New Orleans, LA, Nov 4-8 2021.

    E.    Guest Editorships

1.    Dela Cruz C, <u>Beuther DA</u>, Matthay RA. Obesity and Respiratory Disease. Clinics In Chest Medicine. 30(3), Sept 2009.

    F.    Complete List of Published Works in MyBibliography

https://www.ncbi.nlm.nih.gov/sites/myncbi/1L_6dtaq0rTAO/bibliography/51803646/public/?sort=date&direction=ascending

XI.    Interaction with Pharmaceutical Industry

2006 – 2007    Merck & Co, Inc
    Investigator-Initiated Research Grant Program

2009 – 2016    AstraZeneca, Inc
    Speaker Program

2010 – 2013    Merck & Co, Inc

**42**

David A. Beuther, M.D.
Curriculum Vitae
Page  27

|                    | Speaker Program |
|--------------------|-----------------|
| 2017 – present     | AstraZeneca, Inc<br>National Advisory Board |
| 2018               | GlaxoSmithKline<br>National Advisory Board |
| 2020 – present     | AstraZeneca, Inc<br>PRECISION Global Advisory Board<br>Severe Asthma Centers of Excellence Working Group |

## Attachment B: References

1. https://covid19.colorado.gov/data, accessed 10/12/21.

2. Delta Variant: What We Know About the Science, Centers for Disease Control and Prevention, https://www.cdc.gov/coronavirus/2019-ncov/variants/delta-variant.html, accessed 10/12/21.

3. Kaiser Family Foundation COVID-19 Vaccine Monitor Report, 9/30/21, published online at https://www.kff.org/coronavirus-covid-19/poll-finding/kff-covid-19-vaccine-monitor-trends-among-children-school/?utm_campaign=KFF-2021-polling-surveys&utm_medium=email&_hsmi=2&_hsenc=p2ANqtz--EEqm89CUWZ_AODGyeMczrT2TqnWJZybmCrzp9_N8R_BeHy--648SBSF5SYNETqEeapTb6h0OI_7-9uqNhe4XmwKARvw&utm_content=2&utm_source=hs_email, accessed 10/12/21.

4. Barek M, Aziz M, Islam M. Impact of age, sex, comorbidities, and clinical symptoms on the severity of COVID-19 cases: a meta-analysis with 55 studies and 10014 cases. *Heliyon* 2020;6(12):e05684. https://doi.org/10.1016/j.heliyon.2020.e05684

5. Luo L, Fu M, Li Y, et al. The potential association between common comorbidities and severity and mortality of coronavirus disease 2019: a pooled meta-analysis. *Clinical Cardiology* 2020;43(12):1478-1493. https://doi.org/10.1002/clc.23465

6. Ries LAG, Eisner MP, Kosary CL, et al. *SEER Cancer Statistics Review*, 1973-1999. Bethesda, MD. National Cancer Institute.

7. Centers for Disease Control and Prevention. 2019 National Health Interview Survey data. U.S. Department of Health and Human Services. Retrieved from: https://www.cdc.gov/asthma/nhis/2019/data.htm, accessed 10/12/21.

8. Wallace BI, Kenney B, Malani PN, et al. Prevalence of immunosuppressive drug use among commercially insured US adults, 2018-2019. *JAMA Netw Open.* 2021;4(5):e214920. https://jamanetwork.com/journals/jamanetworkopen/fullarticle/2780270

9. American Diabetes Association website, https://www.diabetes.org/resources/statistics/statistics-about-diabetes, accessed 10/12/21.

10. Gleason J, Ross W, Fossi A, et al. The devastating impact of COVID-19 on individuals with intellectual disabilities in the United States. *NEJM Catalyst*, March 5, 2021.

11. American Academy of Pediatrics website, https://www.aap.org/en/news-room/news-releases/aap/2021/american-academy-of-pediatrics-updates-recommendations-for-opening-schools-in-fall-2021/,
Accessed 10/13/21.

12. National Association of School Nurses website,
https://schoolnursenet.nasn.org/covid19ref/home, accessed 10/13/21.

13. CDC website, https://www.cdc.gov/coronavirus/2019-ncov/community/schools-childcare/k-12-guidance.html, accessed 10/13/21.

14. Doyle T, Kendrick K, Troelstrup T, et al. COVID-19 in primary and secondary school settings during the first semester of school reopening – Florida, August-December 2020. *MMWR*, March 26, 2001;70(12):437-441.

15. Falk A, Benda A, Steffen S, Wallace Z, and Hoeg TB. COVID-19 cases and transmission in 17 K-12 schools – Wood County, Wisconsin, August 31 - November 29, 2020. *MMWR*, January 29, 2021;70(4):136-140.

16. Hershow RB, Wu K, Lewis NM, et a. Low SARS-CoV-2 transmission in elementary schools – Salt Lake County, Utah, December 3, 2020 - January 31, 2021. *MMWR*, March 26, 2021;70(12):442-448.

17. Dawson P, Worrell MC, Malone S, et al. Pilot investigation of SARS-CoV-2 secondary transmission in kindergarten through grade 12 schools implementing mitigation strategies – St. Louis County and City of Springfiled, Missouri, December 2020. *MMWR* March 26, 2021;70(12):449-455.

18. Nussbaumer-Streit B, Mayr V, Dobrescu AL et al. Quarantine alone or in combination with other public health measures to control COVID-19: a rapid review. Cochrane Database of Systematic Reviews, 14Sept2020.
https://www.cochranelibrary.com/cdsr/doi/10.1002/14651858.CD013574.pub2/full, accessed 10/13/21.