## Declaration of Dr. Lindsey E. Fish

I, Dr. Lindsey E. Fish, declare the following under penalty of perjury pursuant to 28 U.S.C. § 1746:

### Experience & Qualifications

1. I am currently an internal medicine physician, practicing acute urgent care medicine at the Federico F. Peña Southwest Urgent Care Clinic affiliated with Denver Health and Hospital. I am the Medical Director of this clinic, a clinic that has over 25,000 acute care visits annually with patients of all ages and presenting with all complaints. Additionally, I am an Assistant Professor of Medicine in the Division of General Internal Medicine at the University of Colorado School of Medicine. I am the course director for the Internal Medicine Residency Program Urgent Care Elective and the Urgent Care Liaison for the Denver Health Longitudinal Integrated Clerkship for third year medical students.

2. All statements within this declaration represent my thoughts and literature review and these statements do not necessarily represent the positions of Denver Health and Hospital or the University of Colorado School of Medicine.

3. I received my Bachelor of Arts degree in Biology from Macalester College in St. Paul, MN in 2001. I received my Doctor of Medicine degree from the University of California, San Francisco in 2007. I completed my Internal Medicine internship and residency at the University of Colorado School of Medicine in 2010. I am board certified in Internal Medicine. I am currently a member of the Society of General Internal Medicine and the Urgent Care Association.

4. Since completing my residency, I worked in the Colorado Department of Corrections providing primary care, urgent care and emergency care from 2010-2013. I additionally worked in the Emergency Department at the Denver Veterans Affairs Hospital during this period. In 2013, I began working at Denver Health in the Adult Urgent Care Clinic. In 2015, I became the Medical Director of the Federico F. Peña Southwest Urgent Care Clinic, an all-age urgent care clinic located in Southwest Denver where I have been for the last six years.

5. My clinical work for the last eight years has been in urgent care medicine and I personally see patients ages 11 and up and pediatric emergencies. I supervise a staff that includes pediatricians, family medicine physicians, nurse practitioners, physician's associates, registered nurses, medical assistants and patient access specialists. I work to ensure that clinical care provided in the clinic is evidence based and of excellent quality. Work in the areas of urgent care healthcare disparities, point-of-care ultrasound, antibiotic stewardship and COVID-19 treatment and operations are my areas of expertise.

**EXHIBIT
3**

1

6. I have been involved in various aspects of medical education of medical students, Internal Medicine residents, Family Medicine residents and Medicine/Pediatrics residents. I have completed additional educators training through three post-graduate teaching certificate programs. My educational pursuits have included teaching and mentoring in ambulatory care medicine, underserved medicine, correctional medicine, urgent care medicine, clinical medical Spanish, quality improvement initiatives, research collaborations and career development.

7. I have been involved in research in gonorrhea antimicrobial resistance, pediatric otitis media, pediatric conjunctivitis, antibiotic stewardship and the outpatient treatment of COVID-19 with monoclonal antibodies. I am currently the Denver Health Principal Investigator and a co-investigator with the University of Colorado on the "Real World Effectiveness and Safety of Monoclonal Antibody Treatment in High-Risk COVID-19 Outpatients" study funded by the National Institutes of Health (NIH) and National Center for Advancing Translational Sciences (NCATS). Additionally, I am a member of the Editorial Board of the Journal of Urgent Care Medicine and am the Editor of Clinical Images for this journal.

8. I received the Corps Community Award for "Exceptional Service to Colorado's Medically Underserved" presented by a coalition of organizations dedicated to providing medical care in Colorado in 2012. I received the Denver Health Pillar Award for Engagement in 2014, the Denver Health Pillar Award for Community in 2015, and the Denver Health Pillar Award for Growth in 2017. Additionally, I received The Philip S. Mehler Adult Medicine Award for Excellence in Quality from Denver Health in 2017. I received two Compassionate Care Awards for Exceptional Patient Care at Denver Health, one in 2017 and one in 2018.

9. My academic and medical work include twenty-four scientific presentations and invited lectures, one medical book chapter and ten peer-reviewed published scientific papers. Nine of these have been related to COVID-19. I have appeared in three television and print news stories regarding the outpatient treatment of COVID-19 with monoclonal antibodies including a September 2021 Denver Post story on this subject.

10. In regards to COVID-19, the Peña Urgent Care Clinic has remained open and accessible to all patients, including suspected and confirmed COVID-19 patients, throughout the pandemic. Therefore, besides seeing patients personally with COVID-19, as the Medical Director I have designed and implemented all policies and procedures regarding the care of this patient population while ensuring the safety of other patients and the staff working in the clinic. Additionally, under my leadership, we began providing the monoclonal antibody treatment, the only outpatient authorized treatment for COVID-19 to Denver Health and metro Denver patients infected with COVID-19. This clinic is one of only two sites offering this treatment in the City of Denver. Our process and

**2**

administration of this treatment is recognized as the most effective and efficient in the state of Colorado.

11. My detailed curriculum vitae is attached as **Exhibit A**.

12. Personally, I reside in Douglas County, Colorado. I have two children ages 3 and 6 who attend preschool and first grade in a Douglas County School District elementary school. I also have two stepchildren, ages 12 and 14, who attend a Douglas County School District middle school and high school, respectively. As such, I am familiar with all Douglas County and Douglas County School District policies, procedures and mandates, as well as its effects on families and children, especially during the last eighteen months of the COVID-19 pandemic.

13. If called as a witness, I could and would testify competently to the matters set forth below.

## Public Health Order

14. I am familiar with the recent Douglas County Board of Health Public Health Order issued on October 8th, 2021 and have reviewed it carefully. In my expert opinion, this order will harm the educator staff, children and families of this county. It denies the Douglas County School District the ability to fashion policies for their schools that attend to the health needs of their students which allow for safe in-person learning.

15. If students' only option is going to school with a substantial/high risk of COVID-19 transmission, without strong mitigation measures including mask mandates and appropriate quarantines, they are forced either to attend school risking their physical health and that of their families; or to stay out of school, a significant risk to their physical, psychological, emotional, educational and developmental well-being. I am particularly concerned for those students with chronic medical illnesses and disabilities who have an increased risk of severe illness should they contract COVID-19.

16. Given the dominance of the Delta variant in Douglas County, Colorado and across the United States, without mask mandates and appropriate quarantines, it has been demonstrated that significant portions of classrooms, including those with students with disabilities, can and will be infected with COVID-19.

17. I am not being compensated for my time reviewing material and preparing this report.

## COVID-19 Overview

18. COVID-19 is an infection caused by SARS-CoV-2, a coronavirus. Coronaviruses are a group of viruses that are similar on a molecular level due to the spike proteins located

**3**

on the outside of the virus that visually appear like a crown (corona). The coronaviruses cause infections that range from asymptomatic infection to life threatening illnesses[1]. COVID-19 spreads through respiratory droplets as the virus is located within these particles. When an infected person exhales, infected respiratory droplets can infect another person. This can occur through three mechanisms: 1) breathing in air to the lungs that contains the infected respiratory droplets, 2) infected respiratory droplets landing on the eyes, nose and mouth, and 3) touching the eyes, nose and mouth with hands that have the infected respiratory droplets on them[2].

19. COVID-19 infection can have a variable clinical presentation. Many infected patients have no symptoms (asymptomatic). Many infected patients have mild to moderate symptoms which can include one or more of the following: cough, shortness of breath, fever, chills, nasal congestion, runny nose, sore throat, headache, fatigue, abdominal pain, diarrhea, nausea, vomiting, loss/change of smell, loss/change of taste, rash, and body aches. Some infected patients have severe symptoms which include trouble breathing, hypoxia (low oxygen), confusion, chest pain, heart complications and/or organ failure. While some underlying characteristics and medical conditions predispose to a higher likelihood of severe illness, severe illness can occur in anyone. Symptoms begin 2-14 days after infection[3].

20. Throughout the eighteen months of the COVID-19 pandemic, there have been multiple variants of the SARS-CoV-2 virus. As of the last week of September (the most recent data available), 100% of the cases in Colorado were of the Delta variant[4]. The Delta variant has similarities and notable differences from previous variants during the pandemic. The Delta variant is transmitted in the same mechanism as all previous variants. However, the Delta variant has significantly higher transmissibility. The $R_0$ value is the measure of transmissibility. The $R_0$ of early variants such as Alpha were between 2 and 3, indicating that one infected person would likely infect 2 to 3 other people; whereas the $R_0$ of the Delta variant is between 6 and 7, indicating that an infected person would likely infect 6 to 7 other people. Patients infected with the Delta variant carry 1,000 times more of the virus in their nasal canals than in earlier variants. It is more transmissible than the common cold, influenza, small pox and Ebola[5]. This all results in rapid and exponential spread of this virus.

21. There are several identified risk factors for COVID-19 that increase the likelihood for infection, hospitalization and death. Children ages 5-17 have the same risk as a young-adults ages 18-29 to become infected and they have slightly less risk for hospitalization and death. However, in looking at race/ethnicity, there is a large disparity. Compared to White, Non-Hispanic persons, Black persons have 1.1 times the risk for infection, 2.8 times the risk for hospitalization and 2 times the risk of death. Compared to White, Non-Hispanic persons, Hispanic persons have 1.9 times the risk for infection, 2.8 times

the risk for hospitalization and 2.3 times the risk of death. Compared to White, Non-Hispanic persons, American Indian persons have 1.7 times the risk for infection, 3.5 times the risk for hospitalization and 2.4 times the risk of death[6,7].

22. Data is beginning to emerge on what underlying conditions correlate with severe COVID-19 illness among children. In a large cross-sectional study of pediatric patients with COVID-19, risk factors for severe illness include asthma, neurodevelopmental disorders, anxiety, depression, obesity, esophageal disorders, tobacco-related disorders, diabetes (both type 1 and type 2), epilepsy, cardiac and circulatory congenital anomalies, upper respiratory diseases, and hypertension[8]. Higher risk of hospitalization occurs for type 1 diabetes, obesity, cardiac and circulatory congenital anomalies, epilepsy, neurodevelopmental disorders, type 2 diabetes, depression, hypertension, anxiety and asthma[8]. These conditions are also associated with severe illness when hospitalized[8]. In a study from Children's Hospital Colorado, the presence of any comorbid condition increased the odds of admission by 2.73 with increasing odds for additional comorbidities. Comorbid risk factors identified include obesity, pulmonary disease (asthma, sleep apnea), gastrointestinal disease, endocrine disease (diabetes), cardiac disease, neurologic disease, immunocompromising disease, and psychiatric disease[9]. Hispanic ethnicity was also demonstrated to result in more severe illness[9].

23. With the rise in the Delta variant, there has also been an increase in COVID-19 hospitalizations among pediatric patients. From the beginning of the pandemic in March 2020 through August of 2021, COVID-19 hospital admission rates for all ages of children (ages 0-4, 5-11, 12-17) have increased. Most recently over the past summer from late June to mid-August 2021, the rate of all pediatric patients hospitalized for COVID-19 went up 4.7-fold and the rate of children ages 0-4 that were hospitalized went up 10-fold. Unvaccinated adolescents ages 12-17 were also 10 times more likely to be hospitalized than their vaccinated counterparts. This drastic increase in hospitalization coincides with the increasing circulation of the Delta variant[10]. There is also some indication in this data that the illness from the Delta variant is more severe.

24. Additionally, even completely healthy children are at risk for Multisystem Inflammatory Syndrome in Children (MIS-C) following COVID-19 infection. MIS-C is a condition which can cause swelling and inflammation of the heart, lungs, brain, kidney, skin, eyes and gastrointestinal organs resulting in severe illness and organ failure[11]. Treatment of this requires hospitalization, close medical attention and intensive medications. Children are also at risk for long-COVID, a prolonged course of COVID-19 symptoms that may last for many months after the acute infection.

**COVID-19 in Douglas County**

25. Douglas County is currently in a high-risk state of transmissibility based on the current case rates in the county.  COVID-19 case rates for school-aged children remain markedly elevated, often exceeding case rates in adults 18 years and older, with the greatest disease burden for unvaccinated children ages 6 to 11 years.  Please see the most recent data in the table below from the Tri County Health Department.  Also, note that case rates have been continuing to increase in all age groups over the last four months.

26. Weekly Incidence Rates (per 100,000), by age group, Douglas County Colorado

| Week Starting | 0-5 years | 6-11 years | 12-17 years | 0-17 years combined | 18 years and older |
|---|---|---|---|---|---|
| 6-Jun-21 | 64 | 43 | 66.6 | 58.6 | 39.3 |
| 13-Jun-21 | 18.3 | 7.8 | 95.6 | 47.6 | 26.3 |
| 20-Jun-21 | 4.6 | 23.5 | 37.6 | 24.4 | 33.4 |
| 27-Jun-21 | 4.6 | 23.5 | 37.6 | 24.4 | 33.8 |
| 4-Jul-21 | 32 | 54.8 | 20.3 | 34.2 | 36.4 |
| 11-Jul-21 | 4.6 | 19.6 | 31.9 | 20.7 | 44.9 |
| 18-Jul-21 | 27.4 | 82.2 | 52.1 | 54.9 | 64.2 |
| 25-Jul-21 | 45.7 | 176.1 | 89.8 | 104.9 | 100.5 |
| 1-Aug-21 | 86.8 | 140.9 | 63.7 | 93.9 | 140.6 |
| 8-Aug-21 | 82.2 | 133 | 110 | 109.8 | 147.7 |
| 15-Aug-21 | 155.4 | 356.1 | 260.6 | 262.3 | 192.5 |
| 22-Aug-21 | 146.2 | 438.3 | 240.3 | 276.9 | 197.7 |
| 29-Aug-21 | 91.4 | 524.4 | 278 | 305 | 216.3 |
| 5-Sep-21 | 187.3 | 438.3 | 257.7 | 295.2 | 216.3 |
| 12-Sep-21 | 86.8 | 324.8 | 165 | 194 | 217.8 |
| 19-Sep-21 | 132.5 | 262.2 | 121.6 | 168.3 | 192.9 |
| 26-Sep-21 | 118.8 | 399.1 | 191.1 | 236.7 | 192.2 |

27. Additionally, there is currently fourteen active outbreaks of COVID-19 in the Douglas County School District for the 2021-2022 school year according to the Tri County Health Department which is the highest of all of the school districts in this region.  As such, there is very high transmission in the county, and specifically in the pediatric population that is affecting DCSD schools.

28. All of this is currently occurring while there was a mask mandate in place.

## COVID-19 Transmission in the School & Childcare Setting

29. There have been several recent studies that have documented significant transmission in school and childcare settings. In Georgia, from December 2020-January 2020, two clusters of COVID-19 cases involved educator-to-educator transmission followed by educator-to-student transmission in classrooms. These clusters were responsible for almost 50% of school-associated cases[12]. This study indicates that school staff can infect each other and then, in turn, infect students. More recently, over the summer and involving the Delta variant, there was a significant outbreak in a California elementary school. In this case, one unvaccinated COVID-19 positive teacher infected 50% of the students in her class (12 of 24 students). While masks were required, she read aloud to the students without wearing her mask while her students wore their masks. Students were more likely to be infected when seated in close proximity to her[13]. This indicates the ease of transmission of the Delta variant in the school setting without appropriate mitigation measures. Lastly, there is also data to support that transmission can also occur in childcare settings[14].

30. Infected school-age children have been documented to transmit COVID-19 to family members and close contacts leading to increased infection rates and hospitalizations. In one case report, infected children from a summer camp returned home and in 18% of those homes, 45% of family members were infected even with many families utilizing mitigation measures such as mask wearing and physical distancing[15]. Some of those family members required hospitalization for their COVID-19 infections[15]. In another study performed prior to the Delta variant, among fourteen households in which the infected index patient was aged <18 years, the secondary infection rate from infected index patients aged <12 years was 53% and from infected index patients aged 12–17 years was 38%. This indicates that if a child under the age of 12 is infected, 53% of close contacts will become infected[16]. Given the increased transmissibility of the Delta variant, we would expect even higher rates of close contact transmission in the current state.

31. All of the data above demonstrates that COVID-19, and specifically the current Delta variant, is very transmissible to students, school staff and their families; and is causing significant infection and severe illness in our local pediatric population and schools.

## COVID-19 Prevention Measures

32. There are several prevention and mitigation measures that can be taken to help prevent the spread of COVID-19 and these can be applied broadly in the community as well as in school environments. According to the CDC, these measures include vaccination, masking, physical distancing, screening testing, ventilation, handwashing and respiratory etiquette, staying home when sick and getting tested, contact tracing in

combination with quarantine and isolation, and cleaning and disinfection.  Using a layered strategy, meaning utilization of multiple prevention strategies together, consistently, is the best approach[17].

33. Vaccination is the leading public health prevention strategy to end the COVID-19 pandemic.  Currently, individuals 18 years and older can receive a COVID-19 vaccine from Pfizer, Moderna or Johnson & Johnson.  Individuals ages 12-17 are also eligible to receive a vaccine from Pfizer only.  Children age 11 and under are not eligible to receive a COVID-19 vaccine at this time.

34. Initial public health goals were to achieve 70% vaccination rate in order to control the pandemic, however, it is now believed that closer to 80-90% vaccination rates may be needed to control the pandemic and achieve herd immunity due to the increased transmissibility of the Delta variant[18].

35. Current vaccination rates in Douglas County are below the above-mentioned public health vaccination goals.  While the completed vaccination rate of all individuals in Douglas County over the age of 12 is 77.2%, children ages 12-15 have a completed vaccination rate of 58.6% and children ages 16-17 have a completed vaccination rate of 67%[19].  Again, children under the age of 12 are ineligible for vaccination.  This leaves many of the school-age children unprotected and complete county wide vaccination rates well below the 70% goal.  As such, herd immunity has not been achieved in Douglas County.  This is supported by the current high rates of COVID-19 infection as shown above.

36. Additionally, despite vaccination, breakthrough infections can occur.  A breakthrough infection occurs when a fully vaccinated person gets infected with COVID-19.  These infections are expected as no vaccine is 100% effective.  However, COVID-19 infections following vaccination make people less ill, with less likelihood for hospitalization and death[20].  Transmission of COVID-19 infection from someone who was previously vaccinated does occur, however, at a lower rate than transmission from an unvaccinated individual[21].

## Mitigation through Mask Wearing

37. While working towards herd immunity via vaccination, other COVID-19 prevention and mitigation measures need to be implemented to prevent illness and infections.  The first and most effective is mask wearing.  Given the highly contagious nature of the Delta variant (the Delta variant is currently the only variant in Colorado) the CDC "recommends universal indoor masking by all students (age 2 and older), staff, teachers, and visitors to K-12 schools, regardless of vaccination status"[17].

**8**

38. Additionally, the American Academy of Pediatrics "recommends universal masking in school for the following reasons:

    o   a significant portion of the student population is not eligible for vaccination

    o   protection of unvaccinated students from COVID-19 and to reduce transmission, and a potential lack of a system to monitor vaccine status among students, teachers and staff

    o   potential difficulty in monitoring or enforcing mask policies for those who are not vaccinated; in the absence of schools being able to conduct this monitoring, universal masking is the best and most effective strategy to create consistent messages, expectations, enforcement, and compliance without the added burden of needing to monitor vaccination status

    o   possibility of low vaccination uptake within the surrounding school community

    o   continued concerns for variants that are more easily spread among children, adolescents, and adults"[22].

39. Mask wearing is safe.  There is no significant or reliable evidence that hypoxia, reduced oxygen saturation or carbon dioxide retention is associated with wearing a mask[23].  In fact, the physiologic impact of wearing a mask has been noted to be insignificant and therefore masks can be worn in daily activities and exercise for both healthy individuals and those with underlying cardiopulmonary disease[24].  While some people may perceive some shortness of breath, there is no significant impact on actual work of breathing, oxygen levels, carbon dioxide levels, or other body effects, even in heavy exercise.  There are no differences based on age or sex.  This is true with cloth, surgical or N95 face masks[25].  Mask wearing is even more important in the current setting of the Delta variant with increased transmissibility[26].

40. Mask wearing has been demonstrated in a multitude of studies to be extremely effective at preventing the transmission of COVID-19.  Mask wearing is effective because it reduces the transmissibility per interaction by reducing the production of airborne infected respiratory particles in both laboratory and clinical contexts.  It is noted that because respiratory particles become smaller due to evaporation, mask wearing by infectious people (source control) can have greater benefits on a population level rather than mask wearing by susceptible people with a focus on individual outcomes[27].  Smaller particles are able to sneak through masks at a higher rate than larger particles, which exemplifies the benefit of mask wearing by the source on decreasing the spread of COVID-19 compared with protecting individuals from becoming infected by wearing their own masks.  Of note, at least 50% or more of transmissions are from persons who never develop symptoms or those who are in the pre-symptomatic phase of COVID-19

**9**

illness[28].  This indicates the importance of universal mask wearing to prevent transmission.

41. In Maricopa and Pima Counties, Arizona, the 2021-2022 school year began with variable mask policies.  During the six-week period between July 15th and August 31st there was noted to be 191 school-associated COVID-19 outbreaks.  Of these 59.2% occurred in schools without a mask requirement and 32.5% occurred in school that started without a mask requirement and later enacted one.  Only 8.4% occurred in schools with a mask requirement from the first day of school.  This demonstrates that the odds of having a COVID-19 outbreak is 3.5 times higher for schools without a mask requirement[29].

42. In a national study evaluating pediatric COVID-19 cases in counties with and without school mask requirements, those counties without a mask requirement had more than twice as many pediatric infections compared to those counties with a mask requirement (34.85 cases per 100,000 per day compared to 16.32 cases per 100,000 per day)[30]. These indicate that school mask mandates result in fewer pediatric COVID-19 infections and school outbreaks compared to those without mask mandates.

43. Masks are extremely effective in Colorado, as well.  In a recent presentation to the Metro Denver local public health departments, the difference in COVID-19 pediatric cases showed a four-fold increase in rates (near 800 7-day cases per 100,000 people ages 5-17 compared to under 200 7-day cases per 100,000 people ages 5-17) in school districts that did not require a mask compared to those that did require a mask when schools opened the end of August. See graph below:



44. The CDC continues to recommend contact tracing in combination with isolation and quarantine. Isolation should be applied to any person who has tested positive for COVID-19. The duration of isolation should be 10 days from symptom onset, or when asymptomatic, 10 days from test date. Quarantine is utilized for a close contact of someone who has COVID-19. Quarantine is not required of fully vaccinated asymptomatic individuals; however, they need to wear their mask at school and indoors. If an exposed vaccinated person becomes symptomatic during the quarantine period, they should be immediately tested. Quarantine is required of unvaccinated close contacts. The duration of quarantine is 14 days, however, may be shortened to seven days with a negative COVID-19 test[17] performed on day seven. The American Academy of Pediatrics also recommend a multi-pronged, layered approach to protect students, teachers, and staff which includes appropriate isolation and quarantine[22].

45. All of the data presented above makes it very clear that masks are safe and effective in decreasing transmission of COVID-19. Additionally, mask mandates have demonstrated significant decreased transmission in the school setting, keeping kids safe while experiencing in-person learning, the goal of the American Academy of Pediatrics.

### My Personal Experience

46. As an urgent care physician, I have been on the front lines of the COVID-19 pandemic since the onset. I have spent the last 18 months caring for patients, their families and coworkers while they suffer from COVID-19 with acute illness, long-COVID syndrome and unfortunately, death. While many patients of all ages have mild illness, seeing even one patient gasping for air and lacking oxygen is a horrific experience.

47. We have admitted patients of all ages, including very young children, school-age children and adolescents to the hospital for severe illness. The numbers listed above aren't just numbers; every number is a person, a parent, child, sibling, friend. The impacts of a COVID-19 infection can have ripple effects far beyond what can be measured in a chart or a graph. If even one case of COVID-19 can be prevented, it is absolutely worth it.

48. The clinic I lead provides COVID-19 positive patients the monoclonal antibody treatment. Our clinic is one of only two sites in the City of Denver. Monoclonal antibody treatment is the only authorized outpatient treatment for COVID-19 patients with mild to moderate symptoms who are at an increased risk for complications including hospitalization and death. This treatment results in four fewer days of symptoms and a 70-80% reduction in hospitalization[31]. Thus far we have treated approximately one thousand patients under my supervision. For the last several months during the recent Delta surge, we have far more patients meeting criteria and

**11**

requesting treatment than we are able to provide due to staffing and supply limitations. Notably, this treatment is only available to patients ages 12 and up.

49. From the September 2021 Denver Post article entitled "COVID antibody treatments help prevent hospitalization – but they don't replace vaccines, Colorado doctors say", "Prevention is going to be more effective" than hoping for good outcomes from a treatment[32]. Additionally, there are negative effects from having to isolate and missing time at school or work, and with family and friends as a result of an infection.

50. Additionally, clinically we have seen an increase in pediatric patients who present with mental health complaints including depression, anxiety and suicide attempts. This is the reason that Children's Hospital Colorado declared a State of Emergency for youth mental health earlier this year. The underlying cause of worsened mental health in young people is increased isolation and stress as a result of the pandemic[33].

51. As a Douglas County School District parent, I have personally experienced all of the various policies and procedures that were implemented in the district over the last 18 months. We had the children home full time for remote learning, and then partially home for hybrid learning. We had the children quarantined several times when there weren't mask mandates in place and now have them back in school full time, without disruptions as a result of a complete mask mandate.

52. My children are the most successful when they are attending in-person school daily, without the risk of unnecessary disruption. This allows for their academic, social, emotional and physical development and creates the routine and schedule stability necessary for that development to occur. This routine and stability minimize their isolation experiences during quarantine and decreases their stress of the unknown which has been very challenging during this pandemic; thus, maintaining their positive mental health state.

53. Given all of the data presented above, Douglas County School District needs to have the ability to determine the best policies and procedures to ensure a safe in-person learning environment for all of their students, including those who are at increased risk for complications for COVID-19, which includes the implementation of mask mandates and appropriate isolation and quarantine protocols.

### References

1. https://www.cdc.gov/coronavirus/2019-ncov/your-health/about-covid-19/basics-covid-19.html

2. https://www.cdc.gov/coronavirus/2019-ncov/prevent-getting-sick/how-covid-spreads.html

3.  https://www.cdc.gov/coronavirus/2019-ncov/symptoms-testing/symptoms.html

4.  https://covid19.colorado.gov/data

5.  https://www.uchealth.org/services/infectious-diseases/coronavirus-covid-19/the-delta-variant-of-covid-19/

6.  https://www.cdc.gov/coronavirus/2019-ncov/covid-data/investigations-discovery/hospitalization-death-by-age.html

7.  https://www.cdc.gov/coronavirus/2019-ncov/covid-data/investigations-discovery/hospitalization-death-by-race-ethnicity.html

8.  Kompaniyets, Lyudmyla, et al. "Underlying medical conditions associated with severe COVID-19 illness among children." *JAMA network open* 4.6 (2021): e2111182-e2111182.

9.  Graff, Kelly, et al. "Risk factors for severe COVID-19 in children." *The Pediatric Infectious Disease Journal* 40.4 (2021): e137-e145.

10. Delahoy, Miranda J., et al. "Hospitalizations associated with COVID-19 among children and adolescents—COVID-NET, 14 states, March 1, 2020–August 14, 2021." *Morbidity and Mortality Weekly Report* 70.36 (2021): 1255.

11. https://www.cdc.gov/mis/mis-c.html

12. https://www.cdc.gov/mmwr/volumes/70/wr/mm7008e4.htm?s_cid=mm7008e4_w

13. https://www.cdc.gov/mmwr/volumes/70/wr/mm7035e2.htm?s_cid=mm7035e2_w

14. https://www.cdc.gov/mmwr/volumes/69/wr/mm6937e3.htm

15. https://www.nejm.org/doi/full/10.1056/NEJMc2031915

16. https://www.cdc.gov/mmwr/volumes/69/wr/mm6944e1.htm.

17. https://www.cdc.gov/coronavirus/2019-ncov/community/schools-childcare/k-12-guidance.html

18. https://www.muhealth.org/our-stories/covid-19-vaccine-key-reaching-herd-immunity

19. https://data.tchd.org/covid19/

20. https://www.cdc.gov/vaccines/covid-19/health-departments/breakthrough-cases.html

21. Abu-Raddad, Laith J., et al. "Effect of vaccination and of prior infection on infectiousness of vaccine breakthrough infections and reinfections." *medRxiv* (2021).

22. https://www.aap.org/en/pages/2019-novel-coronavirus-covid-19-infections/clinical-guidance/covid-19-planning-considerations-return-to-in-person-education-in-schools/

23. Samannan, Rajesh, et al. "Effect of face masks on gas exchange in healthy persons and patients with chronic obstructive pulmonary disease." *Annals of the American Thoracic Society* 18.3 (2021): 541-544.

24. Haraf, Rebecca H., et al. "The Physiological Impact of Masking Is Insignificant and Should Not Preclude Routine Use During Daily Activities, Exercise, and Rehabilitation." *Journal of cardiopulmonary rehabilitation and prevention* 41.1 (2021): 1.

25. Hopkins, Susan R., et al. "Face masks and the cardiorespiratory response to physical activity in health and disease." *Annals of the American Thoracic Society* 18.3 (2021): 399-407.

26. Brooks, John T., and Jay C. Butler. "Effectiveness of mask wearing to control community spread of SARS-CoV-2." *Jama* 325.10 (2021): 998-999.

27. Howard, Jeremy, et al. "An evidence review of face masks against COVID-19." *Proceedings of the National Academy of Sciences* 118.4 (2021).

28. Johansson, Michael A., et al. "SARS-CoV-2 transmission from people without COVID-19 symptoms." *JAMA network open* 4.1 (2021): e2035057-e2035057.

29. https://www.cdc.gov/mmwr/volumes/70/wr/mm7039e1.htm?s_cid=mm7039e1_w

30. https://www.cdc.gov/mmwr/volumes/70/wr/mm7039e3.htm?s_cid=mm7039e3_w

31. https://www.nejm.org/doi/full/10.1056/NEJMoa2108163

32. https://www.denverpost.com/2021/09/10/monoclonal-antibodies-covid-treatment/

33. https://www.childrenscolorado.org/about/news/2021/may-2021/youth-mental-health-state-of-emergency/

I swear under the penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge. Dated this 15th day of October 2021, at Castle Rock, Colorado.

Lindsey E. Fish, MD

Lindsey E. Fish, MD

# Lindsey E. Fish, M.D. Curriculum Vitae

## Personal

Lindsey E. Fish, M.D.
Medical Director, Federico F. Peña Southwest Urgent Care Clinic
Denver Health and Hospital
Assistant Professor of Medicine, Division of General Internal Medicine
University of Colorado School of Medicine
1339 S. Federal Blvd.  MC 1109
Denver, CO 80219
P: 303-602-0013  F:  303-602-0211
Lindsey.fish@dhha.org

## Education

| | |
|---|---|
| Washington University, St. Louis, MO | September 1997 – May 1998 |
| University of Kansas – Tropical Studies Program, Golfito, Costa Rica | August 2000 – December 2000 |
| Macalester College, St. Paul, MN | September 1998 – May 2001 |

*Bachelor of Arts*: Major:  Biology with an added emphasis in immunology and microbiology
Minor:  Anthropology

| | |
|---|---|
| San Francisco Conservatory of Music, San Francisco, CA | January 2003 – June 2004 |

*Independent Study in Classical Piano*

University of California, San Francisco School of Medicine, San Francisco, CA August 2003 – June 2007
*Doctor of Medicine*

| | |
|---|---|
| Institute for Health Solutions, San Francisco, CA | January 2005 – April 2011 |

*Clinical Research Fellow*

| | |
|---|---|
| University of Colorado School of Medicine, Aurora, CO | June 2007 – June 2010 |

*Internal Medicine Intern and Resident, Primary Care Program*

## Academic Appointments

University of Colorado School of Medicine, Division of General Internal Medicine

| | |
|---|---|
| *Clinical Instructor* | August 2011 – December 2014 |
| *Assistant Professor of Medicine* | January 2015 – Present |

## Professional Positions

University of Colorado Hospital, Aurora, CO
*Departments of Hospital Medicine and Hematologic Oncology-Hospitalist* December 2008 – June 2010
Colorado Department of Corrections, Denver and Cañon City, CO

| | |
|---|---|
| *Colorado Territorial Correctional Facility – Physician II* | September 2010 – May 2011 |
| *Denver Women's Correctional Facility – Physician II* | June 2011 – February 2013 |

Department of Veteran's Affairs, Denver VA Hospital, Denver, CO

| | |
|---|---|
| *Ambulatory Care Department – Emergency Room Physician* | January 2011 – September 2013 |

Denver Health and Hospital Authority, Denver, CO
*Adult Urgent Care Clinic – General Internal Medicine Physician*          February 2013 – May 2016
*Peña Urgent Care Clinic – Medical Director and General Internal Medicine Physician*
                                                                          September 2015 – Present

See Clinician's Portfolio for Additional Information


## Honors, Special Recognitions and Awards

National Health Service Core Scholarship                                  August 2005 – May 2007
National Health Service Core Loan Repayment recipient                     September 2012 – August 2014
Corps Community Award for "Exceptional Service to Colorado's Medically Underserved" presented by a
coalition of organizations dedicated to providing medical care in Colorado          October 2012
Pillar Award for Engagement, Denver Health                                June 2014
Pillar Award for Community, Denver Health                                 June 2016
Compassionate Care Award for Exceptional Patient Care, Denver Health      April 2017
The Philip S. Mehler Adult Medicine Award for Excellence in Quality, Denver Health    May 2017
Pillar Award for Growth, Denver Health                                    June 2017
Compassionate Care Award for Exceptional Patient Care, Denver Health      February 2018
Women's Leadership Training University of Colorado School of Medicine      August 2019 – July 2020


## Membership in Professional Organizations

American College of Physicians Member                                     June 2010 – May 2014
Society of General Internal Medicine Member                               January 2014 – Present
Urgent Care Association of America Member                                 October 2020 - Present


## Major Committee and Service Responsibilities

Institute for Health Solutions, San Francisco, CA
*Medical Director, Board of Directors Member*                             April 2011 – March 2017
Denver Health:
        Point of Care Ultrasound Committee                               January 2019 – Present
        SURGG Study Pena Urgent Care Coordinator                         March 2019 - Present
        Pediatric Otitis Media Study Pena Urgent Care Coordinator        May 2019 - Present
        Pediatric Conjunctivitis Study Pena Urgent Care Coordinator      May 2019 – Present
Society of General Internal Medicine Urgent Care Interest Group Coordinator
*Accepted in May 2019 but initiated in 2020 due to national emergency*    May 2019 - Present


## Licensure and Board Certification

Colorado State Physician License; March 2009, June 2011, May 2013, April 2015, May 2017, April 2019,
April 2021
American Board of Internal Medicine Certification; Certification 2010 – 2021, Certification 2021 - 2031
American Board of Internal Medicine Maintenance of Certification Program; In Compliance

**<u>Review Work</u>**

| | |
|---|---|
| Society of General Internal Medicine National Conference Poster Reviewer | Annually 2018 - Present |
| Journal of Urgent Care Medicine Editorial Board Member | June 2020 – Present |
| Journal for the Healthcare of the Poor and Underserved Reviewer | July 2020 – Present |
| Journal of Urgent Care Medicine, Editor of Clinical Images | April 2021 - Present |

**<u>Invited Presentations</u>**

Denver Health Community Health Services Board Meeting Presentation on Peña Urgent Care Clinic
September 2016
Denver Health General Internal Medicine Department Meeting Presentation on Non-Opioid
Management of Acute Pain                                                                          August 2017
Denver Health Ambulatory Care Services Leadership Presentation on Peña Urgent Care Clinic
November 2018
Colorado Community Health Network Medical Directors Meeting Presentation on Acute Care Services in
Community Health Clinics                                                                         January 2020
Denver Public Health Case Investigator Meeting Presentation on Monoclonal Antibodies for the
Outpatient Treatment of Mild/Moderate COVID-19 Infection                         June – July 2021
Urgent Care Association National Webinar "Revisiting Clinical and Operational Opportunities for COVID-19 mAb Therapies, Including the New Post-exposure Authorization"           August 2021
University of Colorado Project Echo Statewide Webinar "A Provider's Guide to Monoclonal Antibody
Therapy for COVID-19" (over 700 participants)                                       August 2021
Denver Post Article "COVID Antibody Treatments Help Prevent Hospitalization – But They Don't Replace
Vaccines, Colorado Doctors Say"                                                      September 2021

**<u>Teaching Record</u>**

**Presentations**

| | |
|---|---|
| CU-Unite Correctional Care Large Group Presentation | Annually 2012 – 2013 |
| *Presented to 1st-2nd year medical/PA/NP students* | |
| Underserved Career Panel Member | Annually 2012 – Present |
| *Presented to 2nd year internal medicine residents* | |

**Clinical Attending Duties**

| | |
|---|---|
| Adult Ambulatory Care Clerkship Preceptor | Sept 2011 – Feb 2013 |
| | October 2019 - Present |
| *Outpatient clinical supervision and bedside teaching of 3rd year medical students – 4 hrs/wk* | |
| Correctional Care Elective Preceptor | Sept 2011 – Feb 2013 |
| *Outpatient clinical supervision and bedside teaching of 4th year medical students – 1 mon/yr* | |
| Underserved Elective Preceptor | Sept 2011 – Feb 2013 |
| *Outpatient clinical supervision and bedside teaching of 4th year medical students – 1 mon/yr* | |
| Foundations of Doctor Preceptor | Sept 2011 – Present |
| *Outpatient clinical supervision and bedside teaching of 1st-4th year medical students – 4 hrs/month* | |

**17**

| | |
|---|---|
| Adult Urgent Care Clinic Elective Preceptor | Feb 2013 – May 2016 |

*Supervision and bedside teaching of residents, urgent care clinic – 40 hours/week*

| | |
|---|---|
| Longitudinal Integrated Clerkship Preceptor | July 2014 - Present |

*Outpatient clinical supervision and bedside teaching of 3rd year medical students – 5 hrs/mon*

| | |
|---|---|
| Denver Health Urgent Care Elective Preceptor | June 2016 – Present |

*Supervision and bedside teaching of residents, urgent care clinic – 24 hours/week*

| | |
|---|---|
| Clinical Medical Spanish Elective Preceptor | Sept 2016 – Nov 2020 |

*Outpatient clinical supervision and bedside teaching of 4th year medical students – 1 mon/yr*

**Key Administrative Positions**

| | |
|---|---|
| Adult Urgent Care Clinic Resident Elective Course Director | July 2013 – May 2016 |
| Longitudinal Integrated Clerkship Urgent Care Liaison | March 2014 – Present |
| Clinical Medical Spanish Medical Student Course Director | June 2015 – Nov 2020 |
| Denver Health Urgent Care Clinic Elective Course Director | June 2016 – Present |

**Teaching Accomplishments**

| | |
|---|---|
| Developed the Denver Health Urgent Care Elective for Residents | June 2016 |
| Denver Health Urgent Care Elective Curriculum Passport | June 2017 – Present |

*Developed self-directed urgent care curriculum for residents, with implementation and evaluation as well a national distribution*

| | |
|---|---|
| Society of General Internal Medicine TEACH Program Completion | May 2016 |
| University of Colorado School of Medicine Academy of Medical Educators Teaching Certificate Program Completion | June 2016 |
| University of Colorado School of Medicine Academy of Medical Educators Teaching Certificate Program Completion | May 2018 |

See Educators Portfolio for additional information

## Grant Support

[1]   Real World Effectiveness and Safety of Monoclonal Antibody Treatment in High-Risk COVID-19 Outpatients; Denver Health Principal Investigator, co-investigator with the University of Colorado, funded by the National Institutes of Health (NIH) and National Center for Advancing Translational Sciences (NCATS) (award number UL1-TR002535-03S3); June 2021 – April 2022, 20% effort, Denver Health direct costs $334,716.

## Bibliography

**Papers in Peer Reviewed Journals**

[1]   Mitrovic I, **Fish de Peña LE**, et al.  "Rewiring the Stress Response: A New Paradigm for Health Care."  *Hypothesis*. 2011;9(1):e4.

[2]   **Fish LE**, Gardiner S. "COVID-19 Considerations in the Urgent Care Clinic." *Journal of Urgent Care Medicine.* 2020;14(8):22-23.

[3]   **Fish LE.**  "Eye Pain in a Healthy 19-Year-Old." *Journal of Urgent Care Medicine.* 2020;15(3):29-30.

[4]     Calcaterra, S. L., Lou, Y., Everhart, R. M., **Fish LE**, & Hanratty, R. "Association Between In-Clinic Opioid Administration and Discharge Opioid Prescription in Urgent Care: A Retrospective Cohort Study." *Journal of General Internal Medicine.* 2021;36(1):43-50.

[5]     Mahajan A, **Fish LE.** "An Atypical Presentation of Thyroid Storm: A Stark Yet Potentially Lethal Diagnosis." *Journal of Urgent Care Medicine.* 2021;15(7):17-20.

[6]     **Fish LE.**  "Outpatient Management of COVID-19 in the Urgent Care Clinic: Administering Monoclonal Antibodies." *Journal of Urgent Care Medicine.* 2021;15(8):22-25.

[7]     Hall JK, Chatroux IC, **Fish LE.** "An Innovative Model of Urgent Care for the Underserved: A Case Report of an Urban Hospital-Affiliated Federally Qualified Health Center Urgent Care Clinic." *Journal of Healthcare for the Poor and Underserved.* 2021; 32(3):1160-1165.

[8]     Murcia D, **Fish LE.** "Use of a Quality Improvement Tool for the Evaluation of Healthcare Disparities in Urgent Care: A Case Example for Bacterial Pneumonia." *Journal of Urgent Care Medicine.* Online publication in September 2021.

**Invited Articles in Peer Reviewed Journals**

[1]     **Fish LE.** "The Challenge of Inequity in Urgent Care Medicine: A Call to Action." *Journal of Urgent Care Medicine.* 2020;14(11):1-2.

**Other Peer Reviewed Publications**

[1]     **Fish LE**.  "Urgent Care Curriculum for Primary Care Providers." Primary Care Track Toolkit Produced by the Alliance for Academic Internal Medicine APDIM Primary Care Forum, Second Edition, September 2020.

**Book Chapter**

[1]     Long J, **Fish LE**, Wobbekind A.  Professionalism in Healthcare:  The Basic Principles for Surgeons in Training, Chapter 21 of Surgical Patient Safety: A Case-Based Approach Textbook by Philip F. Stahel. 2014.

**Oral Presentations (Competitive)**

[1]     **Fish LE**, Adams J. Urgent Care Medicine: An Opportunity to Teach Outside of Specialty Silos in a Longitudinal Integrated Clerkship. Consortium of Longitudinal Integrated Clerkships International Conference, October 2019, Vancouver, British Colombia, Canada.

[2]     Gardiner, S, **Fish LE**.  Non-Opioid Patient Care in an Urgent Care Setting.  Oral Presentation at the 32nd Annual Rocky Mountain Interprofessional Research & Evidence-Based Practice Symposium, May 2020, Aurora, CO.  Accepted but not presented due to national emergency.

[3]     **Fish LE** and Nadler, P.  Designing an Urgent Care Curriculum for you Internal Medicine and/or Medicine/Pediatrics Residency Program.   Oral Workshop Presentation at the Society of Internal Medicine Mountain West/New England Regional Meeting, November 2020, Virtual. Accepted but not presented due to technology issues.

[4]     **Fish LE** and Nadler, P.  Designing an Urgent Care Curriculum for you Internal Medicine and/or Medicine/Pediatrics Residency Program.   Webinar for the Society of Internal Medicine Mountain West/New England Region, December 2020, Virtual.

**Poster Presentations (Competitive)**

[1]     **Fish LE**, Adams J. A Passport to Self-Directed Learning: Innovation in Internal Medicine Resident Curriculum Design in an Urgent Care Setting.  University of Colorado Education Symposium, February 2018, Aurora, CO.

[2]     **Fish LE**, Adams J. A Passport to Self-Directed Learning: Innovation in Internal Medicine Resident Curriculum Design in an Urgent Care Setting.  Western Group of Education Affairs (WGEA) Conference, March 2018, Denver, CO.

[3]     **Fish LE**, Adams J. A Passport to Self-Directed Learning: Innovation in Internal Medicine Resident Curriculum Design in an Urgent Care Setting.  Society of General Internal Medicine (SGIM) National Conference, April 2018, Denver, CO.

[4]     F**ish LE**, Adams J. Acute Pain Management in an Opioid Free Community Based Urgent Care Clinic. Society of General Internal Medicine (SGIM) National Conference, April 2018, Denver, CO.

[5]     Calcaterra S, Lou Y, Everhart R, **Fish LE**, Hanratty R.  Association between Clinically Administered Opioids and Discharge Opioid in Urgent Care.  American Society of Addiction Medicine (ASAM) Annual National Meeting. April 2020, Denver, CO. Accepted but not presented to due to national emergency.

[6]     Calcaterra S, Lou Y, Everhart R, **Fish LE**, Hanratty R.  Association between Clinically Administered Opioids and Discharge Opioid in Urgent Care.  Society of General Internal Medicine (SGIM) National Conference. May 2020, Birmingham, AL. Accepted but not presented to due to national emergency.

[7]     **Fish LE**.  An Innovative Model of Urgent Care for the Underserved: A Case Report of an Urban Hospital-affiliated Federally Qualified Health Center Urgent Care Clinic.  Urgent Care Association of America Conference, August 2020, Virtual.

[8]     **Fish LE**.  The Urgent Care Clinic: An Underutilized Effective Learning Space for Residents and Medical Students.  Urgent Care Association of America Conference, August 2020, Virtual.

[9]     Khalil P, Toney A, **Fish LE**.  The Clinical Applications, Benefits, Limitations and Outcomes of Point of Care Ultrasound in the Urgent Care Clinic. Urgent Care Association of America Conference, August 2020, Virtual.

[10]    Murphy R, **Fish LE.**  Teeth, Heart and Brain; A Connection Explained.  Society of General Internal Medicine (SGIM) National Conference. April 2021, Virtual.