EXHIBIT 4

I, B████ H████, declare and state the following under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. My name is B████ H████. I am over 18 years old and have personal knowledge of the facts stated in this declaration.

2. I am the mother of R.P, my 11-year-old daughter who has Type-1 Diabetes and Attention Deficit/ Hyperactivity Disorder.

3. Because my daughter is under 12 years-old, she is currently ineligible for a Covid vaccine

4. R.P attends Northeast Elementary in the Douglas County School District.

5. R.P.'s Type-1 Diabetes puts her at heightened risk if she were to be infected by Covid-19. Type 1 Diabetes is thought to impair immune response due to Hyperglycemia (elevated blood glucose levels) making it harder for a Type-1 Diabetic to mount an efficient immune response.

6. The biggest concern, though, according to her endocrinologist at her last visit is the risk of Diabetic Ketoacidosis because the virus can cause a stress response in the body that spikes blood glucose levels and can cause resistance to insulin which can lead to the body burning fat instead of carbohydrates causing the blood to become too acidic causing interference with multiple organ function. If too much acid builds up low blood pressure, coma and death can result. My daughter's PCM has recommended against attending in person if masks are not in use due to her elevated risk of adverse outcomes.

7. R.P. receives services and accommodations through an IEP.

8. After the Douglas County Health Department issued its October 9, 2021 order allowing broad exemptions from the school districts mask mandate, I really wanted to pull my daughter to online learning, but if I did she would lose her access to special education programs that she requires to learn. This puts me in the unwinnable position of choosing between her health and her future.

9. For now, R.P. is attending school in-person wearing the best mask I can get my hands on and separated from her unmasked peers, of which there are, I believe, 50 in her class.

10. Every day we now have to worry about her health. I must demand she sit away from anyone unmasked and not to interact with any unmasked parent volunteers for her safety. This takes away her access to some of the classroom experience that the other children are free to enjoy, as well as just one more thing to point out that she is different due to her disability. Also of concern is that she has to have access to assigned caregivers and/or the health room several times a day to have insulin administered and for intervention for High/low blood glucose levels. I have no idea

if all if these caregivers are going to be masked and being in the health room raises her chances of encountering an unmasked infected individual.

11. Before masks were mandated and parents were strongly encouraged but ultimately left to decide for themselves my child told me that in her class of 50 that she and two others were the only children masked. I very well believe this as upon dropping her off I saw very few kids masked going into the building.

12. When the mask mandate was in place children were given the opportunity for exemptions due to legitimate disabilities. My child and others like her cannot opt out of being high risk and endangered by this policy how is that fair to children like her? I fear the odds of her catching up to her peers is going to be drastically reduced if we pull her to online as we did for a large part of last year. This is especially worrisome as she is in the fifth grade and she would then be going into middle school next year without the proper skills to build on leaving her to be completely unprepared for the challenges of middle school and beyond. She needs the SPED services that can only be provided with in person learning to succeed in school, but we risk her health every day we send her. I feel like she and children like her have been thrown under the bus to protect other children from inconvenience and to satisfy a political agenda.

13. I have heard people justify their attitude towards masks by saying the only children who die are children with preexisting conditions. How devastating to hear as a parent! My child is one of those children with preexisting conditions that they did not ask for. She does not deserve to be disregarded and treated as disposable. She is just as important and just as valuable as all her other peers. She deserves access to the same education that is made available to her non-disabled peers without risking her health and possibly life.

14. I am asking the court to strike the new health order.

Executed on October 13, 2021



B███ H███