## Declaration of E▇ B▇▇

I, E▇ B▇▇, declare and state the following under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. My name is E▇ B▇▇. I am over 18 years old and have personal knowledge of the facts stated in this declaration.

2. I am the mother of C.B., my 12-year-old son who has autism and intellectual disabilities. C.B. completed Differential Ability Score testing (DAS-II) in 2018, and his overall intelligence score was 30, in the Very Low range, <0.1 percentile.

3. C.B. attends Ranch View Middle School in the Douglas County School District.

4. C.B. is at increased risk of infection with COVID-19 in the absence of universal mask wearing policy, as C.B. has sensory sensitivities due to his autism diagnosis and is unable to tolerate wearing any sort of face covering for any period of time. He relies on public health mitigation measures in the school environment to reduce transmission of COVID-19 and reduce his risk of exposure to COVID-19.

5. C.B. receives services and accommodations through an Individualized Education Program (IEP).

6. After the Douglas County Health Department issued its October 9, 2021 Order allowing broad exemptions from the School District's mask mandate, we have continued to have C.B. attend school. We understand that C.B. is at increased risk of contracting COVID-19 in the absence of universal mask wearing policy. If C.B. were to contract COVID-19, he could transmit COVID-19 to his sister, M.B., age 8, who is unable to receive vaccination against COVID-19 due to her age.

7. The American Academy of Pediatrics and the CDC have recommended universal mask wearing in K-12 schools. This is a public health emergency. We have the opportunity through application of public health principles to prevent preventable illness, injury, and death. Even one child experiencing long-term side effects of COVID infection, or one child dying of COVID-19, is one child too many. Some in the community are making this a battle between individual freedoms and public health. This is not an either/ or situation. In order to best serve the community, and to protect our children, we need to make choices that protect both individual freedoms and protect public health.

8. As a parent of a child with severe autism who cannot tolerate wearing a face covering due to his sensory sensitivities, I fully understand that there are some individuals who cannot wear a face covering due to medical or developmental reasons. However, the vast majority of us can wear a face covering. We can fully anticipate that in the absence of mitigation

**EXHIBIT 5**

measures including universal mask wearing, that there will be increased transmission of COVID-19 in the community, and resulting illness, injury, disability, and death. These downstream negative health consequences are predictable and preventable. We can also anticipate that with increased transmission of COVID-19 in the community, there will be more outbreaks and more staff shortages. We can anticipate that children will need to revert to remote learning. Remote learning is not effective learning for my son.

9. I am asking the Court to strike the new health order.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on October __13__, 2021



E██ B██████

4831-9051-0335, v. 1