### DECLARATION OF G▮▮ W▮▮

I, G▮▮ W▮▮, declare and state the following:

1. My name is G▮▮ W▮▮ I am over 18 years old and have personal knowledge of the facts stated in this declaration.

2. I am the mother of D.W., my 7-year-old son who has asthma.

3. Because my son is under 12 years old, he is not currently eligible for a COVID-19 vaccine.

4. D.W. attends STEM School Highlands Ranch in the Douglas County School District.

5. D. W. asthma puts my child at heightened risk from a COVID infection. Dr Buckley at Colorado allergy and asthma has recommended that D.W. avoid indoor locations where the majority of the people are not wearing masks. D.W. pediatrician, Dr Nelson at Littleton Pediatrics was surprised that Douglas County schools started the school year without masks, and strongly advised that he continue to wear a mask. D.W. has been admitted to Children's Hospital several times with severe asthma and breathing issues, particularly when sick with the cold virus.

6. D.W. receives services and accommodations through an asthma plan.

7. After the Douglas County Health Department issued its October 9, 2021 Order allowing broad exemptions from the School District's mask mandate, and STEM communicated that they would allow mask exemptions, I kept D.W. home from school on October 12th and 13th. The covid numbers are too high for my comfort level to have D.W. participate in-person, knowing that there will be students who opt out of masks for non-medical reasons. After being 100% virtual for all of the 2020-2021 school year, D.W. has already missed a significant amount of time in-school learning. Pulling him out now has been disruptive to his learning and his emotional health, but not worth the risk to his health. Per school policy, there are no virtual learning options unless the entire grade is quarantined, and there is very little make-up work the teacher can share. For the missed day on October 12th, the teacher sent website links to 3 videos for D.W. to watch. My husband and I both work full time, and we are unable to support or augment any learning material.

8. When masks were encouraged but not mandatory, I witnessed less than half of the students wearing masks. We also attended the STEM Blast-off (back to school event) which was held outside. Most everyone in attendance (parents, students, and staff) was not wearing a mask.

**EXHIBIT 6**

9. My kid's education has been severely impacted. He is a very social kid who learns best in person. He is not motivated to complete worksheets on his own, or to take instruction from me or his father. He needs the instruction and support he receives in the classroom from his teacher and his friends. We also work fulltime and are unable to give him the learning support and supervision he needs. While I am most worried about D.W. because of his asthma, we have two other children under the age of 12 who are also ineligible to be vaccinated. In addition, my mother has recently battled both cancer and heart disease. She was a key person in my children's life, and now we see her only on very special occasions. We spent 100% of the 2020-2021 school year virtual and were very anxious starting the school year back with in-person learning. We recognized that being in the classroom is so very important and worth a small risk if mitigated by following the recommended guidelines to minimize exposure. As COVID cases climbed, we have been very anxious and stressed about sending our kids to school, even pulling them out for a few days at a time in an "abundance of caution" when we received notifications of exposure. It was a big relief when the mask mandate went back into effect and confirmed cases in a school that was experiencing a massive outbreak began to decline. Now that parents again have the choice to opt out, I am terrified of sending D.W. and his siblings back into the school, so much so that I have kept D.W. at home and have tried to quarantine my 2 older students away from him within the house. D.W. who typically shares a bedroom with his brother, has been moved into our bedroom. We know from last year that masks and quarantines worked. The protocols in place last year resulted in a handful of covid cases for our STEM community. As we entered this year, with no protocols in place, STEM's covid cases spiked and put our school into several outbreak statuses where we had to quarantine multiple grades, multiple times. Since the mask mandate went into effect, we saw a major decline in the covid cases. This new half hazard health department is not operating in the best interest of the public health and is not following the guidelines set forth by the CDC, CDHPE, AAP.

10. I am asking the Court to strike the new health order.

Pursuant to 28 U.S.C. § 1746 I declare under penalty of perjury that the foregoing is true and correct.

Executed on October __13__, 2021

G█ W█