### DECLARATION OF J▮▮▮ A▮▮▮

I, J▮▮▮ A▮▮▮, declare and state the following under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. My name is J▮▮▮ A▮▮▮, I am over 18 years old and have personal knowledge of the facts stated in this declaration.

2. I am the mother of B.A, my nine-year-old daughter who has Epilepsy (both convulsive and partial-complex seizures), along with severe ADHD, a diagnosed Language Disorder, speech, communication & motor skill delays, and other medical conditions including Mitral Valve Prolapse and Hearing Loss in her left ear.

3. B.A. receives services and accommodations through an IEP.

4. Because my daughter is under 12 years-old, she is not currently eligible for a COVID-19 vaccine.

5. B.A. attends Parker Performing Arts School in the Douglas County School District, which is exactly where she needs to be, IN PERSON.

6. B.A.'s epilepsy, an underlying neurological condition and a disability, puts her at heightened risk for complications from a COVID infection. At her recent Neurology follow-up at Children's Hospital Colorado, her Pediatric Neurologist advised for the third or fourth time that we do not want B.A. to get COVID, with the new Delta variant called out specifically for the first time as a significant concern. The likelihood of a negative outcome/neurological complications is high for epileptic children who become sick with COVID, up to and including brain death.

7. At the same time, both my daughter's Pediatric Neurologist and her Pediatrician have advised that she NEEDS to be in school in person, as long as she wears a mask, and as long as the school is taking proper precautions, including requiring mask-wearing. Given my daughter's disability and delays, it is critical that she be able to attend Parker Performing Arts IN-PERSON for her mental, social, physical and academic wellbeing.

8. B.A. tolerates mask-wearing. But she needs the extra protection of everyone else around her wearing masks when she's at school (especially those who are unvaccinated) to reduce the risk of COVID transmission.

9. Outside of school, my daughter's father and I are doing everything within reason that we can to keep her safe by always wearing masks in public, limiting public outings, limiting social interactions to a small group of family, not being around unvaccinated individuals, etc. We have also pulled her out of her group swimming lessons and group dance classes for now due to the lack of mask-wearing requirements. We are currently doing virtual speech therapy lessons

**EXHIBIT 7**

instead of going to the clinic in person. But all of these precautions are pointless if she isn't kept as safe as possible at school with reasonable accommodations such as universal mask-wearing.

10. After the Douglas County Health Department issued its October 9, 2021 Order allowing broad exemptions from the School District's mask mandate, B.A.'s father and I have not decided on whether to keep B.A. in school or to pull her out. As of today, 10/13/2021, she was in school, and we plan on sending her tomorrow. That could change at any time.

11. We are between a rock and a hard place. We either send her to school (wearing a mask of course), putting her life at risk that could be reduced by universal mask wearing, or we pull her out of school to the detriment of her academic, mental, and social development and wellbeing. Her school does not have an option for remote learning this year. It's all or nothing. Parker Performing Arts is where she needs to be. Her progress at PPA has been extraordinary, well beyond that of her progress at previous, traditional curriculum school.

12. As of last week, masks were universally required at Parker Performing Arts. Within a matter of two days following Douglas County's order, my daughter has said that many at school are now not wearing masks at all.

13. Douglas County's new health order has life and death implications for B.A. It has caused my husband and me extreme emotional and mental distress (not only about the health and wellbeing of our daughter, but also about the possible financial and work implications for our family should she contract COVID), not to mention time, significantly impacting our work and ability to fulfill other obligations. I work from home, and my husband works from home most of the time. But our jobs do not allow for long-term remote learning and having to homeschool for any length of time is an extreme burden on our family. Plus, our daughter does not learn as well at home as she does at school. She needs to be with her teachers and her peers to keep progressing and growing academically, socially, and emotionally. And again, remote learning is not even a current option at Parker Performing Arts.

14. As parents, we shouldn't be terrified to send our daughter to school or feel like we're being forced to make a choice to take her out of school for her health and safety. It is children with disabilities like my daughter that need to go to school in-person the most. And they certainly have just as much of a right to a safe public education as do those without disabilities and/ or underlying health conditions.

15. Universal masking is a reasonable accommodation to help protect those at risk.

16. I am asking the Court to strike the new health order.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 13, 2021



4838-2568-5247, v. 1