### Declaration of J███ B███

I, J███ B███, declare and state the following under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. My name is J███ B███. I am over 18 years old and have personal knowledge of the facts stated in this declaration.

2. I am the mother of D.B., my 5-year-old son who has Down Syndrome, intellectual disabilities, speech delays, dysphagia, hypotonia, developmental delays, impaired vision, lowered resistance to infection.

3. Because my son is under 12 years-old, he is not currently eligible for a COVID-19 vaccine.

4. D.B. attends Timber Trail Elementary in the Douglas County School District.

5. Because of D.B.'s diagnosis of Down Syndrome, he has a lower resistance to infection and may have a more difficult time recovering. His pediatrician strongly recommends an in-person learning environment where universal masking is implemented.

6. D.B. continuously pulls down his mask throughout the day. His Education Assistant and teacher work diligently to keep putting it back on because they know how important it is. As a result, he relies on others around him to wear masks to protect him from infection.

7. D.B. receives services and accommodations through an IEP. He receives speech therapy, OT, PT, and vision therapy.

8. After the Douglas County Health Department issued its October 9, 2021 Order allowing broad exemptions from the School District's mask mandate, we have decided to keep D.B. in school in person. We understand that our child faces additional health risks if he contracts COVID, but it is extremely important to D.B.'s education that he remain in-person to receive the therapies provided and to be with his classmates for social interactions. Having to pull D.B. from in-person learning would be detrimental to his development, education, and social skills, while

**EXHIBIT 8**

having D.B. in environment where the students and staff are unmasked could be detrimental to his health and safety.

9. When I have dropped D.B. off at school or picked him up this week I have seen more students and staff without masks; when the mandate was in place just about everyone was wearing a mask.

10. It is important to me that a universal mask mandate and effective quarantining policies are implemented because D.B. isn't eligible for a COVID vaccine yet, and his need for in-person learning in the safest environment is extremely important to his intellectual and social development.

11. Without a universal mask mandate and effective quarantining policies in place, I am very concerned about the health risk this poses for my children (two of whom aren't eligible for the vaccine). I am able to stay home with D.B. (I am his CNA), and he was remote all last year, as were my other two children. Having to pull my children from in-person learning would be devastating to them after being away from their peers, teachers, and therapists for 18-months.

12. I do feel like I am being put in a position where my options are either my child's education or my child's health. D.B. needs to be in person at school in order to reach his goals. Sadly, from what I have witnessed these past couple months, there are too many people that don't care about the health well-being of all children, just their own, and because of that I am asking that you, the judge make the decision to help keep our children healthy in school—strike the new health order from Douglas County Department of Health

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 12, 2021



J███████ B███████

4823-1776-7423, v. 1