### DECLARATION OF J███████ K████

I, J████ K████, declare and state the following under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. My name is J███████ K████. I am over 18 years old and have personal knowledge of the facts stated in this declaration.

2. I am the mother of T.K., my 12-year-old son who has Rosai Dorfman disease, which is a rare type of histiocytosis in which histiocytes, a specific type of white blood cell, accumulate in bodily tissues, generally in the lymph nodes.

3. T.K. also has ADHD and receives services and accommodations for ADHD through a 504 plan.

4. T.K. attends Cimarron Middle School in the Douglas County School District.

5. The Histiocytosis Association states that the cause of overproduction of histiocytes in Rosai-Dorfman is unknown but viral infections are one possibility. The Association also states that because this disease is so rare, no large studies of it have been performed and there is no established, widely accepted treatment. Some patients with active Rosai-Dorfman disease require treatment with surgery, steroids, and/or chemotherapy.

6. T.K.'s Rosai Dorfman disease is currently in remission, but because it is so rare, there is no data (and there will likely be no data) showing how COVID-19 infection would affect his disease and its recurrence.

7. Because of T.K.'s condition, I home-schooled him for the entire 2020-2021 school year.

8. I initially allowed T.K. to attend school this school year. But after the Douglas County Health Department issued its October 9, 2021 Order allowing broad exemptions from the School District's mask mandate, I have been keeping T.K. home from school. I have been in contact with T.K.'s school administrators, but so far he has been able to access only minimal of his schoolwork remotely. T.K. prefers to be in in-person school and misses the social interactions in school.

9. At the beginning of the 2021-22, T.K. informed me that he was one of only a small handful of children in his classes wearing masks.

10. T.K. also informed me that after the mask mandate for all school-aged children, some kids in his classes still refused to wear masks. I worked with his school administration to provide additional spacing and different seat assignments for T.K., but to my knowledge, the children refusing masks were never required to wear them.

**EXHIBIT 9**

11. In August 2021, I went to a parent meeting for athletics at Cimarron Middle School, with many parents (over 100) indoors in the school gym, and I estimate that no more than 10 percent of parents were wearing masks.

12. I am also the mother of A.K., my nine-year-old daughter, who is too young to be vaccinated.

13. A.K. attends Gold Rush Elementary in the Douglas County School District.

14. I homeschooled A.K. for the entirety of the 2020-2021 school year.

15. At the beginning of the 2020-2021 school year, A.K. was one of only three children in her class of 24 children wearing masks.

16. After Tri-County Health Department implemented a mask mandate for all children under age 12, multiple children in A.K.'s class still refused to wear masks, even though they did not have medical exemptions.

17. At that time, I worked with the administration of A.K.'s school, and the school administration moved A.K. to a different class with a different teacher.

18. After the Douglas County Health Department issued its October 9, 2021 Order allowing broad exemptions from the School District's mask mandate, I have been keeping A.K. home from school. I have been in contact with A.K.'s school administrators, and I understand that some children in all classes in her grade level are now not wearing masks.

19. Because I believe a vaccine is likely to receive emergency use authorization for A.K.'s age group soon, I am considering unenrolling her from Douglas County School District until she can be vaccinated.

20. It is important to my family and to me that there be a universal mask mandate and effective quarantining policies in the District's schools. I am concerned that without such policies, my son and other vulnerable children, as well as their medically vulnerable family members, are placed at an unacceptable risk.

21. I feel that I am being forced to sacrifice my children's education, their mental health, and their stability. My children have largely given up their extracurricular activities during the pandemic, particularly indoor activities. They spent last year largely isolated from their peers. Prior to the new health order, we felt their education was stable and that we were able to appropriately mitigate their risk.

22. This new health order has also been challenging for me as a mother and has been challenging to my mental health. When I told my kids they could not go to school after the new health order, I sobbed because I want what is best for my children and the new health order puts me in an impossible position as a parent.

23. I am asking the Court to strike the new health order.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 13, 2021



J███ K███

4831-7098-0607, v. 1