**Declaration of K▮ G▮**

I, K▮ G▮, declare and state the following under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. My name is K▮ G▮. I am over 18 years old and have personal knowledge of the facts stated in this declaration.

2. I am the mother of J.G., my nine-year-old son who has cystic fibrosis, a life-limiting genetic condition which affects the cells that produce mucus, sweat and digestive juices causing severe damage to the lungs, digestive system, and other organs.

3. Because my son is under 12 years old, he is not currently eligible for a COVID vaccine.

4. J.G. attends Heritage Elementary School in the Douglas County School District.

5. J.G. receives accommodations related to his disability through a 504 Plan.

6. Due to J.G.'s cystic fibrosis, thick sticky mucus collects in his lungs. This thick sticky mucus traps bacteria. He frequently grows two bacteria in his lungs, MSSA and HFlu. Every time he gets any respiratory or upper respiratory virus, he must go on a ten-day to two-week course of strong antibiotics to keep the bacteria in his lungs from colonizing. COVID-19 is a respiratory virus that affects the lungs. J.G.'s lungs could be permanently damaged by a COVID-19 infection. Additionally, a COVID-19 infection could allow for the bacteria he normally grows to colonize, also causing permanent damage or lowering his FEV1 (which is the measure of his lung function), or require him to be hospitalized for IV antibiotics in order to keep the bacteria in check.

7. Further, a COVID-19 infection for J.G. could cause him to lose weight. He is on a physician and nutritionist prescribed 2600 calorie per day diet that is high in fat. There is a direct correlation between weight and lung function. Children with cystic fibrosis need to maintain a BMI (body mass index) at or above 50% because of the correlation with lung function. The clinical intervention of a BMI below 50% is a feeding tub surgically placed in the child's stomach. These are all potential complications of a COVID-19 infection in J.G. Due to the risk of Covid-19 infection and risk of the aforementioned complications, J.G.'s pulmonologist, as well as the Cystic Fibrosis Foundation, have recommended universal masking.

8. J.G. receives services and accommodations through a 504 plan.

9. After the Douglas County Health Department issued its October 9, 2021 Order allowing broad exemptions from the School District's mask mandate, I met with the principal of Heritage Elementary to amend J.G.'s 504 plan to include that J.G.'s desk should be moved so the

**EXHIBIT 10**

children in the neighboring desks are ones opting to wear masks. I considered pulling him out of school, but he is a very bright, very social child who absolutely loves school and I felt it would be extremely detrimental to his mental health (as did his therapist) to remove him from his school community. I will continue to send him, masked, with additional precautions placed in his 504 plan, as long as the majority of his class remains masked by choice. Should there come a point when more exemptions are issued for children in his classroom, I will have no choice but to remove J.G. from his school community. Being in school with unmasked individuals has increased J.G.'s anxiety and worry around contracting COVID-19. He is old enough and smart enough to understand what a Covid-19 infection could mean for him and he has verbalized his fear.

10. Since the new health order, I have seen unmasked children in my son's first grade classroom, and unmasked children being dropped off at school and leaving the school at the end of the day at dismissal time.

11. I have been extremely stressed since the new public health order went into effect. Not only am I concerned for my son with cystic fibrosis, but also for the rest of the family. My 87-year-old father lives with us. We just lost my mother in February and my father moved in with us in May. He is generally in good health but COVID-19 affects the elderly at significantly higher rates. According to Colorado Public Radio, Coloradans aged 70+ account for the vast majority of deaths during the pandemic.

12. I have systemic lupus, an autoimmune condition, for which I take an immunosuppressant medication. This puts me at an increased risk for infection and makes it more difficult for my body to fight off bacteria and viruses. COVID-19 could be devastating for my family. When my two sons are in a school that cannot implement a universal mask policy, it puts my entire family at risk. I am also a full-time graduate student at Iliff School of Theology. This is my last year. I have been working on this degree for three years. I am carrying 14 credits each quarter and participating in an internship with the Rocky Mountain Chapter of the Cystic Fibrosis Foundation 14 hours per week. If I have to pull my children from school to keep my family safe because there is not a universal mask policy, or if we have to return to the unpredictable back and forth of quarantines and remote schooling due to the inevitable increase in positive cases and outbreaks that will logically follow children in school being unmasked, I will not be able to finish my Masters degree or fulfill my internship obligations. This will affect my

family financially. The completion of my degree offers my family a stable financial future.

13. Ultimately, I want J.G. and my six-year-old son to remain in person, learning and playing with their friends because they both have the right to attend their public elementary school in person and without undue fear they will bring COVID-19 home to their family or contract it themselves. Masks are not a guarantee, but they have been shown to slow the spread and are recommended by the CDC, the WHO, the American Academy of Pediatrics, Children's Hospital CO, and the Cystic Fibrosis Foundation.

14. COVID-19 mitigation efforts are most successful when the entire community participates in the effort. For my son, my family, and children and families like ours, I am asking for your help in making these mitigation efforts possible by striking the health order.

Pursuant to 28 U.S.C. § 1746 I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 13, 2021



K█ G█

4845-6368-6399, v. 1