## DECLARATION OF K▆▆ M▆

I, K▆▆▆ M▆ declare and state the following under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. My name is K▆▆ M▆ I am over 18 years old and have personal knowledge of the facts stated in this declaration.

2. I am the mother of M.M., my 16-year-old daughter. She was born with Arthrogryposis Multiplex Congenita. This causes contractions of all her major joints and the absence of several muscle groups. MM also has an intellectual disability.

3. MM was adopted at the age of nine from Bulgaria. At birth she was given up by her birth family and raised in an orphanage until we adopted her. In that environment she experienced extreme neglect and trauma. This continues to impact MM in a variety of ways.

4. MM attends Thunderridge High School in the Douglas County School District.

5. MM receives services and accommodations through an IEP.

6. MM does not have working arms. She is unable to cover her mouth if she coughs/sneezes & she cannot manage her mask independently. This also means that she must be physically close to her educational assistant during meals, class time and in the restroom. These constant interactions prevent her from maintaining a safe distance from others therefore, masks are her best defense from a Covid infection. If M▆ becomes ill, she would be unable to isolate/quarantine away from me, her caregiver and mother, because I assist her at home. Due to this close contact, there is a high likelihood she could pass it along to me, which would have dire consequences for our family. I am the main caregiver for my two unvaccinated children (who are under 12 years-old) and 81-year-old mother. This means, without masks, MM is vulnerable to infection but also to being a potential vector who infects others because she requires one-on-one support at home and school.

7. Regarding the impact of COVID in people with the same condition as MM, there is currently little published data on these specific cases. I do know of a boy with her same disability who required a ventilator when he was infected with COVID. I do know that MM's life is already very challenging. Adding on a major illness with long term health impacts would only increase her hardships. This is something I would never wish upon her and why I have been so careful to prevent her exposure to COVID.

8. MM can tolerate a mask but she cannot manage that mask alone if it were to come off of her face or break, she would require assistance. Therefore, those around her (staff, students, caregivers, family, friends, etc) should be masked to protect her and themselves.

9. After the Douglas County Health Department issued its October 9, 2021 Order allowing broad exemptions from the School District's mask mandate, I made the tough decision to send MM back to school in a KN95 mask to maximize her protection. I chose this for her because last year was devastating as she had to miss so much school due to quarantines and online learning. MM was unable to effectively benefit from an online or virtual education. In-person learning offers her the best opportunity for a public education. Being in-person also provides critical social interaction that she desperately needs due to early childhood trauma in an orphanage.

10. I have witnessed several disturbing situations this year. Here are the lowlights:

-Both of our elementary schools "Teacher Meet and Greet, & our first day of school were terrifying. These occurred when masks were not mandated. It felt like the twilight zone because Delta was running rampant, yet our school filled with unvaccinated students had gone back to

**EXHIBIT 11**

pre-pandemic protocols and very few people were wearing masks. It made my family feel so uneasy and dismayed and the lack of responsibility that community took for one another. I estimate that only 10% of attendees (kids, parents, teachers, administrators) were masked. There was zero social distancing and parents along with the entire student body was crammed into the building.

-During the first week of school at TRHS, MM was expected to attend a full school assembly in the gym with 2000 students. I had the school pull her out which denied her access to her peers and the bonding experience because the vast majority of students were unmasked.

-This week, I took MM to a TRHS student forum about the school-board election. Participants and attendees were asked to wear masks. I was saddened to see that 50% of the attendees and candidates chose to remove their masks, despite continued requests from the students hosting the event. This occurred on the first day of the BOCC's exemption PHO. I moved MM to the back of the auditorium, far away from the unmasked audience members.

-I am now picking up my elementary children in the "kiss-n-go,. lane because a large group of parents are unmasked and crammed together outside of the school building

-I skipped MM's back-to-school at TRHS because it felt unsafe with the high number of unmasked parents.

11. M█████ has two younger siblings who are too young to be vaccinated. They are also on IEPs. They need to be in school in order to learn. They both have ADHD and my youngest has autism. Learning in school works best for these two children. If MM brought Covid home, they would be greatly impacted, academically and socially.

12. The social impact is significant to MM, as well. She came from Bulgaria where she was denied the opportunity to attend school because of her disability. The thing she wants most is to be in an educational setting with her peers. This includes not just academics but also extracurricular activities and social events. These are key to MM, maintaining optimum mental health & her ability to receive peer support in her development of social queues. When home alone & away from peers, MM tends to isolate in her bedroom and I see orphanage stimming behaviors reemerge. To prevent this from happening, MM should be in school.

13. Also, I am the mother of nine children. Five still live at home with me. I am the sole caregiver of the remaining 5 at home. It is paramount that I maintain my health because so many people depend on me. In addition to being MM's mother, I also serve as her home health aide. If I were to get sick, MM would lose access to those aide services I provide, along with everything I do for her, as her mother. Furthermore, I also have an elderly parent who lives two miles from my house. After my father died, I assumed primary responsibility for my mother's well-being. She is 81 and has one working kidney. A Covid infection would be life-threatening.

14. Because of everything I have described above, I have spent almost two years being incredibly careful to prevent COVID from impacting my family. Thus far, due to extreme sacrifices, we have been successful in avoiding this virus. My children have definitely lost out on so many things and experiences because of COVID. Thinking about it devastates me, but it was a temporary tradeoff that was worth making. So I am now saddened and angry that the county has chosen to remove the basic protections that were put in place to keep all of our young people from getting sick. They have made my entire family vulnerable at school, despite my best efforts to protect them at home.

15. Lastly, I will leave you with this incident which left me dumbfounded. My six-year-old with autism has been a trooper for all of our family's COVID safety choices and sacrifices. On his first day of school, he came home so excited to tell me that the pandemic was " FINALLY OVER!,. I asked him why he thought this and he said, "Mommy, everyone in my class does not wear masks. There are only two of us that wear them. That must mean the pandemic is done & I won't need my mask anymore.,. I was so upset to hear this because the other person wearing the mask was a kid, not even his teacher. His own 1st grade teacher was not willing to set the proper example for my very literal son so she could model the behavior that keeps him safe. I was disappointed and knew that my kids would be facing another hard year. I knew that their lives would be constantly (and unnecessarily) at risk because of other people's unwillingness to prioritize the wellbeing of children, through the simple act of wearing a mask.

16. I am asking the Court to strike the new health order.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 12, 2021



4853-1944-7295, v. 1