# DECLARATION OF L___ R___

I, L___ R___, declare and state the following under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. My name is L___ R___. I am over 18 years old and have personal knowledge of the facts stated in this declaration.

2. I am the mother of AR, my 10-year-old son who has moderate-to-severe asthma.

3. Because my son is under 12 years-old, he is not eligible for a COVID vaccine.

4. AR attends Stone Mountain Elementary in the Douglas County School District.

5. The CDC states that people with moderate to severe asthma are more likely to be hospitalized from COVID-19 (see link below). They recommend taking the following steps to avoid a Covid infection: *Get a COVID-19 vaccine when it is available to you *Wear a mask that covers your nose and mouth * Stay at least 6 feet (about 2 arm lengths) from people who don't live with you *Wash your hands with soap and water use hand sanitizer with at least 60% alcohol * Avoid crowds and poorly ventilated spaces * Avoid non-essential travel * If someone in your home is sick, have the person stay away from the rest of the household to reduce the risk of spreading the virus in your home.

https://www.cdc.gov/coronavirus/2019-ncov/need-extra-precautions/asthma.html

6. Furthermore, AR's asthma/allergy doctor agrees with the recommendations above. Because AR is too young to receive the vaccine, her doctor put a strong emphasis on consistent masking because it is the most effective protection available to unvaccinated children like AR. Our doctor also suggests avoiding crowded indoor activities and promotes self-quarantining/testing when AR is experiencing any COVID symptoms. The doctor has prescribed a daily inhaler and a rescue inhaler for AR.

7. We also discussed the increased risks he faced when CO experiences wildfires that cause unhealthy air quality levels. These fires overlapped with the start of school, so his risk was elevated, as were most school age children, because being under 18 puts people at higher risk. Having asthma is another risk factor (see CDC link below):

https://www.cdc.gov/disasters/covid-19/wildfire_smoke_covid-19.html

8. Masking has never bothered AR. He is mature enough to understand the benefits that masks offer him and others. AR also knows that he is best protected when he is properly wearing a KN95 mask and when others are similarly masked. Masking has never been seen as a negative thing in our household, especially for AR, because he is aware that masks prevent the spread of infections and when infection spread is minimized, viruses have fewer opportunities to mutate and vaccines remain effective. So, it is clear to AR that wearing masks and getting vaccines are the key to ending this pandemic.

9. AR wants the pandemic to be over, so he is willing to do what is necessary to protect himself and others. Masks allow AR and our family to participate in almost-"normal,, pre-

**EXHIBIT 12**

pandemic activities, like in-person school, playdates, sports, camps, small family gatherings, etc. Masks also give him a sense of safety and control, in an otherwise uncontrollable worldwide crisis.

10. AR feels an even greater sense of safety when those around him are properly masked because that maximizes everyone's protection. It also means that there will be fewer illnesses and quarantines therefore, they can stay in school and keep doing extracurricular activities. Because these are not views adopted by all other families in our sphere, it has been a deeply disappointing experience for AR to see people ignoring safety guidelines, demonstrating an unwillingness to support the community and showing an overall lack of regard for the seriousness of this virus. He knows people who don't mask are prolonging the pandemic which feels really awful and overwhelming to AR.

11. For his asthma, AR has a school plan from his doctor and a special set of protective agreements developed in partnership with the school administrators, nurse, teachers, and us (his parents). This was created to help protect AR when I learned that the mask mandate would not be in place for the 21/22 school year. When the mask mandate was finally passed by TCHD, this agreement was no longer necessary because AR's classmates and teachers were masked and his safety increased—or so I thought.

12. Now that the Douglas County Health Department has repealed the mandate, AR is no longer protected, and the asthma plan will need to be reinstated.

13. After the Douglas County Health Department issued its October 9, 2021 Order allowing broad exemptions from the School District's mask mandate, I chose to keep AR home from school. I was unsure of how drastic the masking compliance would change and how risky it would be for AR. Getting infected with Covid now would be devastating. That is what we were factoring when deciding if it is safe to send AR to school.

14. We are also balancing that with the negative impacts on AR when he misses school. Being home and away from in-person learning not only impacts AR academically but it takes a toll on his social-emotional wellbeing. AR is a conscientious student who takes his school work very seriously. Being out of class puts him behind his classmates and increases his stress levels. He also misses his friends and those important social interactions. AR gets more anxious and sad when he is behind in his school work, missing his friends, and feels a lack of control.

15. Universal masking brings AR a sense of peace, control & stability.

16. I have attended MANY school-events where masking was abysmal. The first day of school at our elementary school felt like the Twilight Zone. Parents and students crammed into the building and there was minimal masking. Being there it seemed as if everyone believed the pandemic never existed, even though a wonderful father from our school had just passed away from COVID. It was shocking to see families choosing to dismiss reality.

17. That same week, my daughter's high school had an indoor assembly with the entire freshman class. She was one of the few students wearing a mask. The experience was jarring and made her feel uncomfortable. My other daughter plays HS volleyball. The masking by fans (parents and students) is pathetic. Most people do not wear a mask at all and those that do wear them have their masks below their noses or chins. Only a small percentage of people are properly masked at these games. It is of no surprise that her school's COVID rates are always high. For this reason, I do not bring AR to these events.

18. The past two years have been traumatic for students and teachers—not because of masks but because of the pandemic itself.

19. A valuable lesson from this time is proof that most kids thrive when they are part of in-person learning. We also know that teachers are professionals that do best when they can teach in-person, with minimal disruptions. We should all share the goal of providing a stable, healthy environment for teachers and students. We accomplish this by minimizing COVID spread.

Normalcy can only return when the pandemic is over. Whereas, pretending the pandemic is over (by removing mask mandates), results in additional turmoil and trauma.

20. Prioritizing kids should be our shared goal. That means maximizing time in school with minimal disruptions. We can only do this by minimizing spread so we can get to the end of the pandemic. This is most effectively done with high rates of vaccination. Until we can vaccinate most of our students and staff, our only tool for stability and safety is masking. This is not an opinion or a political stance. It is a fact.

21. Does everyone love masks? No. Do masks keep our kids in school and keep kids/teachers/families from spreading COVID? Yes. Does masking only impact the individual? No. Should it be our priority to teach students to care for their community? Yes. Is it worth experiencing an inconvenience to save a life or prevent long-COVID symptoms? Yes. Do we need to care for those who have compromised immune systems & those who cannot receive the vaccine? Yes. Should we as adults model this for our youth? Yes. Is it our job as adults to protect kids? Yes. Is masking currently our best means for doing this? Yes. Does the data and evidence prove this? Yes.

22. Did the DougCo Health Board use data as a basis for their latest PHO? No. Are they following CDC guidelines for schools? No. Did they get a consensus from the community to make this change? No. Should they have any say over our schools? No. Are there five health officials or scientists on their board? No, only one member is a Radiologist, the others have no meaningful experience or background in the medical field, which makes them highly unqualified to make these types of sweeping decisions.

23. Due to the health board's irresponsible order, not only is AR at risk but so is the rest of our family. Any one of my children could contract the virus at school and spread it to AR. I am also at risk because I donated a kidney. Kidney damage (along with other organ damage) is a proven outcome from Covid. https://www.usnews.com/news/health-news/articles/2021-09-02/kidney-damage-another-consequence-of-long-covid-study-finds.

24. Of course, death is a huge concern of mine but of equal concern is long-COVID. If AR gets COVID his lung function would be further compromised the same is true of kidney function in my one remaining kidney. These are serious and life-altering. We need to factor incidences of long-COVID when making decisions and not only using death rates.

25. Lastly, this order is impacting my ability to work full-time, and I am not alone. This is true for many parents. If I go back to working 40 hours a week, I cannot be available to properly care for my children if they are sick or quarantined. Therefore, I have postponed my job search until they are all vaccinated and infection rates are under control. This only happens with a universal mask mandate. The needless continuation of the pandemic is having a significant impact on our family's ability to save for higher education.

26. I am asking the Court to strike the new health order.

Pursuant to 28 U.S.C. § 1746 I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 13, 2021



4850-5127-3983, v. 1