**DECLARATION OF C▇▇▇ L▇▇▇**

I, C▇▇▇ L▇▇▇ declare and state the following:

1. My name is C▇▇▇ L▇▇▇. I am over 18 years old and have personal knowledge of the facts stated in this declaration.

2. I am the mother of A.L., my 18-year-old son who has Partial Trisomy of 1q, Asthma, Hypoxemia, Apnea, Autism, Moderate Intellectual Disability, Mood Disorder, Aggression, Congenital Diplegia, Chorea, Ataxia, Optic Atrophy, Cortical Vision Impairment, Nystagmus and Conductive and Sensorineural Hearing Loss of left ear. His medical conditions are multiple and involve many systems of his body. His neurologic conditions combined with his respiratory conditions make him vulnerable to any respiratory disease present in the community. A.L was born having aspirated amniotic fluid and continued to silently aspirate for the first several months of life. He also contracted RSV as a newborn. These together caused long term respiratory issues including Asthma and reduced lung capacity. His Ataxia contributes to this as it affects the coordination of his swallowing and breathing. He has been on supplemental oxygen his entire life. He required it full-time for his first three years and still requires it every night even when well. When sick with even a cold this need increases, typically requiring full-time oxygen use.

3. My husband and I have been declared the legal guardians for A.L.

4. A.L. has been fully vaccinated against COVID-19, but he is still at high risk due to his medical conditions. I am also very concerned about him contracting a breakthrough case of COVID-19 because he has become seriously ill with breakthrough cases of influenza in the past, after being vaccinated, and he had to be hospitalized.

5. A.L. attends Rock Canyon High School in the Douglas County School District.

6. My son's hearing loss, vision impairment, and intellectual and developmental disabilities require him to attend public school as the educational supports he requires are unavailable elsewhere. His intellectual and developmental disabilities limit his understanding of communicable disease and how to protect himself from becoming ill. He has sensory defensiveness surrounding proper hand washing so is unable to protect himself even in this simple way. He relies on teachers, peers, and the greater community to create a safe environment for him. His doctors strongly recommend that he be in an educational environment with proper communicable disease precautions including universal masking and quarantine protocols.

**EXHIBIT 13**

7. A.L. receives special education services and accommodations through an IEP.

8. After the Douglas County Health Department issued its October 8, 2021 Order allowing broad exemptions from the School District's mask mandate, my husband and I were left with an impossible decision.  If we keep him in school, knowing it is the only place he can feasibly be educated, we do so accepting the risk of serious illness and possibly death. If we take him out of school to keep him safe, we are denying him the education he deserves. Last school year we made the decision to keep him home and learn remotely as he was not yet vaccinated and the risk was too high even with masking. His disabilities made remote learning ineffective. He made little to no academic progress the entire year, regressing in some areas. We were so hopeful that the combination of the vaccine, universal masking, and proper quarantine protocols would allow him to attend his Senior year of High School and work on his academic goals. Now that masking and quarantine protocols are gone we are left scared and conflicted. Last year we made the choice to sacrifice his education for his health.  Now we are being forced to sacrifice his health for his education. No one should have to make this choice.

9. A.L. has two siblings at home who are too young to be vaccinated.  Our family decided to place them both out of District at the beginning of the school year before masks were mandated, placing them in private schools that required masking and quarantines. We did not have this option for A.L. due to his Special Education needs.  As the science surrounding Covid evolves, we now know that even vaccinated individuals are able to carry and spread the disease. His 10 yr old brother also has Asthma. We worry that in the unlikely event that A.L. is able to fight off a Covid infection, his unvaccinated siblings will not.

10. Early in the school year before masks were required few students at A.L.'s school wore masks consistently. Even the teachers and Assistant Principle were not masked on his first day of school, despite it being strongly encouraged by the District. A teacher at A.L.'s school confidentially reported to me that in just the first two days after the October 8 order at least 15 of their students had opted out, and more were expected to do so.

11. My father contracted Polio in 1939. Without the invention of the Iron Lung, he would have died, and nearly did.  He credited the methods developed by Sister Elizabeth Kenny for his ability to walk, never complaining about his limp. When the Polio vaccine became widely available in 1955 communities across the country gladly inoculated their children and because of this the US has been Polio-free since 1979. In my Father's time it was widely accepted that Science saved lives.  Communities stuck together and sacrificed for one another. I don't know how we have strayed so far from this principle. As the parent of a disabled child I am no stranger to the inherent ableism in my community.  Still, I have never been as disappointed in and infuriated by a situation as I am now.  The old adage that "it takes a village" seems to no longer apply.  When the people in my community say that "only

those at-risk get sick", they are talking about my child. When they quote statistics like "less that 1% of kids die" they imply there is some percentage of dead children that is OK. When they refuse to wear masks, socially distance, and quarantine they willfully ignore the science and put my family at risk. My community has proven with their actions that to them, my son is disposable. The science is clear that universal masking and quarantine protocols save lives. That is why they are recommended by the WHO, CDC, AAP, and CDPHE. If the community at large will not take personal responsibility to stop the spread of infection during a Worldwide Pandemic, then it is the responsibility of the Public Health Department to do so. The newly formed Douglas County Health Department is derelict in their duty to protect the health and safety of my son. To them, he is disposable.

12. I am asking the Court to strike the new health order.

Pursuant to 28 U.S.C. § 1746 I declare under penalty of perjury that the foregoing is true and correct.

Executed on October __15__, 2021



4815-6693-5295, v. 1