## STATEMENT OF SARAH M. W. CANNON

I, Sarah Cannon, state the following under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. My name is Sarah Cannon, and I am the Director of Special Education and the 504 Compliance Officer for the Douglas County School District.

2. The School District provides special education services to approximately 7,500 students with disabilities through Individualized Education Programs (IEPs) under the Individuals with Disabilities Education Act (IDEA). These students have qualifying disabilities under the IDEA, such as autism spectrum disorder, intellectual disabilities, specific learning disabilities, and developmental delays, among others, and require specialized instruction from licensed special education teachers and often related services, such as occupational therapy, physical therapy, and mental health services, from specially trained providers.

3. Among District students on IEPs, 725 of them are in the District's Significant Support Needs (SSN), a setting designed for students with intellectual disabilities, or multiple disabilities, who require more intensive services throughout the day. These students depend on the SSN setting to fully benefit from their educational programming, which is why their IEPs call for the SSN setting specifically. The SSN setting cannot be replicated remotely.

4. While many students on IEPs can access specialized instruction remotely, many cannot, such as students with intellectual disabilities or significant physical limitations. For those students, they cannot fully benefit from their education remotely.

Executed this 15 day of October 2021 pursuant to 28 U.S.C. § 1746.

*[Signature]*

Sarah Cannon

4846-9182-3615, v. 1

EXHIBIT 15