## STATEMENT OF SID RUNDLE

I, Sid Rundle, state the following under penalty of perjury under 28 U.S.C. § 1746:

1. My name is Sid Rundle, and I am the Special Education Services Officer for the Douglas County School District (DCSD). In that role, I oversee special education, mental health services, health, wellness and prevention, nursing services, and early childhood education.

2. I have worked for DCSD since 1992 in several capacities, including as a special education teacher, assistant principal, and principal.

3. I have a Colorado Principals License and a master's degree in special education.

4. During my career as an educator and administrator, I have observed and worked with students learning remotely and in person, as well as managed and worked with teachers who have taught students in person and remotely. Based on my experience, learning in-person is preferable to learning remotely for a variety of reasons, including the instructor's ability to read and interpret body language and other non-verbal cues associated with the learning process, fluid formative assessments related to progress monitoring, and critical interpersonal connections that facilitate learning.

5. For a variety of reasons, students and their families often report student health information to the District. This information is stored in our electronic records system, called Infinite Campus, by staff familiar with the health information. Staff regularly store such information in Infinite Campus. It is, in fact, important for our District to have accurate and updated health information about our students.

6. Based on our Infinite Campus records, 5,490 students report having asthma, 311 report having a seizure disorder, 194 students report having diabetes (Type-1 or Type-2), 166 report being immune compromised, and 40 students report having a severe respiratory condition like cystic fibrosis, bronchomalacia, or tracheostomy. These records were retrieved by Celia Flanigan, DCSD's Coordinator of Nursing Services, on Wednesday, October 13, 2021.

Executed this __15__ day of October 2021 pursuant to 28 U.S.C. § 1746.

*[signature]*
Sid Rundle

**EXHIBIT 16**