IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-_____

DOUGLAS COUNTY SCHOOL DISTRICT RE-1,
C.B., by and through his parent and next friend, E.B.,
A.R., by and through his parent and next friend, L.R.,
J.G., by and through his parent and next friend, K.G.,
B.A., by and through her parent and next friend, J.A.,
M.M., by and through her parent and next friend, K.M.,
D.B., by and through his parent and next friend, J.B.,
R.P., by and through her parent and next friend, B.H.,
D.W., by and through his parent and next friend, G.W.,
A.L., by and through his guardian and next friend, C.L.

**Plaintiffs**;

v.

DOUGLAS COUNTY HEALTH DEPARTMENT,
DOUGLAS COUNTY BOARD OF HEALTH

**Defendants**.

---

## DECLARATION OF COREY J. WISE

1. My name is Corey J. Wise, and I am the Superintendent of the Douglas County School District RE-1 ("DCSD").

2. As Superintendent for DCSD, I am responsible for the general management of the schools of the district under the requirements of the State of Colorado and the policies of the Douglas County School District Board of Education. I provide overall direction to the activities of the school district and its personnel toward the accomplishment of district goals, and I administer the policies of the Board. My management responsibilities extend to all activities and educational programming of the district.

3. DCSD's Board of Education has adopted policy Board File JLCC, which

1

**EXHIBIT 17**

addresses communicable diseases and long-term illnesses. This policy provides that "[m]anagement of common communicable diseases will be in accordance with the Colorado Department of Public Health and Environment or Tri-County Health Department guidelines." A true and correct copy of Board File: JLCC is **enclosed** with this declaration.

4. On August 6, 2021, notification was sent to DCSD families and staff advising them of DCSD's recommendations regarding the wearing of face coverings in the schools of the District. This notification informed DCSD families and staff that DCSD was "recommending that all individual, regarding of vaccination status, wear a mask I indoor public places, including teachers, staff, students, and visitors to schools." The notification also informed DCSD staff that "DSCD is requiring its student-facing staff who are not fully vaccinated to wear a face covering while indoors." A true and correct copy of this communication is **enclosed** with this declaration.

5. On August 20, 2021, another communication was sent out to DCSD families and staff which notified them of Tri-County Health Department's August 18, 2021 Public Health Order ("PHO") which required facial coverings to be worn by children aged 2 to 11 in all indoor settings. This communication to families and staff informed them that beginning August 23, 2021, DCSD would "begin to require all students in Preschool through Sixth Grade to wear face coverings in all indoor school settings" and that "[t]his requirement [would] also apply to all staff who work with this age group." A true and correct copy of this communication is **enclosed** with this declaration.

6. On August 30, 2021, the Tri-County Health Department's Board of Health revisited its recently issued PHO regarding the wearing of face coverings in schools which went into effect on August 23, 2021 and voted to implement a new PHO which, among other matters, required all individuals age two years and older to wear face coverings inside school buildings

2

regardless of vaccination status effective September 1, 2021.

7. On August 31, 2021, DCSD sent out a communication to families and staff advising them that effective September 1, 2021, DCSD would "<u>require</u> the wearing of facial coverings inside school buildings for <u>all students and staff</u> (grades preschool through 12) regardless of vaccination status."

8. During this current 2021-22 school year, I have requested that school principals or their designees provide information related to the estimated number of students who are wearing face coverings while inside school buildings.

9. The information received from school principals shows that during the period of time when students began attending school on August 9, 2021 through August 20, 2021 (the period of time when DCSD was recommending that students and staff wear masks), no more than 25% of DCSD students were wearing masks inside school buildings.

10. The information received from school principals shows that during the period of time from September 1, 2021 through October 8, 2021 when DCSD required all students and staff to wear masks inside school buildings regardless of vaccination status, an average of 97% of students were complying with this mask requirement.

11. On October 8, 2021, the newly formed Douglas County Health Department issued a PHO which provided that:

> Unless required by other state or federal mandate, certain individuals shall be exempt from any requirements to wear a Face Covering within Douglas County, if an individual aged 18 or older represents to any person or entity charged with enforcing and/or supervising such a requirement to wear a Face Covering, or in the case of a child a written declaration signed by the parent or guardian of the child, requesting to be exempted from the requirement to wear a Face Covering due to the negative impact on that individual's physical and/or mental health.

12. The information received from school principals indicates that after the newly

3

formed Douglas County Health Department issued its PHO on October 8, 2021, effective on October 9, 2021, the number of students wearing masks inside school buildings has declined.

13. It has been reported to me by school principals that between Monday, October 11, the first school day after the County's PHO went into effect, and Friday, October 15, approximately 83% of students are reported to be wearing masks, over 4,500 students have been exempted from wearing a mask (through their parent if they are under 18), and 510 staff members have exempted from wearing a mask. This is a precipitous drop from the near-universal rate of mask-wearing we observed before the PHO took effect.

14. Based on my experience as Superintendent of this District, and based on my discussions with cabinet-level staff and school leaders, I believe that the rate of mask-wearing in this District will continue to drop, and may even reach the extremely low level of mask-wearing (25%) we observed before the District required masks on September 1. My hypothesis is that, as more students and parents learn of the PHO, and students observe their peers not wearing masks, more and more students will opt out of wearing a mask, too.

Respectfully signed this 19th day of October 2021.

_____
Corey J. Wise, Superintendent

4841-9755-9295, v. 1

*Board File:  JLCC*

**COMMUNICABLE DISEASES AND LONG-TERM ILLNESSES**

Communicable/Infectious Diseases

By law, the District is required to make educational services available to all children who are residents of the District.  The District recognizes, however, that communicable/infectious diseases may impact a student's ability to attend school. Parents  are  requested  to  notify  the  school if  their  child  contracts  a communicable disease, infectious condition, or illness and to keep any child temporarily affected thereby out of school until the condition is no longer communicable or until he or she has fully recovered.

Management of common communicable diseases will be in accordance with Colorado Department of Public Health and Environment or Tri-County Health Department guidelines. A student who exhibits symptoms of a readily-transmissible communicable disease may be temporarily excluded from school attendance.

Students who complain of illness at school may be referred to the school nurse and may be sent home as soon as the parent/guardian or person designated on the student´s emergency medical authorization form has been notified.

When information is received by a staff member that a student is afflicted with a serious, readily-transmissible disease, the staff member will promptly notify the school nurse or principal to determine appropriate measures to protect student and staff health and safety.

The District reserves the right to require a health care provider's statement authorizing the student's return to school.

Long-Term Illnesses

A child suffering from a long-term physical illness by which he or she is unable to receive reasonable benefit from the ordinary educational program may be determined to be a child with disabilities under state and federal law.

Any child determined to have a long-term illness, disease, or infectious condition that is known or reasonably suspected to be communicable, shall be evaluated, staffed, and placed in an appropriate educational  program  in  accordance  with  applicable  law.   When appropriate, the Colorado Department of Public Health and Environment may be requested to become involved.

Temporary Actions May Be Taken by District to Protect Health, Safety, and
Welfare of Child or Others

Neither this policy nor the placement of a child in any particular program shall preclude the  District administration  from  taking  any  temporary  actions,  including  removal  from  the  classroom,  as deemed necessary to protect the health, safety, and welfare of the child or others.


*Board File:  JLCC*

Student Privacy

In addressing matters related to this policy, the District will respect the student's right to privacy.

Adopted:  April 15, 1986
Revised:  October 15, 2002
Revised:  September 15, 2020

**LEGAL REFS.:**
C.R.S. 22-32-110(1)(bb)
C.R.S. 22-33-104(2)(a) (compulsory attendance law not applicable to a student who is temporarily ill and such absence is approved)
C.R.S. 22-33-106(2) (grounds for suspension, expulsion and denial of admission)
C.R.S. 22-20-101 *et seq.*
20 U.S.C. 1400 *et seq.* (Individuals with Disabilities Education Act)
29 U.S.C. 794 (Section 504 of the Rehabilitation Act of 1973)

**CROSS REF.:**
EBBA, Prevention of Disease,/Infection Transmission
EBBA-R, Prevention of Disease/Infection Transmission
IC/ICA, School Year/School Calendar/Instructional Time
JRA/JRC, Student Education Records

SENT 8/6/21 @ 3:25 PM

Spanish | Russian | Chinese

August 6, 2021

Dear DCSD Families and Staff,

We are excited to begin the 2021-2022 school year, and we look forward to welcoming students back to school the week of August 9! There is truly nothing better than seeing our students who are eager to learn and grow. Back to school time signals a new beginning -- and 2021-2022 will be one of the best years yet!

We believe that what our students need most right now is a return to school with as much consistency and normalcy as possible within a safe environment. And that is a big reason we have developed layered COVID protocols for the coming school year, in collaboration and in accordance with the Tri-County Health Department and their recommendations.

Recently, the Delta Variant has proven to be very contagious. As a result, the Centers for Disease Control (CDC), Colorado Department of Public Health and Environment (CDPHE), and the Tri-County Health Department (TCHD) updated their recommendations regarding face coverings.

In alignment with this guidance, **DCSD is:**

- **"Recommending that all individuals, regardless of vaccination status, wear a mask in indoor public places, including teachers, staff, students, and visitors to schools."**
- **In addition, DCSD is requiring its student-facing staff who are not fully vaccinated to wear a face covering while indoors.**

Schools will work with families to accommodate their students' needs and comfort levels so that every student has an enjoyable and safe learning environment. Behavior such as "mask shaming", "bullying", and "intimidation or harassment" will not be tolerated.

> **Per the Tri-County Health Department:**
> *"Like much of the guidance released by the CDC, CDPHE, and TCHD, for the 2021-2022 school year, at this point, universal masking should be understood not as a requirement but as a strong science-based recommendation."*

We continue to have regular conversations with the Tri-County Health Department. Currently, they remain supportive of our layered approach to COVID mitigation. One factor in this decision is the fact that vaccination rates in Douglas County remain strong.

| Douglas County Vaccination Rates | | | |
| --- | --- | --- | --- |
|  | **Eligible Population** | **Ages 16-17** | **Ages 12-15** |
| Overall Vaccination Rate *(percent of eligible population that has received at* | 73.1% | 65.86% | 53.28% |

**Corey Wise Declaration, Attachment 2 - Page 1 of 3**

| | | | |
|---|---|---|---|
| *least one dose of the COVID vaccine)* | | | |
| Completed Vaccination Rate *(percent of eligible population that is fully vaccinated)* | 68.3% | 60.26% | 45.06% |

Source: Tri-County Health Department

Our own data tells us this is appropriate for DCSD and that our layered health strategies work. Thousands of students in preschool through grade 12 attended DCSD summer learning programs, extended school year programs, as well as BASE in June and July. Face coverings were not required for students age 11 and under, for vaccinated students 12 and older, or for vaccinated staff. We are happy to say that during that time, only a small number of positive COVID-cases were reported in our schools, and we believe that is due to our layered approach.

We are asking state and local health officials for specific data that would result in universal masking becoming a public health order. **Should public health orders become more restrictive or if our community and/or our schools experience a concerning increase in COVID cases, we will be ready to make adjustments to our approach.** We ask for your continued partnership, patience and flexibility as we do our very best to balance a return to a more normal schedule with keeping our students and employees healthy. We will continue to work closely with local health officials throughout the fall.

**Face Coverings Required on School Buses**
Face coverings **must be worn** by all staff and students (regardless of vaccination status) **on DCSD school buses** in alignment with a federal CDC mandate which is currently still in place.

**DCSD will also continue with the following layered approach to COVID mitigation:**

- Implementing physical distancing where possible.
- Encouraging frequent hand washing and providing access to hand sanitation stations.
- Continuing with increased ventilation in buildings.
- Disinfecting frequently.
- Encouraging outdoor learning and activities where possible.

In addition:
- Students or staff members who test positive for COVID will be required to isolate in alignment with past COVID practices.
- Our partners at Tri-County Health Department will continue contact tracing positive cases and advise on next steps when an exposure occurs.
- **Families with a child who may have been exposed to COVID, as well as staff who may have been exposed and are identified as a close contact with a person who has tested positive will be notified via email by their school** so they may monitor their children for symptoms and access a COVID test, if desired.
- Visitors will be welcome in our schools this year, however in alignment with our protocols above, we recommend that visitors, regardless of vaccination status, wear a face covering. In addition, visitors who are showing any symptoms of illness should refrain from entering DCSD schools and other facilities.

It is critical to note that the protocols listed above will not be most effective without the partnerships of our families and staff. Please continue to do your part by keeping students home, and/or staying home yourself, when showing symptoms of illness. Please reference this **symptom screening document** for guidance on when it is safe to return to school after illness.

**Vaccinations**
DCSD is recommending but not mandating COVID vaccinations for eligible students and staff. This is one of the most effective ways to avoid becoming ill with COVID and missing valuable learning time. We will continue to provide our families with information about upcoming vaccination clinics in our community.

Additional information about DCSD's COVID Health and Safety Measures can be found on the Looking Forward section of our website. If you have any questions or feedback about the protocols outlined above, please email LookingForward@dcsdk12.org.

It will be a great school year, and we are eager to get started!


Corey Wise
Superintendent
Douglas County School District

SENT TO BOE - 10:20 am
SENT TO PRINCIPALS - 10:25 am
SENT TO ALL STAFF - 10:35 am
SENT TO ALL FAMILIES - 10:55 am

Spanish | Russian | Chinese

August 20, 2021
Dear Douglas County School District Families and Staff,

As public educators here in Douglas County School District, we are passionate about providing your students with the best possible education to prepare them for bright futures. We recognize the COVID pandemic has been incredibly challenging for our students, families and staff. We continue to navigate the complexities of our current circumstances, and we empathize with the varying emotions regarding COVID mitigation protocols in our schools. However, please know that our goal is to keep our students and staff safe and in the classroom for in-person learning.

Earlier this week, Dr. Douglas, Tri-County Health Department's Executive Director, issued a public health order requiring facial coverings to be worn by children aged 2 to 11 in all indoor school settings. Yesterday, the Douglas County Board of Commissioners passed a resolution to opt-out of that health order. However, the Douglas County School District is a separate entity operating within its own policies.

In alignment with DCSD policy, management of common communicable diseases is done in accordance with the Colorado Department of Public Health and Environment (CDPHE) or Tri-County Health Department (TCHD) guidelines. Under state law, CDPHE and TCHD are the entities with authority to investigate and control the causes of communicable diseases and conditions affecting public health.

As previously communicated, effective Monday, August 23, the Douglas County School District will begin to require all students in Preschool through Sixth Grade to wear face coverings in all indoor school settings. This requirement will also apply to all staff who work with this age group. Approximately 94% of students in sixth grade are in the 2-11 age group, so face coverings will be required for sixth grade students even though some of them may be older than age 11 and some may attend middle school. We will honor mask-wearing exemptions for students who cannot tolerate a face covering due to medical or mental health reasons as provided by a qualified healthcare provider.

The Tri-County Health Department and other medical experts emphasize that mask wearing is an important and effective prevention strategy to keep students and staff safe. While masks are not mandatory for students in grades 7-12 at this time, it is still strongly recommended that all students and staff wear masks inside school buildings regardless of vaccination status.
More information about DCSD's layered COVID protocols including this mask requirement can be found on our website.

We will continue to keep our community informed of any updates.
Thank you in advance for your cooperation and partnership. If you have any questions or wish to provide feedback regarding DCSD's COVID mitigation protocols, please email LookingForward@dcsdk12.org.
Sincerely,

Corey Wise
Superintendent
Douglas County School District