

October 8, 2021

Dear Superintendent Wise and Douglas County School Board Members,

I am reaching out as a pediatrician and Tri-County Health Department's (TCHD) Medical Epidemiologist, to provide guidance and recommendations as we work together under the new public health governance structure in Douglas County. As you are aware, with Douglas County forming their own Board of Health and assuming authority over county-wide public health orders, TCHD's county-wide Mask Order no longer applies to schools in Douglas County. Even with those administrative changes, we remain the contracted public health department for Douglas County and continue to urge universal mask wearing and following TCHD's COVID-19 quarantine and disease control guidance for schools.

TCHD will continue to follow established state and national guidelines and recommendations for mitigation measures in school settings, including Colorado Department of Public Health and Environment's (CDPHE) school quarantine guidance. Under current guidance, quarantine is not required in routine classroom settings where universal mask wearing is observed. If universal mask wearing is not observed, a school moves to implementing targeted contact identification to limit the number of individuals required to quarantine when case(s) are identified. Contact tracing requires having sufficient school staff capacity and expertise to investigate each exposure situation and to facilitate the investigation (cohorting, seating charts, etc.). If universal masking is not implemented and appropriate capacity and controls for targeted contact identification are not in place, an increased number of students will be subject to quarantine, interrupting critical in-person learning.

Although the benefits and risks of using masks has become a targeted topic, it's important to note that the effectiveness of masks in preventing transmission in schools has been documented in the scientific literature in many locations across the country (references below). In addition, those with the greatest expertise in the health of children have reassured us that masks are very safe to use. For example, the American Academy of Pediatrics has stated that "Face masks can be safely worn by all children 2 years of age and older, including the vast majority of children with underlying health conditions, with rare exception." Similarly, in a recent statement addressing concerns about the impact of masks on mental health, Children's Hospital Colorado noted that "Kids are resilient and are able to tolerate and wear a mask without negative consequences to their mental health." As a reminder, children with a health condition precluding wearing a mask can be excused from doing so with a letter from their provider.

In alignment with the U.S. Centers for Disease Control and Prevention (CDC), the American Academy of Pediatrics, and the Colorado Department of Public Health and Environment (CDPHE), Children's Hospital Colorado, and Governor Polis; and to keep kids healthy (especially those too young to be vaccinated or whose health conditions put them at risk of more serious illness), prevent transmission to family or community members, and help maintain in-person learning by avoiding the need for the sort of quarantines that many schools experienced last year; **TCHD strongly recommends that schools in Douglas County continue to implement universal masking requirements for all students, staff and visitors in**

**EXHIBIT 18**



**their indoor school settings and abide by quarantine guidance provided by us and these same expert groups.**

We are making headway with maintaining current mitigation measures as some Douglas County data indicators are improving. However, as notated in the Addendum below, disease control is not yet sufficient to warrant removing a mask requirement or otherwise altering quarantine or other mitigation measures.

With respect,

Bernadette Albanese, MD, MPH
Medical Epidemiologist
Tri-County Health Department

**Addendum**

Extract from CDPHE Public Health Order, September 30, 2021:
*SCHOOLS -- In accordance with existing law, Schools shall report all COVID-19 cases and outbreaks to public health, and work with their local public health agencies and CDPHE, as applicable, regarding COVID-19 case investigations, which includes following all quarantine, isolation, investigation, and any other disease mitigation strategies deemed necessary by the public health agency.*

Recently published scientific literature on the impact of mask wearing on transmission in school or camp settings
- Youth camps, Oct 2021
  https://www.cdc.gov/mmwr/volumes/70/wr/mm7040e1.htm?s_cid=mm7040e1_w
- Arizona school district masking policies, Oct 2021
  https://www.cdc.gov/mmwr/volumes/70/wr/mm7039e1.htm?s_cid=mm7039e1_w
- Comparison of rates among US counties with and without mask mandates, Oct 2021
  https://www.cdc.gov/mmwr/volumes/70/wr/mm7039e3.htm?s_cid=mm7039e3_w
- Mask impact in a university setting, Sep 2021
  https://www.cdc.gov/mmwr/volumes/70/wr/mm7036a3.htm?s_cid=mm7036a3_w

Examples of reports of school/child care/camp-associated COVID-19 transmission
- Pediatric transmission in child care, Sep 2021
  https://www.cdc.gov/mmwr/volumes/69/wr/mm6937e3.htm
- Transmission from infected children to household members, Sep 2021
  https://www.nejm.org/doi/full/10.1056/NEJMc2031915
- Outbreak of SARS SoV2 Delta variant in an elementary school, Sep 2021
  https://www.cdc.gov/mmwr/volumes/70/wr/mm7035e2.htm?s_cid=mm7035e2_w
- Clusters of COVID-19 cases in a school district, Jan 2021
  https://www.cdc.gov/mmwr/volumes/70/wr/mm7008e4.htm?s_cid=mm7008e4_w



TCHD pediatric COVID-19 data

- **As of 10-8-2021, Douglas County School District had 13 active, confirmed school outbreaks, more than any other TCHD county or school district.**

- **COVID-19 rates among school-aged children are not yet sufficiently suppressed in Douglas County**



- **COVID-19 test positivity among school-aged children is not yet sufficiently suppressed in Douglas County, and remains above adults**





- **Douglas County COVID-19 case rates for school aged children remain markedly elevated, often exceeding case rates in adults 18 years and older (and particularly for unvaccinated children aged 6 to 11 years)**

Weekly Incidence Rates (per 100,000), by age group, Douglas County Colorado

| Week Starting | 0-5 years | 6-11 years | 12-17 years | 0-17 years combined | 18 years and older |
|---|---|---|---|---|---|
| 6-Jun-21 | 64 | 43 | 66.6 | 58.6 | 39.3 |
| 13-Jun-21 | 18.3 | 7.8 | 95.6 | 47.6 | 26.3 |
| 20-Jun-21 | 4.6 | 23.5 | 37.6 | 24.4 | 33.4 |
| 27-Jun-21 | 4.6 | 23.5 | 37.6 | 24.4 | 33.8 |
| 4-Jul-21 | 32 | 54.8 | 20.3 | 34.2 | 36.4 |
| 11-Jul-21 | 4.6 | 19.6 | 31.9 | 20.7 | 44.9 |
| 18-Jul-21 | 27.4 | 82.2 | 52.1 | 54.9 | 64.2 |
| 25-Jul-21 | 45.7 | 176.1 | 89.8 | 104.9 | 100.5 |
| 1-Aug-21 | 86.8 | 140.9 | 63.7 | 93.9 | 140.6 |
| 8-Aug-21 | 82.2 | 133 | 110 | 109.8 | 147.7 |
| 15-Aug-21 | 155.4 | 356.1 | 260.6 | 262.3 | 192.5 |
| 22-Aug-21 | 146.2 | 438.3 | 240.3 | 276.9 | 197.7 |
| 29-Aug-21 | 91.4 | 524.4 | 278 | 305 | 216.3 |
| 5-Sep-21 | 187.3 | 438.3 | 257.7 | 295.2 | 216.3 |
| 12-Sep-21 | 86.8 | 324.8 | 165 | 194 | 217.8 |
| 19-Sep-21 | 132.5 | 262.2 | 121.6 | 168.3 | 192.9 |
| 26-Sep-21 | 118.8 | 399.1 | 191.1 | 236.7 | 192.2 |

Serving Adams, Arapahoe and Douglas Counties ▼ www.tchd.org
6162 S. Willow Drive, Suite 100 ▼ Greenwood Village, CO 80111-5114 ▼ 303-220-9200