IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  21-cv-02818

DOUGLAS COUNTY SCHOOL DISTRICT RE-1,
C.B., by and through his parent and next friend, E.B.,
A.R., by and through his parent and next friend, L.R.,
J.G., by and through his parent and next friend, K.G.,
B.A., by and through her parent and next friend, J.A.,
M.M., by and through her parent and next friend, K.M.,
D.B., by and through his parent and next friend, J.B.,
R.P., by and through her parent and next friend, B.H.,
D.W., by and through his parent and next friend, G.W.,
A.L., by and through his guardian and next friend, C.L.

**Plaintiffs**;

v.

DOUGLAS COUNTY HEALTH DEPARTMENT,
DOUGLAS COUNTY BOARD OF HEALTH

**Defendants**.

---

## TEMPORARY RESTRAINING ORDER

---

THIS MATTER came before the Court on Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction (ECF No. 03). Having reviewed the Motion and Exhibits, the Court orders as follows:

The Court finds that:

1. Plaintiffs have met their burden for the issuance of a temporary restraining order because Plaintiffs have shown:

    a. They are likely to succeed on the merits of their claims because the Public Health Order likely violates the Americans with Disabilities Act and Section 504 of the

    Rehabilitation Act of 1973 and is likely preempted by federal law;

  b.  Plaintiffs will likely suffer irreparable harm without the Court immediately enjoining the Douglas County Health Department's October 8, 2021 Public Health Order because the Order is denying the Individual Plaintiffs accommodations in the form of universal masking and adequate quarantining protocols necessary to provide access their public education equally and safely, and the Health Order is illegally preventing the Douglas County School District from complying with its obligations under the ADA and Section 504 to provide such accommodations to its students with disabilities within the meaning of the ADA and Section 504, including the individually named Plaintiffs;

  c.  the balance of the equities favors immediate injunctive relief; and,

  d.  it is in the public interest to prevent the spread of COVID-19 and to protect the rights of the disabled.

2. Defendants received actual notice of the filing of Plaintiffs' Motion for a Temporary Restraining Order and received a copy of all pleadings filed into this case, including Plaintiffs' Motion for a Temporary Restraining Order.

3. Plaintiffs have complied with the requirements of F.R.C.P. 65 and D.C.COLO.LCivR. 65.1.

**THEREFORE, THE COURT ORDERS:**

- **Defendants are enjoined from enforcing the Public Health Order issued on October 8, 2021 (effective October 9, 2021) under the authorization and direction of the Douglas County Board of Health;**

- **The Public Health Order is void and unenforceable;**

- **A copy of this Order must be placed at every entrance to every school building in the Douglas County School District.**

This Temporary Restraining Order will remain in effect until the _____, day of _____, 2021, unless extended by the Court.

SO ORDERED, at _:__, __.M., this ____ day of _____, 2021.

_____
U.S. DISTRICT COURT JUDGE