IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No.:  21-cv-02818

DOUGLAS COUNTY SCHOOL DISTRICT RE-1,
C.B., by and through his parent and next friend, E.B.,
A.R., by and through his parent and next friend, L.R.,
J.G., by and through his parent and next friend, K.G.,
B.A., by and through her parent and next friend, J.A.,
M.M., by and through her parent and next friend, K.M.,
D.B., by and through his parent and next friend, J.B.,
R.P., by and through her parent and next friend, B.H.,
D.W., by and through his parent and next friend, G.W.,
A.L., by and through his guardian and next friend, C.L.

       Plaintiff(s),

v.

DOUGLAS COUNTY DEPARTMENT OF PUBLIC HEALTH,
DOUGLAS COUNTY BOARD OF HEALTH

       Defendant(s).

_____

### INFORMATION FOR TEMPORARY RESTRAINING ORDER
_____

Attorneys for Plaintiffs:

Elliott V. Hood, Esq.
John F. Peters, Esq.
Caplan and Earnest LLC
3107 Iris Avenue, Suite 100
Boulder, CO 80301
303-443-8010
ehood@celaw.com
jpeters@celaw.com

1

Attorney for Defendants: Douglas County Attorney's Office

Telephone number: 303-660-7414

Concise statement as to type of claim: <u>Violation of the Americans with Disabilities Act and Section 504, based on a recent Public Health Order from the Douglas County Board of Health and Health Department allowing anyone in Douglas County to opt out of any masking requirement countywide and limiting who can be quarantined in Douglas County after exposure to a COVID-19-positive person.  The Douglas County School District and several disabled children, through their parents and guardians, bring claims alleging the Public Health Order discriminates against children with disabilities by denying them meaningful access to an education within the School District and denying them the reasonable accommodations of universal masking and adequate quarantine protocols. Plaintiffs also seek declarations that the Public Health Order violates the ADA and Section 504 and is preempted by these federal laws.</u>

Jurisdiction (cite statute) 28 U.S.C. § 1331

Hearing:  See D.C.COLO.LCivR.7.1A

    Date Motion for Temporary Restraining Order filed: <u>10/20/21</u>

    Estimated length of hearing: <u>At least five hours, and possibly a full day for Plaintiffs' case. Unknown how much time Defendants will require for their case.</u>

    Request hearing be set for _____ today _____ tomorrow __X__ within one week

    Reason why immediate action is necessary: <u>Disabled children are risking serious injury or death each day they attend in-person school without adequate accommodations and safety measures to protect the at-risk children from COVID-19 exposure. Alternatively, if disabled children are required to learn remotely to protect their health because they have not been accommodated, they will receive a less effective education due to discrimination. In either case, immediate action is necessary to protect at-risk children and guarantee them meaningful access to their education.</u>

<u>The Douglas County School District is on vacation the week of October 18-22, but school will resume on Monday, October 25, with the Public Health Order in effect.</u>

Notice:

    Has opposing party and/or attorney been notified? <u>X</u> Yes _____ No

    If "yes," state when <u>we are notifying counsel for the opposing parties contemporaneously with the filing the motion for TRO</u> and by what means <u>by telephone, and then all pleadings, including the TRO motion, will immediately be sent by email.</u>

3

If "no," state reason _____

**(Rev. 11/04)**