# **RETURN OF SERVICE**

UNITED STATES DISTRICT COURT
District of Colorado

Case Number: 1:21-CV-02818

Plaintiff:
**DOUGLAS COUNTY SCHOOL DISTRICT RE-1,C.B., by and through his parent and next friend, E.B., A.R., by and through his parent and next friend, L.R., J.G., by and through his parent and next friend, K.G., B.A., by and through her parent and next friend, J.A., M.M., by and through her parent and next friend, K.M., D.B., by and through his parent and next friend, J.B., R.P., by and through her parent and next friend, B.H., D.W., by and through his parent and next friend, G.W., A.L., et al**

vs.

Defendant:
**DOUGLAS COUNTY DEPARTMENT OF PUBLIC HEALTH and DOUGLAS COUONTY BOARD OF HEALTH**

For:
John F. Peters, Esq.
Caplan And Earnest Llc
3107 Iris Ave., #100
Boulder, CO 80301

Received by Top Hat File and Serve, Inc. to be served on **DOUGLAS COUNTY DEPARTMENT OF PUBLIC HEALTH, 100 THIRD STREET, CASTLE ROCK, Douglas County, CO 80104**.

I, Kathleen Aguilar, do hereby affirm that on the **20th day of October, 2021** at **12:15 pm, I:**

served the above named entity by delivering a true copy of the ***ENTRY OF APPEARANCE, COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF, TEMPORARY RESTRAINING ORDER, INFORMATION FOR TEMPORARY RESTRAINING ORDER, PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION, EXHIBITS 1 THROUGH 18 and MOTION FOR INDIVIDUALLY-NAMED PLAINTIFFS TO PROCEED UNDER PSEUDONYMS*** with the date and hour of service endorsed thereon by me, to : **PATRICK FIEDLER FIEDLER** a person over the age of 18 and as **Douglas County Attorney** on behalf of **DOUGLAS COUNTY DEPARTMENT OF PUBLIC HEALTH**, at the address of: **100 THIRD STREET, CASTLE ROCK, Douglas County, CO 80104**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 50, Sex: M, Race/Skin Color: White, Height: 5'6", Weight: 180, Hair: Dark Brown, Glasses: N

**Service Fee Items:**

| | |
|---|---|
| Service of Summons and Complaint | $100.00 |
| Printing Costs | $22.00 |
| Total | $122.00 |

## RETURN OF SERVICE For 1:21-CV-02818

I declare, under penalty of perjury and under the laws of Colorado, that the foregoing is true and correct.

**Kathleen Aguilar**
10/20/2021
**Date**

**Top Hat File and Serve, Inc.**
**6140 S. Gun Club Road**
**Suite K6, PMB #315**
**Aurora, CO 80016**
**(877) 230-4794**

Our Job Serial Number: THF-2021008511
Ref: 00003-329