# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

**Civil Action No. 21-cv-02818-PAB**

DOUGLAS COUNTY SCHOOL DISTRICT RE-1,
C.B., by and through his parent and next friend, E.B.,
A.R., by and through his parent and next friend, L.R.,
J.G., by and through his parent and next friend, K.G.,
B.A., by and through her parent and next friend, J.A.,
M.M., by and through her parent and next friend, K.M.,
D.B., by and through his parent and next friend, J.B.,
R.P., by and through her parent and next friend, B.H.,
D.W., by and through his parent and next friend, G.W.,
A.L., by and through his guardian and next friend, C.L.,

**Plaintiffs**,

v.

DOUGLAS COUNTY HEALTH DEPARTMENT,
DOUGLAS COUNTY BOARD OF HEALTH,

**Defendants**.

---

## NOTICE OF ENTRY OF APPEARANCE

---

PLEASE TAKE NOTICE that Kelly Dunnaway, Deputy County Attorney, Douglas County Attorney's Office, an attorney in good standing and duly licensed before this Court, hereby appears as attorney of record on behalf of Defendants, Douglas County Health Department and Douglas County Board of Health, in the above-captioned matter.

Respectfully submitted this 21st day of October, 2021.

                                                  OFFICE OF THE COUNTY ATTORNEY
                                                  DOUGLAS COUNTY, COLORADO

                                                  *s/ Kelly Dunnaway*
                                                  Kelly Dunnaway, Deputy County Attorney

100 Third Street  
Castle Rock, CO 80104  
Telephone: (303) 660-7414  
Facsimile: (303) 484-0399  
Email: kdunnawa@douglas.co.us

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 21st day of October, 2021, I electronically filed the foregoing **NOTICE OF ENTRY OF APPEARANCE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties of record.

/s/ Patrick D. Fiedler

*Pursuant to USDC ECF Procedure V.C.6.1, a printed copy of this document with original signatures will be maintained by the Office of the Douglas County Attorney and made available for inspection upon request.*