IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

Civil Action No. 21-cv-02818-PAB

DOUGLAS COUNTY SCHOOL DISTRICT RE-1,
C.B., by and through his parent and next friend, E.B.,
A.R., by and through his parent and next friend, L.R.,
J.G., by and through his parent and next friend, K.G.,
B.A., by and through her parent and next friend, J.A.,
M.M., by and through her parent and next friend, K.M.,
D.B., by and through his parent and next friend, J.B.,
R.P., by and through her parent and next friend, B.H.,
D.W., by and through his parent and next friend, G.W., and
A.L., by and through his guardian and next friend, C.L.

    Plaintiffs,

v.

DOUGLAS COUNTY HEALTH DEPARTMENT, and
DOUGLAS COUNTY BOARD OF HEALTH,

    Defendants.

## ORDER TRANSFERRING CASE

Based on my unavailability due to a criminal trial starting October 25, 2021 and ending December 21, 2021, it is **ORDERED** that, pursuant to D.C.COLO.LCivR 40.1(d)(4)(B), this case is transferred to Senior Judge John L. Kane.

DATED October 21, 2021.

                                BY THE COURT:

                                PHILIP A. BRIMMER
                                Chief United States District Judge