EXHIBIT A



### COVID-19 Hospitalizations of Youth Age 0-17
Douglas County, Colorado (Data as of 10/18/2021)

| Year of Admit Date1 | |
|---|---|
| 2020 | 2021 |
| 12 | 48 |

### Deaths Among COVID-19 Cases Youth Ages 0-17
Adams, Arapahoe, and Douglas Counties (Data as of October 18, 2021)

| County | 2020 | 2021 |
|---|---|---|
| Adams | 1 | 3 |
| Arapahoe | | 1 |
| Douglas | | 1 |
| Grand Total | 1 | 5 |

Year of Death Date