EXHIBIT D

# Draft - Dangerous Effects of Everyday COVID Mask Use

George R. Thompson, Ph.D.

(Toxicologist/Psychopharmacologist for > 50 years)

A comprehensive analysis of 109 scientific studies regarding the adverse health effects COVID masks can cause was published last spring (Kisielinski et al., 2021).  From their compiled quantitative and scientific data, the authors concluded extended mask-wearing by the general population could lead to adverse effects and consequences in 8 primary medical fields and at least 27 different clinical conditions.  Summarized conclusions derived from this study include:

1. **Indiscriminate mandatory use of masks for COVID protection are not based in science and are dangerous to millions of individuals in the public arena.**
2. **Ordinary fabric masks used by the general public have a 97% penetration of particles $\geq$ 0.3 um, in stark contrast to surgical masks with a 44% penetration, and N95 mask penetration rate of 0.01% for particles $\geq$ 3 um.**
3. **Masks have a <u>serious</u> disruptive effect on breathing.**
4. **Since masks trigger low blood oxygen and high carbon dioxide levels, masks should not be used during physical exercise or sports events, even for healthy athletes.**
5. **Use of masks in children must be weighed against the breadth of potential harm, including physical, psychological, social and communication concerns.**
6. **Wearing masks over long periods of time leads to physiological and psychological impairments, including reduced on-the-job work performance.**
7. **Incorrect use of community and surgical masks, and their frequent reuse, increased the risk of infection, allowed viruses to accumulate, and showed increased germ density beneath the mask in proportion to the length of time the mask was worn.**
8. **A major risk of mask use by the general public is the creation of a false sense of security with regard to protection against viral infection, and this leads to neglect of social distancing and hand hygiene that have a higher effectiveness than mask-wearing.**
9. **If decision makers are considering mandatory use of COVID masks, broad medical exemptions are warranted, preferably leaving the decision between the patient and their doctor.**
10. **Employers, including corporations, government agencies, and educational institutions, who chose to ignore this comprehensive and unequivocal scientific analysis of dangers created by mandated COVID mask-wearing can anticipate facing lawsuits from unions, individuals, and parents.**

Since 2019, many countries have required the public to wear masks to prevent the spread of SARS-CoV-2 (COVID-19), without consideration of <u>adverse</u> health effects from wearing the masks.  In April 2021, a group of 8 German scientists published a compilation of 44 mostly experimental studies with significant negative mask effects for quantitative assessment and 65 publications on masks for substantive evaluation, including 178 references from around the world.   Their review included data on fiber, surgical, and N95 masks.  Across these 109 scientific studies, they found elevated adverse effects of masks in numerous medical disciplines (Table 1).  Eight primary medical conditions were identified that had increased risk of exacerbation from wearing masks to prevent COVID exposure.  Within these 8 disciplines, they identified 27 different clinical conditions that showed increased risk of adverse health risks from COVID mask wearing.

## Table 1.  Increased Risk of Adverse Health Effects from COVID Mask Wearing[1]

| Pediatric Diseases (4)[2] | Psychiatric Illness (13) | Neurologic Diseases (7) |
|---|---|---|
| Asthma<br>Respiratory Diseases<br>Cardiopulmonary Diseases<br>Neuromuscular Diseases<br>Epilepsy | Claustrophobia<br>Panic Disorder<br>Personality Disorders<br>Dementia<br>Schizophrenia<br>Helpless Patients<br>Fixed & Sedated Patients | Migraine & Headache Suffers<br>Patients with Intracranial Masses<br>Epilepsy |
| **Internal Diseases (11)**<br>COPD<br>Sleep Apnea Syndrome<br>Advanced Renal Failure<br>Obesity<br>Cardiopulmonary Dysfunction<br>Asthma | **Ear/Nose/Throat Diseases (4)**<br>Vocal Cord Disorders<br>Rhinitis & Obstructive Diseases<br><br>**Dermatologic Diseases (10)**<br>Acne<br>Atopy | **Occupational Health Restrictions (14)**<br>Moderate/Heavy Work<br><br><br>**Gynecological Restrictions (3)**<br>Pregnant Women |

[1] From: Kisielinski et al., 2021
[2] Numbers in parentheses indicate the number of publications reporting that undesired medical, organ, or organ-system effect.

This review classified the "consistent, recurrent and uniform presentation" of multiple physical and psychological symptoms from the different medical disciplines as **Mask-Induced Exhaustion Syndrome (MIES)** (Table 2).   Both healthy and sick people in their analysis of the 109 studies can experienced MIES.  They identified 19 components within MIES that were each documented in as many as 15 different scientific publications.  The most frequently cited adverse medical effects were shortness of breath/difficulty breathing, increased blood carbon dioxide levels, and decreased blood oxygen saturation that frequently led to overall perceived fatigue and exhaustion.

## Table 2. Symptoms of Mask-Induced Exhaustion Syndrome (MIES)[1]

| Symptoms | # Reported Publications |
|---|---|
| 1. Increase in breathing dead space volume | 4 |
| 2. Increase in breathing resistance | 4 |
| 3. Increase in blood carbon dioxide | 15 |
| 4. Decrease in blood oxygen saturation | 11 |
| 5. Increase in heart rate | 4 |
| 6. Increase in blood pressure | 2 |
| 7. Decrease in cardiopulmonary capacity | 1 |
| 8. Increase in respiratory rate | 5 |
| 9. Shortness of breath/difficulty breathing | 15 |
| 10. Headache | 9 |
| 11. Dizziness | 2 |
| 12. Feeling hot and clammy | 9 |
| 13. Decreased ability to concentrate | 1 |
| 14. Decrease ability to think | 2 |
| 15. Drowsiness | 5 |
| 16. Decrease in empathy perception | 1 |
| 17. Impaired skin barrier function with itching | 11 |
| 18. Acne, skin lesions and irritation | 3 |
| 19. Overall perceived fatigue and exhaustion | 9 |

From: Kisielinski et al., 2021.

Masks expand the *natural dead space* well beyond the mouth and nose.  As early as 2005, a study demonstrated that surgical masks in healthy medical personnel resulted in measurable physical effects, with increased levels of carbon dioxide within 30 minutes (Butz, 2005).  The increased dead space under the mask causes an increased rebreathing of exhaled air and carbon dioxide.  The dead space for an N95 mask is almost double that of an adult with no mask (i.e., 65-112%) (Xu et al., 2015).  This increased mask dead space causes an impairment of respiratory physiology, including an increase in blood carbon dioxide, which reflexively increases respiratory muscle work and oxygen demand (Roberge et al., 2010; Matuschek et al., 2020; Pifarre et al., 2020; Roeckner, et al., 2020), and a mask-induced drop in blood oxygen (Kao et al., 2004; Beder, et al., 2008).   In addition, the concentration of oxygen under the mask was significantly lower (18.3%) than the room air concentration (20.9%) (Pifarre et al., 2020).  These documented changes in blood gases can result in confusion, decreased thinking ability, disorientation, and overall cognitive abilities (Johnson, 2016; Kyung et al., 2020; Rosner, 2020), and are known to trigger panic attacks (Kent et al., 2001; Morris et al., 2020).   The mask-induced drop in blood oxygen results in an increase of the respiratory rate (Li et al., 2005; Roberge et al., 2012; Georgi et al., 2020), heart rate (Beder, et al., 2008; Kyung et al., 2020; Liu et al., 2020), and chest complaints (Kao et al., 2004; Mo et al., 2020).  Obviously, changes in blood gases cause clinically relevant psychological and neurological effects.

It is known from pathology that not only exposure to conditions exceeding normal limits, but subthreshold or subliminal exposures, are also capable of causing pathological effects, if the exposure duration is sufficiently long.  In the present analyses, duration of mask wearing is expected to be a significant factor in inducing long-term medical conditions (Kisielinski et al., 2021).   For example, it is no surprise that the small, disease-promoting increase in carbon dioxide in inhaled air from the mask wearing created headaches, irritation of the respiratory tract (to include asthma), increase in blood pressure and heart rate with vascular damage, as well as neurological and cardiovascular impacts (including arteriosclerosis of the blood vessels (Azuma et al., 2018; Custodis et al. 2010).   Chronic wearing of masks is responsible for these effects due to increases in inhaled carbon dioxide (Rebmann et al., 2013; Roberge et al., 2014; Mo et al., 2020; Bharatendu et al., 2020), small, sustained increases in heart rate (Kao et al., 2004; Beder, et al., 2008; Liu et al., 2020), and mild but sustained increases in respiratory rate (Roberge et al., 2012; Johnson et al., 2016; Kyung et al., 2020).   The authors observed that:

> "The described mask-related changes in respiratory physiology can have an adverse effect on the wearer's blood gases subclinically, and in some cases also clinically manifest, and therefore, have a negative effect…on a wide variety of organ systems and metabolic processes with physical, psychological and social consequences for the individual."

*Mask-related breathing resistance* is also of special significance.   An N95 mask can more than double airway resistance during inhalation and exhalation (by 126% and 122%, respectively), and reduce the air exchange volume of the lungs by minus 37% (Lee and Wang, 2012).  Moisturization of the mask further increase the airway resistance by another 3% (Roberge et al., 2010).  The body compensates by increasing the breathing frequency resulting in amplified work of breathing against the greater mask resistance, increased heart rate, and increased carbon dioxide production by the body.  Such respiratory impairment produced a significant decrease in oxygen saturation in about 75% of their study results (Kisielinski et al., 2021).   Individuals wearing the mask recognized these body compensatory responses as breathlessness and progressive exhaustion.  The cardiac compensation for the pulmonary mask-reduced restrictions, still possible in healthy individuals, was probably no longer functional in patients with reduce cardiac output (Fikenzer et al., 2020).  A study of fabric masks (community masks), surgical masks, and N95 masks reported these same respiratory impairment effects, but most of the complaints were with the N95 masks (Georgi et al., 2020).  Studies with sick individuals indicated

3

mask intolerance associated with increased obesity, older age, Chronic Obstructive Pulmonary Disease (COPD, high blood pressure, patients with reduced cardiopulmonary function, pneumonia (Kao et al., 2004; Rebmann et al., 2013; Kyung et al., 2020; Matuscheck et al., 2020; Mo et al., 2020).   Previously, Table 1 listed 27 different clinical conditions that showed increased risk of adverse health risks from COVID mask-wearing, within 8 primary medical disciplines.  Clearly, as documented by these extensive and broad-based scientific studies, **mandatory use of masks for COVID protection are not based in science and are dangerous to millions of individuals in the public arena.**

Children are uniquely and particularly vulnerable to the wearing of COVID masks.  Adverse COVID mask effects described for adults are all more valid for children (Kisielinski et al., 2021).   One study reported that masks and face shields caused fear in 46% of 80 children (Forgie et al., 2009).   A study in Germany with 25,930 children reported seven negative mask-wearing impacts on children (Table3).   In addition, "masks block

**Table 3.  COVID Mask-Wearing Complaints of 25,980 Children[1]**

| Complaint | Incidence (%) |
|---|---|
| Headache | 53 |
| Difficulty Concentrating | 50 |
| Joylessness | 49 |
| Learning Difficulties | 38 |
| Fatigue | 37 |
| Onset Anxiety | 25 |
| Nightmares | 25 |

[1]From Schwartz et al., 2021.

the "foundation of human communication and the exchange of emotions and, not only hinder learning, but deprive children of the positive effects of smiling, laughing, and emotional mimicry" (Spitzer, 2020; Kisielinski et al, 2021).   Since the U.S. Center for Disease Control and Prevention (CDC) reported in October 2021 that only 587 children 18 years of age and younger died of COVID-19 (only 0.0008% of that population), the widespread use of masks in children, with their inherent negative effects, cannot be justified.

Scientists complain about the high permeability of fabric masks with particles, their potential risk of infection, and the lack of evidence for their use (MacIntyre et al., 2013; MacIntyre et al., 2015; MacIntyre and Chughtai, 2015; Matuschek et al., 2020).  Ordinary fabric masks have a 97% penetration of particles $\geq$ 0.3 um in sharp contrast to surgical masks with a 44% penetration and N95 masks with a penetration rate of 0.01% for particles $\geq$ 0.3 um (MacIntyre et al., 2011; MacIntyre et al., 2015).   In a laboratory experiment, both surgical and N95 masks had deficits against SARS-CoV-2 and influenza virus protection (Lee et al., 2008).  The N95 mask was 8-12 times more effective than the surgical mask, but neither type mask showed reliable protection against corona and influenza viruses.  Aerosol particles of 0.08 to 0.12 um penetrated both types of masks unhindered. Individuals wearing fabric, surgical, or N95 masks release significantly and proportionately smaller particles of 0.3 to 0.5 um into the air, than mask-less people when breathing, speaking and coughing – the masks act like nebulizers producing very fine particles (Asadi et al., 2020).  In addition, 65% of health professionals and 78% of the general population use masks incorrectly (Gralton and McLaws, 2010).  Masks currently used for children are exclusively adult masks with smaller geometric dimensions and have not been specifically tested, nor approved, for COVID use (Smart et al., 2020).   Exclusion criteria for mask use include at least 18 different medical conditions (Table 4) (Goh et al., 2019).

4

**Table 4.  Exclusion Criteria for COVID Mask Use[1]**

| Cardiopulmonary Disease | Asthma | Bronchitis |
|---|---|---|
| Cystic Fibrosis | Congenital Heart Disease | Emphysema |
| Pneumonia | Anxiety Disorders | Diabetes |
| Hypertension | Epilepsy | Physical Disabilities |
| Upper Respiratory Disease | Rhinitis | Craniofacial Deformities |
| Neuromuscular Disease | Exertion Sensitive Conditions | Facial Hair |

[1] From Goh et al., 2019.

     The comprehensive scope of the negative effects of COVID mask-wearing clearly documents physical, psychological, and social adverse effects for mask wearers.  This research group (Kisielinski et al., 2021) has demonstrated broad-based and significant negative health effects from "the drastic intervention of masks," especially when worn for long periods.  Their highly detailed and in-depth analyses warrant careful consideration by policy makers in government and industry if lawsuits are to be avoided.

# References

Butz, U., 2005, *Ph.D. Thesis*.  Fakultat fur Medizin der Technischen Universitat Munchen,; Munich, Germany. Ruckatmung von Kohlendioxid bei Verwendung von Operationsmasken als hygienischer Mundschutz an meidizinischem Fachpersonal. [Google Scholar]

Roberge, R. et al., 2012, *Absence of Consequential Changes in Physiological, Thermal and Subjective Responses from Wearing a Surgical Mask*, Respir. Physiol. Neurobiol. 181:29-35. doi: 10.1016/j.resp.2012.01.010. [PubChem]

Matuschek, C. et al., 2020, *Face Masks: Benefits and Risks During COVID-19 Crisis*, Eur. J. Med. Res 25:32. doi: 10.1186/s40001-020-00430-5. [PMC free article]

Roberge, R. et al., 2010, *Physiological Impact of the N95 Filtering Facepiece Respirator on Healthcare Worker,* Respir. Care 55:569-577.  [PubChem]

Pifarre, F. et al., 2020, *COVID 19 Mask in Sports*, Apunt. Sports Med.  doi: 10.1016/j.apunsm.2020.06.002.

Rebmann, T. et al., 2013, *Physiologic and Other Effects and Compliance with Long-Term Respirator Use Among Medical Intensive Care Unit Nurses*, Am. J. Infect. Control 41:1218-1223.  Doi: 10.1016/j.ajic.2913.02.017.

Roecker, J. et al., 2020, *N95 Filtering Facepiece Respirator Use During Pregnancy: A Systematic Review,* Am. J. Perinatol. *37: 995-1001.*  doi: 10.1055/S-0040-1712475.

Georgi, C. et al., 2020, *Einfluss Gangiger Gesichtsmasken auf Physiolog ische Parameter und BelastungSempfinden unter Arbeitstypischer Korperlicher Anstrengung,* Deutsches Arzeblatt, 674-675.  doi: 10.3238/arztebl.2020.0674.

Roberge, R. et al., 2014, *N95 Respirator Use During Advanced Pregnancy*, Am.  J. Infect. Control 412:1097-1100.  doi: 10.1016/j.ajic.2014.06.025.

Kyung, S. et al., 2020, *Risks of N95 Face Mask Use in Subjects with COPD*, Respir. Care 65:658-664. doi: 10.4187/respcare.06713.

Mo, Y. et al., 2020, *Risk and Impact of Using Mask on COPD Patients with Acute Exacerbation During the COVID-19 Outbreak: A Retrospective Study,* Res. Sq.  doi10.21203/rs-39747/v1.

Goh, D. et al., 2019, *A Randomised Clinical Trial to Evaluate the Safety, Fit, Comfort of a Novel N95 Mask in Children,* Sci. Rep. 9:18952. doi: 10.1038/s41598-019055451-w.

Bharatendu, C. et al., 2020*, Powered Air Purifying Respirator (PAPR) Restores N95 Face Mask Induced Cerebral Hemodynamic alterations Among Healthcare Workers During COVID-19 Outbreak,* J/ Neurol. Sci. 417:117078.  doi: 10.1016/j.jns.2020.117078.

Tong, P. et al., 2015, *Respiratory Consequences of N95-Type Mask Usage in Pregnant Healthcare Workers – A Controlled Clinical Study*, Antimicrob. Resist. Infect. Control 4:48.  doi:  10.1186/s13756-015-0086-z.

Liu, C. et al., 2020, *Effects of Wearing Masks on Human Health and Comfort During the COVID-19 Pandemic*, IOP Conf. Ser. Earth Environ. Sci. 531:012034.  doi10.1088/1755-1315/531/1/012034.

Beder, A. et al., 2008, *Preliminary Report on Surgical Mask Induced Deoxygenation During Major Surgery*, Neruocirugia 19:121-126. doi:  10.1016/S1130-1473(08)70235-5.

Fikenzer, S. et al., 2020, *Effects of Surgical and FFP2/N95 FACE Masks on Cardiopulmonary Exercise Capacity,* Clin. Res. Cardiol. 109:1522-1530.  doi:  10.1007/s00392-020-01704-y.

Kao, T. et al., 2004, *The Physiological Impact of Wearing an N95 Mask During Hemodialysis as a Precaution Against SARS in Patients with End-Stage Renal Disease,* J. Formos, Med. Assoc. 103:624-628.

Li, Y. et al., 2005, *Effects of Wearing N95 and Surgical Facemasks on Heart Rate, Thermal Stress and Subjective Sensations,* Int. Arch. Occup. Environ. Health 78:501-509.  doi: 10.1007/s00420-004-0584-4.

Johnston, A., 2016, *Respirator Masks Protect Health but Impact Performance: A Review.* J. Biol. Eng. 10:4.  doi:  10.1186s13036-016-0025-4.

Rosner, E. 2020, *Adverse Effects of Prolonged Mask Use among Healthcare Professionals during COVID-19,* J. Infect. Dis. Epidemiol. 6:130.  doi: 10.23937/2474-3658/1510130.

Azuma, K. et al., 2018, *Effects of Low-Level Inhalation Exposure to Carbon Dioxide in Indoor Environments:  A Short Review on Human Health and Psychomotor Performance,* Environ. Int. 121:51-56.  doi:  10.1016/j.envint.2018.08.059.

Spitzer, M. 2020, *The Benefits and Burdens of Wearing Face Masks in School during the Current Corona Pandemic,* Trends Neurosci. Educ. 20: 100138.  doi:  10.1016/j.tine.2020.100138.

Custodis, F. et al., 2010, *Vascular Pathophysiology in response to Increased Heart Rate*, J. Am. Coll. Cardiol. 56: 1973-1983.  doi:  10.1016/j.jacc.2010.09.014.

Johnston, A., et al. 2000, *Effect of External Dead Volume on Performance While Wearing a Respirator,* AIHAJ-Am. Ind. Hyg. Assoc. 61:678-684.  doi:  10.1202/0002-8894(2000)061<0678:EOEDVO>2.0.CO;2.

Xu, M. et al., 2015, *Estimating the Dead Space Volume Between a Headform and N95 Filtering Facepiece Respirator Using Microsoft Kinect,* J. Occup. Environ. Hyg. 12: 538-546.  doi:  10.1080/15459624.2015.1019078.

Lee, H. and Wang, D., 2011, *Objective Assessment of Increase in Breathing Resistance of N95 Respirators on Human Subjects,* Ann. Occup. Hyg. 55: 917-921.  doi:  10.1093/annhyg/mer065.

Roberge, R. et all., 2010, *Effect of Exhaled Moisture on Breathing Resistance of N95 Filtering Facepiece Respirators,*  Ann. Occup. Hyg. 54: 671-677.  doi: 10.1093/annhyg/meq042.

Kent, J., et al., 2001, *Specificity of Panic Response to CO(2) Inhalation in Panic Disorder:  A Comparison with Major Depression and Premenstrual Dysphoric Disorder,* Am. J. Psychiatry 158:58-67.  doi:  10.1176/appi.ajp.158.1.58.

Morris, L., et al., 2020, *The Role of the Locus Coeruleus in the Generation of Pathological Anxiety,* Brain Neurosci.

Adv. 4.  doi:  10.1177/2398212820930321.

Assadi, S. et al., 2020, *Efficacy of Masks and Face Coverings in controlling Outward Aerosol Particle Emission from Expiratory Activities,* Sci. Rep. 10:15665.  doi:  10.1038/s41598-020-72798-7.

MacIntyre, C., et al., 2015, *A Cluster Randomised Trial of Cloth Masks Compared with Medical Masks in Healthcare Workers,* BMJ Open 5:e006577.  doi:  10.1136/bmjopen-2014-006577.

MacIntyre, C. and Chughtai, A., 2015, *Facemasks for the Prevention of Infection in Healthcare and Community Settings,* BM J 350: h694.  doi:  10.1136/bmj.h694.

MacIntyre, C. et al., 2013, *A Randomized Clinical Trial of Three Options for N95 Respirators and Medical Masks in Health Workers,* Am. J. Respir. Crit. Care Med. 187: 960-966.  doi:  10.1164/rccm.201207-1164OC.

MacINtyre, C. et al., 2011, *A Cluster Randomized Clinical Trial Comparing Fit-Tested and Non-Fit-Tested N95 Respirators to Medical Masks to Prevent Respiratory Virus Infection in Health Care Workers*,  doi:  10.1111/j.1750-2659.2011.00198.x.

Gralton, J. and McLaws, M., 2010, *Protecting Healthcare Workers from Pandemic Influenza:  N95 or Surgical Masks?,* Crit. Care Med. 38: 657-667.  doi:  10.1097/CCM.0b013e3181b9e8b3.

Lee, S. et al., 2008, *Respiratory Performance Offered by N95 Respirators and Surgical Masks:  Human Subject Evaluation with NaCl Aerosol Representing Bacterial and Viral Particle Size Range,* Ann. Occup. Hyg. 52: 177-185.  doi:  10.1093/annhyg/men005.

Smart, N,. et al., 2020, *Assessment of the Wearability of Facemasks Against Air Pollution in Primary School-Aged Children in London,* Int. J. Environ. Res. Public Health 17: 3935.  doi:  10.3390/ijerph17113935.

Forgie, S. et al., 2009, *The "Fear Factor" for Surgical Masks and Face Shields, as Perceived by Children and Their Parents,* Pediatrics 124: e777-e781.  doi:  10.1542/peds.2008-3709.

Schwartz, S. et al., 2021, *Corona Children Studies "Co-Ki": First results of a Germany-Wide Registry on Mouth and Nose Covering (Mask) in Children,* Monatsschrift Kinderheilkde 2021: 1-10.  doi:  10.1007/s00112-201-01133-9.