IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-02818-JLK

DOUGLAS COUNTY SCHOOL DISTRICT RE-1,
C.B., by and through his parent and next friend, E.B.,
A.R., by and through his parent and next friend, L.R.,
J.G., by and through his parent and next friend, K.G.,
B.A., by and through her parent and next friend, J.A.,
M.M., by and through her parent and next friend, K.M.,
D.B., by and through his parent and next friend, J.B.,
R.P., by and through her parent and next friend, B.H.,
D.W., by and through his parent and next friend, G.W.,
A.L., by and through his guardian and next friend, C.L.

      Plaintiffs,

v.

DOUGLAS COUNTY HEALTH DEPARTMENT,
DOUGLAS COUNTY BOARD OF HEALTH,

      Defendants.

## NOTICE OF ENTRY OF APPEARANCE

Shelley Thompson and April Hendricks of the law firm of Burns, Figa & Will,

P.C., pursuant to D.C.COLO.LAttyR 5(a)(1) hereby enter their appearances in this

matter on behalf of Defendants Douglas County Health Department and Douglas

County Board of Health.

Respectfully submitted this 25th day of October, 2021.

1

*S/ Shelley Thompson*
Shelley Thompson (#39999)
April Hendricks (#45546)
BURNS, FIGA & WILL, P.C.
6400 S. Fiddler's Green Circle, Suite 1000
Greenwood Village, CO  80111
Phone:          303-796-2626
Fax:             303-796-2777
Emails:         sthompson@bfwlaw.com
                      ahendricks@bfwlaw.com

*Attorneys for Douglas County Health Department
and Douglas County Board of Health*


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **NOTICE OF ENTRY OF APPEARANCE** was served on the following via electronic mail on the 25th day of October, 2021:

*For Plaintiffs:*
Elliott V. Hood, Esq.
John F. Peters, Esq.
CAPLAN AND EARNEST LLC
3107 Iris Avenue, Suite 100
Boulder, Colorado 80301
303-443-8010
ehood@celaw.com
jpeters@celaw.com


*s/ Shelley Thompson*