**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane**

| | |
|---|---|
| Date:   October 25, 2021 | Deputy Clerk: Bernique Abiakam
Court Reporter: Kevin Carlin |

Civil Action No.: 21-cv-02818-JLK

| | |
|---|---|
| DOUGLAS COUNTY SCHOOL DISTRICT
RE-1, et. al., | Elliott V. Hood
John F. Peters |
| Plaintiffs, | |
| v. | |
| DOUGLAS COUNTY DEPARTMENT OF PUBLIC HEALTH, and
DOUGLAS COUNTY BOARD OF HEALTH, | Kelly Dunnaway
Shelly C. Thompson |
| Defendants. | |

**COURTROOM MINUTES**

**In-Court Hearing - TRO**

**10:05 a.m.**   **Court in session.**

Court calls case.   Appearances of counsel.   Also present for Plaintiffs, Wendy Jacobs and Travis Miller.   Also present for Defendants, Chris Pratt.

Today's hearing is on Plaintiffs' Motion for Temporary Restraining Order (Doc. No. 3).

Preliminary remarks by the Court.

10:24 a.m.   Preliminary remarks by Mr. Hood.

Plaintiffs' witness, Sid Rundle, called and sworn.

10:34 a.m.   Direct examination begins by Mr. Hood.

**Plaintiffs' exhibit 6 admitted by stipulation.**

10:38 a.m.   Continued direct examination by Mr. Hood.

**Plaintiffs' exhibit 2 admitted by stipulation.**

10:52 a.m.   Continued direct examination by Mr. Hood.

**Plaintiffs' exhibit 3 admitted by stipulation.**

10:55 a.m.     Continued direct examination by Mr. Hood.
**Plaintiffs' exhibit 4 admitted by stipulation.**

10:57 a.m.     Continued direct examination by Mr. Hood.

11:00 a.m.     Cross examination begins by Mr. Dunnaway.

11:13 a.m.     Redirect examination by Mr. Hood.

Witness excused.

11:14 a.m.     Plaintiffs' witness, Dr. Lindsey Fish, called and sworn via VTC.

11:15 a.m.     Direct examination begins by Mr. Peters.

**Plaintiffs' counsel tenders Dr. Lindsey Fish tendered as an expert in the areas of Urgent Care and Internal Medicine.**

**Tender ACCEPTED by the Court.**

11:17 a.m.     Continued Direct Examination by Mr. Peters.

11:48 a.m.     Questions by the Court.

11:50 a.m.     Cross examination begins by Mr. Dunnaway.   (Cross examination will continue after the following witness.)

12:09 p.m.     Plaintiffs' witness, Dr. David Beuther, called and sworn via VTC.

12:10 p.m.     Direct examination begins by Mr. Peters.

**Plaintiffs' counsel, by stipulation, tenders Dr. David Beuther as an expert in the areas of Pulmonary and Critical Care Medicine.**

**Tender ACCEPTED by the Court.**

12:15 p.m.     Continued direct examination by Mr. Peters.

12:38 p.m.     Cross examination begins by Mr. Dunnaway.

12:47 p.m.     Redirect examination by Mr. Peters.

Witness excused.

**12:53 p.m.     Court in recess.**

**1:50 p.m.     Court in session.**

1:51 p.m.     Continued cross examination of Dr. Lindsey Fish by Mr. Dunnaway.

2:00 p.m.    Redirect examination by Mr. Peters.

Witness excused.

2:09 p.m.    Plaintiffs' witness, "K.G"., called and sworn.

2:10 p.m.    Direct examination begins by Mr. Hood.

2:18 p.m.    Cross examination begins by Mr. Dunnaway.

Witness excused.

2:22 p.m.    Plaintiffs' witness, Corey J. Wise, called and sworn.

2:23 p.m.    Direct examination begins by Mr. Hood.

2:28 p.m.    Cross examination begins by Mr. Dunnaway.

Objection.   Overruled.

2:45 p.m.    Continued cross examination by Mr. Dunnaway.

2:48 p.m.    Redirect examination by Mr. Hood.

2:49 p.m.    Questions by the Court.

             Further redirect examination by Mr. Hood.

Witness excused.

2:51 p.m.    Plaintiffs' witness, Amy Rahne, called and sworn.

2:52 p.m.    Direct examination begins by Mr. Hood.

2:57 p.m.    Cross examination begins by Mr. Dunnaway.

3:03 p.m.    Redirect examination by Mr. Hood.

Witness excused.

Plaintiffs rests.

3:05 p.m.    Defendants' witness, Tonya Cornish, called and sworn.
             Direct examination begins by Mr. Dunnaway.

Witness excused.

3:19 p.m.    Plaintiffs' witness, Sid Rundle, called back to the stand for rebuttal testimony.

                Direct examination begins by Mr. Hood.

Witness excused.

3:22 p.m.      Defendants' witness, Douglas Benevento, called and sworn via VTC.

3:23 p.m.      Direct examination begins by Mr. Dunnaway.

3:36 p.m.      Cross examination begins by Mr. Peters.

Witness excused.

4:02 p.m.      Direct examination begins by Mr. Dunnaway.

**Defendants' exhibits A and B admitted by stipulation.**

4:03 p.m.      Continued direct examination by Mr. Dunnaway.

4:28 p.m.      Cross examination begins by Mr. Peters.

Witness excused.

Comments by the Court.

**ORDERED:  Today's Hearing is continued to October 26, 2021 at 10:00 a.m.**

**4:32 p.m.      Court in recess.**
Hearing continued.
Total in-court time: 05:30