**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane**

| | |
|---|---|
| Date:   October 26, 2021 | Deputy Clerk: Bernique Abiakam<br>Court Reporter: Kevin Carlin |

Civil Action No.: 21-cv-02818-JLK

| | |
|---|---|
| DOUGLAS COUNTY SCHOOL DISTRICT<br>RE-1, et. al., | Elliott V. Hood<br>John F. Peters |
| Plaintiffs, | |
| v. | |
| DOUGLAS COUNTY DEPARTMENT OF PUBLIC HEALTH, and<br>DOUGLAS COUNTY BOARD OF HEALTH, | Kelly Dunnaway<br>Shelly C. Thompson |
| Defendants. | |

**COURTROOM MINUTES**

**In-Court Hearing – TRO Day 2**

**10:02 a.m.**   Court in session.

Court calls case.   Appearances of counsel.   Also present for Plaintiffs, Wendy Jacobs and Travis Miller.   Also present for Defendants, Chris Pratt.

Closing argument heard on Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction (Filed 10/20/21; Doc. No. 3).

Preliminary remarks by the Court.

10:04 a.m.   Closing argument by Mr. Hood.

10:29 a.m.   Closing argument by Mr. Dunnaway.

10:53 a.m.   Rebuttal argument by Mr. Hood.

10:59 a.m.   Comments by the Court.

Hearing will resume at 1:30 p.m.

**11:01 a.m.**   Court in recess.

**1:42 p.m.**   Court in session.

Preliminary remarks by the Court.

1:43 p.m.     Comments and rulings by the Court.

**ORDERED:     Plaintiffs' Motion For Temporary Restraining Order and Preliminary Injunction (Filed 10/20/21; Doc. No. 3) is GRANTED in PART, as specified on the record.**

**ORDERED:     Preliminary Injunction hearing is set for November 8, 2021 at 10:00 a.m.**

Comments by the Court regarding settings.

**2:10 p.m.     Court in recess.**
Hearing concluded.
Total in-court time: 01:27