**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.  21-cv-02818-JLK

DOUGLAS COUNTY SCHOOL DISTRICT RE-1,
C.B., by and through his parent and next friend, E.B.,
A.R., by and through his parent and next friend, L.R.,
J.G., by and through his parent and next friend, K.G.,
B.A., by and through her parent and next friend, J.A.,
M.M., by and through her parent and next friend, K.M.,
D.B., by and through his parent and next friend, J.B.,
R.P., by and through her parent and next friend, B.H.,
D.W., by and through his parent and next friend, G.W.,
A.L., by and through his guardian and next friend, C.L.

Plaintiffs,

v.

DOUGLAS COUNTY DEPARTMENT OF PUBLIC HEALTH,
DOUGLAS COUNTY BOARD OF HEALTH,

Defendants.

---

**NOTICE REGARDING FILING OF WAIVERS OF SERVICE OF SUMMONS**

---

Plaintiffs, through undersigned counsel, respectfully advise the Court of an error in the filing of Defendants' Waivers of Service of Summons (ECF Nos. 28 and 29). The correct date upon which the request for waiver of service was made was October 20, 2021, making the answer deadline December 19, 2021. During filing, the answer deadline defaulted to 21 days rather than 60 days and could not be manually corrected.

Respectfully submitted this 29th day of October 2021.

*s/Elliott V. Hood*
Elliott V. Hood, Esq.
John F. Peters, Esq.
CAPLAN AND EARNEST LLC
3107 Iris Avenue, Suite 100
Boulder, Colorado 80301
303-443-8010
ehood@celaw.com; jpeters@celaw.com
Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on October 29, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Kelly Dunnaway, Deputy County Attorney
Office of the County Attorney
Douglas County, Colorado
kdunnawa@douglas.co.us

Shelley Thompson, Esq.
April Hendricks, Esq.
Burns Figa & Will, P.C.
sthompson@bfwlaw.com
ahendricks@bfwlaw.com

Attorneys for Defendants

*s/Shelley McKinstry*
Shelley McKinstry
