UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No. 21-cv-02818-JLK**

DOUGLAS COUNTY SCHOOL DISTRICT RE-1,
C.B., by and through his parent and next friend, E.B.,
A.R., by and through his parent and next friend, L.R.,
J.G., by and through his parent and next friend, K.G.,
B.A., by and through her parent and next friend, J.A.,
M.M., by and through her parent and next friend, K.M.,
D.B., by and through his parent and next friend, J.B.,
R.P., by and through her parent and next friend, B.H.,
D.W., by and through his parent and next friend, G.W.,
A.L., by and through his guardian and next friend, C.L.,

**Plaintiffs**,

v.

DOUGLAS COUNTY HEALTH DEPARTMENT,
DOUGLAS COUNTY BOARD OF HEALTH,

**Defendants**.

---

**DEFENDANTS' MOTION TO CONTINUE HEARING
AND TO SET STATUS CONFERENCE**

---

In accordance with this Court's suggestion at the close of the October 26, 2021, hearing on Plaintiff's Motion for Temporary Restraining Order (Doc. 3) ("TRO"), the Defendants seek to combine the Preliminary Injunction and Permanent Injunction hearings and move to continue the hearing date in this matter, as explained in detail below.

**D.C.COLO.LCivR 7.1(a) Certification**. The parties have conferred and, in exchange for Defendants' stipulation to permit the existing TRO to extend beyond the 14-days currently set, Plaintiffs preliminarily agreed to the relief sought; however, there was disagreement on a new hearing date which prevented a stipulated or unopposed motion.

Accordingly, for the reasons explained below, Defendants request a continuance and that a brief telephonic or in–person status conference be set in order to set this matter, if necessary, for a new hearing date.

## FACTUAL BACKGROUND

On October 26, 2021, this Court entered an Order Granting Motion for Temporary Restraining Order (Doc. 26) and set November 8, 2021, for the hearing on Plaintiffs' Motion for Preliminary Injunction, stating that, for the sake of efficiency, the Parties may desire to combine the Preliminary and Permanent Injunction hearings, in which case the Court would consider continuing the hearing date to permit time for discovery.

The Parties have conferred, and Plaintiffs do not generally oppose the combination of the preliminary and permanent injunction hearing, nor do they oppose a continuation of the November 8th hearing date, based on Defendants' stipulation that the TRO may be extended until the date of such continued hearing. The parties were unable, however, to agree on a date for the proposed continued hearing.

Defendants seek the continuance for the following reasons:

- The Defendants are keenly aware of the gravity of a federal court order finding their PHO problematic and have had preliminary discussions about withdrawing the PHO and, in consultation with medical experts and the School District, considering a new PHO in the future. However, the Colorado Open Meetings laws require that final decisions be made at a public meeting. The next regular meeting of the Defendant Douglas County Board of Health is scheduled for November 10, 2021, two days after the currently scheduled hearing;

- The agenda for the November 10, 2021, Board of Health meeting will include whether the PHO should be withdrawn;

- On November 2, 2021, four of the seven-member school district were replaced by new members who, pursuant to section 22-31-125, C.R.S., will take office within ten days of the certification of the election. Defendants are informed and believe that the first meeting of the new school district is currently set for December 6, 2021;

- While the withdrawal of the PHO would have immediate impact, and likely render moot further hearing on restraining the existing PHO, proper consultation with the new school board would be impossible until the new members are seated;

- While it appears that withdrawal of the PHO is highly likely, if it is not withdrawn, the Board of Health will select new attorneys to represent them in the current litigation; and

- It would be most useful to the Court and parties if new counsel could be involved in decisions on setting a new hearing date, if the need for a further hearing remains.

For these reasons, Defendants seek a continuation of the hearing currently scheduled for November 8, 2021. However, because final decisions by Defendants will not occur until November 10, 2021, Defendants are not currently in a position to meaningfully discuss dates for a continued hearing, if such a continued hearing becomes necessary. For that reason, Defendants request that a status conference be set, at the Court's convenience, for the week of November 15, 2021, at which point Defendants will report to the Court either: (1) that the PHO has been withdrawn; or (2) who will represent Defendants going forward and new counsel's position on dates for a continued hearing.

By stipulating that the TRO may remain in place during this time, Defendants desire, and believe, that no prejudice to either party will be caused by the requested continuance or the slight delay in setting a date certain for a potential continued hearing.

## CONCLUSION

For the foregoing reasons, Defendants respectfully request that the November 8, 2021, hearing date be vacated, and that a hearing on Plaintiffs' Motion for Preliminary and Permanent Injunction be continued to a date to be decided upon at a status conference to be set by the Court during the week of November 15, 2021.

Respectfully submitted this 3rd day of November, 2021.

>OFFICE OF THE COUNTY ATTORNEY
>DOUGLAS COUNTY, COLORADO
>
>s/ Kelly Dunnaway
>Kelly Dunnaway, Deputy County Attorney
>100 Third Street
>Castle Rock, CO 80104
>Telephone: (303) 660-7414
>Facsimile: (303) 484-0399
>Email: kdunnawa@douglas.co.us
>
>Attorneys for Defendants

CERTIFICATE OF SERVICE

      **I HEREBY CERTIFY** that on this 3rd day of November, 2021, I electronically filed the foregoing **DEFENDANTS' MOTION TO CONTINUE HEARING AND TO SET STATUS CONFERENCE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties of record.

      /s/ Patrick D. Fiedler

*Pursuant to USDC ECF Procedure V.C.6.1, a printed copy of this document with original signatures will be maintained by the Office of the Douglas County Attorney and made available for inspection upon request.*