# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-02818-JLK

DOUGLAS COUNTY SCHOOL DISTRICT RE-1,
C.B., by and through his parent and next friend, E.B.,
A.R., by and through his parent and next friend, L.R.,
J.G., by and through his parent and next friend, K.G.,
B.A., by and through her parent and next friend, J.A.,
M.M., by and through her parent and next friend, K.M.,
D.B., by and through his parent and next friend, J.B.,
R.P., by and through her parent and next friend, B.H.,
D.W., by and through his parent and next friend, G.W.,
A.L., by and through his guardian and next friend, C.L.

Plaintiffs,

v.

DOUGLAS COUNTY DEPARTMENT OF PUBLIC HEALTH,
DOUGLAS COUNTY BOARD OF HEALTH,

Defendants.

## RESPONSE TO MOTION TO CONTINUE HEARING AND TO SET STATUS CONFERENCE

While Plaintiffs are prepared to proceed with the preliminary injunction hearing as scheduled on November 8 and 9, 2021, Plaintiffs believe that Defendants have articulated a good-faith basis to vacate these hearing dates and, thus, Plaintiffs do not oppose this request.

Plaintiffs also do not oppose setting a status conference to schedule new hearing dates. Plaintiffs request, however, that the Court set the status conference for 10:00 a.m. Monday, November 8, when the vacated preliminary injunction would have commenced and given the Court's communication to the parties yesterday that it will hold a hearing on November 8, 2021.

Plaintiffs further request that, during this status conference, and consistent with Rule 65, Defense counsel states for the record that Defendants consent to extending the Temporary Restraining Order (entered October 26, 2021) (TRO) until the Court rules on the motion for preliminary injunction (filed October 20, 2021) and that extending the TRO beyond the 14-day presumptive limit would not convert the TRO into an appealable preliminary injunction. *See In re Crim. Contempt Proc. Against Crawford*, 133 F. Supp. 2d 249, 256 (W.D.N.Y. 2001) (noting that the U.S. Supreme Court and various appellate courts have held that a TRO extended beyond the presumptive time limit in Rule 65(b) could be construed as appealable preliminary injunction).

If the Court extends the TRO as requested, Plaintiffs request that the Court set the preliminary injunction hearing for no later than November 18 and 19, 2021, at which point Defendants will have had sufficient time to prepare for such a hearing. While Defendants have indicated in their motion (ECF No. 31) that the Douglas County Board of Health may withdraw the public health order at issue in this case, the health order has not been withdrawn as of this filing and therefore the need to obtain more permanent injunctive relief remains.

Plaintiffs would be prepared to address these and any other issues the Court wishes to raise at a status conference set for Monday, November 8, 2021.

Respectfully submitted this 4th day of November 2021.

*s/Elliott V. Hood*
Elliott V. Hood, Esq.
John F. Peters, Esq.
CAPLAN AND EARNEST LLC
3107 Iris Avenue, Suite 100
Boulder, Colorado 80301
303-443-8010
ehood@celaw.com; jpeters@celaw.com
Attorneys for Plaintiffs

2

CERTIFICATE OF SERVICE

      I hereby certify that on November 4, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Kelly Dunnaway, Deputy County Attorney
Office of the County Attorney
Douglas County, Colorado
kdunnawa@douglas.co.us

Shelley Thompson, Esq.
April Hendricks, Esq.
Burns Figa & Will, P.C.
sthompson@bfwlaw.com
ahendricks@bfwlaw.com

Attorneys for Defendants

                                              *s/Shelley McKinstry*
                                              Shelley McKinstry