**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 21-cv-02818-JLK

DOUGLAS COUNTY SCHOOL DISTRICT RE-1,
C.B., by and through his parent and next friend, E.B.,
A.R., by and through his parent and next friend, L.R.,
J.G., by and through his parent and next friend, K.G.,
B.A., by and through her parent and next friend, J.A.,
M.M., by and through her parent and next friend, K.M.,
D.B., by and through his parent and next friend, J.B.,
R.P., by and through her parent and next friend, B.H.,
D.W., by and through his parent and next friend, G.W.,
A.L., by and through his guardian and next friend, C.L.,

      Plaintiffs,

v.

DOUGLAS COUNTY HEALTH DEPARTMENT,
DOUGLAS COUNTY BOARD OF HEALTH,

      Defendants.

---

**ORDER ON DEFENDANTS' MOTION TO CONTINUE PRELIMINARY INJUNCTION
HEARING AND SET STATUS CONFERENCE (ECF NO. 31)**

---

Kane, J.

      Defendants Douglas County Health Department and Douglas County Board of Health

(the "Board of Health") have moved for a continuance of the preliminary injunction hearing

scheduled for November 8, 2021 (ECF No. 31). All parties agree to consolidate the preliminary

injunction hearing with a final hearing on the merits, *see* Fed. R. Civ. P. 65(a)(2), but they have

not come to an agreement on the timing of that final hearing. Defendants have provided an

adequate explanation as to why the preliminary injunction hearing date should be vacated and

Plaintiffs do not oppose their request. Consequently, I find it appropriate to grant their Motion

1

and to convert the preliminary injunction hearing to a status conference to discuss the following

matters:

- Scheduling the next status conference;

- Extension of the temporary restraining order;

- Phone call from a concerned teacher; and

- Any anticipated motions.

Defendants have represented that it is "highly likely" the October 8, 2021 Public Health

Order (the "PHO") at issue in this case will be withdrawn during the Board of Health's

November 10, 2021 public meeting. Nevertheless, the parties are not justified in relying on the

speculative withdrawal of the PHO and are to confer on scheduling deadlines in accordance with

my Civil Pretrial and Trial Procedures Memorandum available on the Court's website. The

parties should be prepared to discuss any discovery agreements at the upcoming status

conference and to propose dates and limits for the following:

- Written discovery limits and deadlines;

- Limits and deadlines for any agreed upon depositions;

- Limits and deadlines for use of expert testimony;

- Final Hearing Preparation Conference date; and

- Final Hearing date.

Accordingly, the Motion for a Continuance (ECF No. 31) is GRANTED. An in court

hearing remains set for Monday, November 8, 2021, at 10:00 AM before Judge John L. Kane in

Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. The

preliminary injunction hearing is VACATED and the date RESET to a status conference. **Any**

**individual wishing to attend the hearing may monitor via the public access line. Those**

3

**individuals who wish to monitor by telephone are directed to call the Court's conference line as a participant (Toll Free: 877-336-1831, Access Code 6747227#), five minutes before the scheduled time.** Parties, counsel, and others in attendance must abide by all additional protocols relating to the COVID-19 pandemic. Those protocols can be found on the District Court website, www.cod.uscourts.gov.

DATED this 4th day of November, 2021.

_____
JOHN L. KANE
SENIOR U.S. DISTRICT JUDGE