# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| DOUGLAS COUNTY SCHOOL DISTRICT RE-1, <br> C.B., by and through his parent and next friend, E.B., <br> A.R., by and through his parent and next friend, L.R., <br> J.G., by and through his parent and next friend, K.G., <br> B.A., by and through her parent and next friend, J.A., <br> M.M., by and through her parent and next friend, K.M., <br> D.B., by and through his parent and next friend, J.B., <br> R.P., by and through her parent and next friend, B.H., <br> D.W., by and through his parent and next friend, G.W., <br> A.L., by and through his guardian and next friend, C.L., <br><br> Plaintiffs, <br><br> v. <br><br> DOUGLAS COUNTY HEALTH DEPARTMENT, <br> DOUGLAS COUNTY BOARD OF HEALTH, <br><br> Defendants. | Civil Action: 1:21-cv-2818-JLK |

## ENTRY OF APPEARANCE OF ROBERT S. FINE ON BEHALF OF DOUGLAS COUNTY HEALTH DEPARTMENT AND DOUGLAS COUNTY BOARD OF HEALTH

To the clerk of court and all parties of record: I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for DOUGLAS COUNTY HEALTH DEPARTMENT and DOUGLAS COUNTY BOARD OF HEALTH.

Respectfully submitted this 8th day of November, 2021.

GREENBERG TRAURIG, LLP

/s/ *Robert S. Fine*
Robert S. Fine
333 South East 2nd Ave., Ste. 4400
Miami, FL 33131-2184
Tel: 305-579-0826
finer@gtlaw.com

ATTORNEY FOR DEFENDANTS

## **CERTIFICATE OF SERVICE**

      I, Robert S. Fine, an attorney, hereby certify that a true and accurate copy of the foregoing was filed with the Clerk of the Court via the CM/ECF filing system which will send notification to the following on November 8, 2021:

Elliott V. Hood, Esq.
John F. Peters, Esq.
CAPLAN AND EARNEST LLC
3107 Iris Avenue, Suite 100
Boulder, Colorado 80301
303-443-8010
ehood@celaw.com
jpeters@celaw.com

*Attorneys for Plaintiff*

                                                  /s/ *Robert S. Fine*
                                                  Robert S. Fine