**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane**

| | |
|---|---|
| Date:   November 8, 2021 | Deputy Clerk: Bernique Abiakam |
| | Court Reporter: Kevin Carlin |

Civil Action No.: 21-cv-02818-JLK

| | |
|---|---|
| DOUGLAS COUNTY SCHOOL DISTRICT RE-1, et. al., | Elliott V. Hood<br>John F. Peters |
|     Plaintiffs, | |
| v. | |
| DOUGLAS COUNTY DEPARTMENT OF PUBLIC HEALTH, and<br>DOUGLAS COUNTY BOARD OF HEALTH, | Kelly Dunnaway<br>Christopher J. Neuman |
|     Defendants. | |

## COURTROOM MINUTES

**Status Conference**

**10:07 a.m.**   Court in session.

Court calls case.   Appearances of counsel.

Preliminary remarks by the Court regarding ex parte communications.

Comments by the Court regarding Temporary Restraining Order.

10:17 a.m.   Statement by Mr. Dunnaway.

10:20 a.m.   Statement by Mr. Hood.

**ORDERED:**   The Temporary Restraining Order is extended to, and including, November 22, 2021 at 3:00 p.m.   A further Status Conference is set for Friday, November 12, 2021 at 10:00 a.m.

**10:28 a.m.**   Court in recess.
Hearing concluded.
Total in-court time: 00:21