**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge John L. Kane**

| | |
|---|---|
| Date:   November 15, 2021 | Deputy Clerk: Bernique Abiakam<br>Court Reporter: Kevin Carlin |

Civil Action No.: 21-cv-02818-JLK

| | |
|---|---|
| DOUGLAS COUNTY SCHOOL DISTRICT<br>RE-1, et. al., | Elliott V. Hood<br>John F. Peters |
|       Plaintiffs, | |
| v. | |
| DOUGLAS COUNTY DEPARTMENT OF PUBLIC HEALTH, and<br>DOUGLAS COUNTY BOARD OF HEALTH, | Kelly Dunnaway<br>Christopher J. Neuman |
|       Defendants. | |

**COURTROOM MINUTES**

**Status Conference**

**9:05 a.m.**     **Court in session.**

Court calls case.   Appearances of counsel.

Preliminary remarks by the Court regarding.

9:07 a.m.     Statement by Mr. Neuman.

9:08 a.m.     Statement by Mr. Peters.

Comments by the Court.

**ORDERED:**   The Temporary Restraining Order is extended to, and including, November 22, 2021 at 3:00 p.m.   A further Status Conference is set for Monday, November 22, 2021 at 10:00 a.m.

Discussion regarding pseudonym Order.

**ORDERED:**   Plaintiffs' request to remain under pseudonym is GRANTED.

**9:17 a.m.**     **Court in recess.**
Hearing concluded.
Total in-court time: 00:12