UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No. 21-cv-02818-JLK**

DOUGLAS COUNTY SCHOOL DISTRICT RE-1,
C.B., by and through his parent and next friend, E.B.,
A.R., by and through his parent and next friend, L.R.,
J.G., by and through his parent and next friend, K.G.,
B.A., by and through her parent and next friend, J.A.,
M.M., by and through her parent and next friend, K.M.,
D.B., by and through his parent and next friend, J.B.,
R.P., by and through her parent and next friend, B.H.,
D.W., by and through his parent and next friend, G.W.,
A.L., by and through his guardian and next friend, C.L.,

**Plaintiffs**,

v.

DOUGLAS COUNTY HEALTH DEPARTMENT,
DOUGLAS COUNTY BOARD OF HEALTH,

**Defendants**.

---

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

---

On November 12, 2021, the Douglas County Board of Health issued an order amending and superseding its October 8, 2021 public health order that was the subject of the temporary restraining order issued by this Court on October 26, 2021, exempting the Douglas County School District from the provisions of the superseding order.  Thereafter, on November 15, 2021, the president of the Douglas County Board of Health delivered a letter to the superintendent of the Douglas County School District clarifying that the Douglas County School District is exempt from the requirements of the superseding order in its entirety.

IN LIGHT OF THIS DEVELOPMENT, IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties, pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(ii), that the above-captioned case be dismissed with prejudice as moot.

Respectfully submitted, this 19th day of November 2021.

| ATTORNEYS FOR PLAINTIFFS | ATTORNEYS FOR DEFENDANTS |
|---|---|
| /s/ John F. Peters<br>John F. Peters<br>Elliot V. Hood<br>CAPLAN & EARNEST LLC<br>3107 Iris Avenue, Suite 100<br>Boulder, CO 80301<br>(303) 443-8010<br>jpeters@celaw.com<br>ehood@celaw.com | /s/ Christopher J. Neumann<br>Christopher J. Neumann<br>GREENBERG TRAURIG, LLP<br>1144 15th Street, Suite 3300<br>Denver, CO 80202<br>(303) 572-6500<br>neumannc@gtlaw.com<br><br>Robert S. Fine<br>Robert S. Galbo<br>Elisa H. Baca<br>GREENBERG TRAURIG LLP<br>333 South East 2nd Avenue, Suite 4400<br>Miami, FL 33131<br>(305) 579-0826<br>finer@gtlaw.com<br>galbor@gtlaw.com<br>bacae@gtlaw.com<br><br>Kelly Dunnaway<br>DOUGLAS COUNTY ATTORNEY'S OFFICE<br>100 Third Street<br>Castle Rock, CO 80104<br>(303) 660-7414<br>kdunnawa@douglas.co.us |