| | |
|---|---|
| **From:** | do_not_reply@psc.uscourts.gov |
| **To:** | Shelley McKinstry |
| **Subject:** | Pay.gov Payment Confirmation: COLORADO DISTRICT COURT |
| **Date:** | Wednesday, October 20, 2021 7:55:56 AM |

CAUTION: This email originated from outside of the organization. Do not open links/attachments unless you recognize the sender and know the content is safe.

Your payment has been successfully processed and the details are below. If you have any questions or you wish to cancel this payment, please contact: Finance Division at 303-335-2526.

```
Account Number: 6088563
Court: COLORADO DISTRICT COURT
Amount: $402.00
Tracking Id: ACODC-8133476
Approval Code: 374386
Card Number: ************9951
Date/Time: 10/20/2021 09:55:46 ET
```

NOTE: This is an automated message. Please do not reply

**EXHIBIT 3**

| | | |
|---|---|---|
| Top Hat File and Serve, Inc.<br>6140 S. Gun Club Road<br>Suite K6, PMB #315<br>Aurora, CO 80016<br>Phone: (877) 230-4794<br>Fax: (303) 962-9205<br>EIN 27-0382015 | **INVOICE** | Invoice #THF-2021008512<br>10/20/2021 |

Caplan and Earnest LLC
3107 Iris Ave., #100
Boulder, CO 80301

Reference Number: 00003-329

**Case Number:  1:21-CV-02818**

Plaintiff:
**DOUGLAS COUNTY SCHOOL DISTRICT RE-1,C.B., by and through his parent and next friend, E.B., A.R., by and through his parent and next friend, L.R., J.G., by and through his parent and next friend, K.G., B.A., by and through her parent and next friend, J.A., M.M., by and through her parent and next friend, K.M., D.B., by and through his parent and next friend, J.B., R.P., by and through her parent and next friend, B.H., D.W., by and through his parent and next friend, G.W., A.L., et al**

Defendant:
**DOUGLAS COUNTY DEPARTMENT OF PUBLIC HEALTH and DOUGLAS COUONTY BOARD OF HEALTH**

Served: 10/20/2021 12:15 pm
To be served on: DOUGLAS COUNTY BOARD OF HEALTH

**ITEMIZED LISTING**

| Line Item | Quantity | Price | Amount |
|---|---:|---:|---:|
| Service of Summons and Complaint | 1.00 | 100.00 | 100.00 |
| Printing Costs | 220.00 | 0.10 | 22.00 |
| TOTAL CHARGED: | | | $122.00 |

| | |
|---|---:|
| **BALANCE DUE:** | **$122.00** |

THANK YOU FOR YOUR BUSINESS!

Top Hat File and Serve, Inc.
The Cleanest - Greenest Process Serving Company in Colorado!

www.tophatfileandserve.com
Like us on Facebook!  Follow us on Twitter!

SAVE PAPER!  Please reference our "job" number on your payment.  We now accept Visa, MasterCard, Discover and American Express.

A finance charge on the unpaid balance shall be charged at the end of each month this statement is not paid at the monthly periodic rate of 1½%, which equals an annual percentage rate of 18%.

In the event this account must be placed in the hands of a collection agency or an attorney for collection you will be responsible for all finance charges set forth above and all collection costs and attorney's fees.

Page 1 / 1

| | | |
|---|---|---|
| Top Hat File and Serve, Inc.<br>6140 S. Gun Club Road<br>Suite K6, PMB #315<br>Aurora, CO 80016<br>Phone: (877) 230-4794<br>Fax: (303) 962-9205<br>EIN 27-0382015 | **INVOICE** | Invoice #THF-2021008511<br>10/20/2021 |

Caplan and Earnest LLC
3107 Iris Ave., #100
Boulder, CO 80301

Reference Number: 00003-329

**Case Number:  1:21-CV-02818**

Plaintiff:
**DOUGLAS COUNTY SCHOOL DISTRICT RE-1,C.B., by and through his parent and next friend, E.B., A.R., by and through his parent and next friend, L.R., J.G., by and through his parent and next friend, K.G., B.A., by and through her parent and next friend, J.A., M.M., by and through her parent and next friend, K.M., D.B., by and through his parent and next friend, J.B., R.P., by and through her parent and next friend, B.H., D.W., by and through his parent and next friend, G.W., A.L., et al**

Defendant:
**DOUGLAS COUNTY DEPARTMENT OF PUBLIC HEALTH and DOUGLAS COUONTY BOARD OF HEALTH**

Served: 10/20/2021 12:15 pm
To be served on: DOUGLAS COUNTY DEPARTMENT OF PUBLIC HEALTH

**ITEMIZED LISTING**

| Line Item | Quantity | Price | Amount |
|---|---:|---:|---:|
| Service of Summons and Complaint | 1.00 | 100.00 | 100.00 |
| Printing Costs | 220.00 | 0.10 | 22.00 |
| TOTAL CHARGED: | | | $122.00 |

| | |
|---|---:|
| **BALANCE DUE:** | **$122.00** |

THANK YOU FOR YOUR BUSINESS!

Top Hat File and Serve, Inc.
The Cleanest - Greenest Process Serving Company in Colorado!

www.tophatfileandserve.com
Like us on Facebook!  Follow us on Twitter!

SAVE PAPER!  Please reference our "job" number on your payment.  We now accept Visa, MasterCard, Discover and American Express.

A finance charge on the unpaid balance shall be charged at the end of each month this statement is not paid at the monthly periodic rate of 1½%, which equals an annual percentage rate of 18%.

In the event this account must be placed in the hands of a collection agency or an attorney for collection you will be responsible for all finance charges set forth above and all collection costs and attorney's fees.

| **United States District Court** | Date: 11/01/2021 |
|---|---|
| **Colorado** | Invoice Number: 10784 |

| To: | Make Checks Payable To: |
|---|---|
| **Caplan & Earnest, LLC** | **Mr. Kevin Carlin, RMR, CRR** |
| 3107 Iris Avenue | **Official US Court Reporter** |
| Suite 100 | EIN / Tax ID: 46-0721109 |
| Boulder, CO, 80301 | PO Box 1272 |
| **Phone:** (303) 443-8010 | Denver, CO, 80201 |
| **Assistant's Name:** Shelley McKinstry | **Phone:** (303) 335-2595 |
| **Assistant's Email:** smckinstry@celaw.com | **Email:** kevin_carlin@cod.uscourts.gov |
| **Assistant's Phone:** (303) 443-8010 | |

## Case Details:

| | |
|---|---|
| **Case Number:** 21-cv-2812-JLK | **Proceeding Date:** Oct 25, 2021 |
| **Case Title:** Douglas County School District RE-1 vs. Douglas County Health Department | **Courthouse:** Denver |
| **Case Description:** | **Judge Hearing Case:** John L. Kane |
| **Criminal or Civil:** Civil | |

## Transcripts:

**Date Ordered:** Nov 01, 2021
**Date Delivered:** Nov 01, 2021
**Transcripts Requested By:** Shelley McKinstry

## Charges:

| Page Type | Page Count | Rate | Sub-Total |
|---|---|---|---|
| 3-Day 1st Copy | 276 | $1.05 | $289.80 |

**Total:** $289.80

**Amount Due:** $289.80

### */s/ Kevin Carlin*