IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-02818-JLK

DOUGLAS COUNTY SCHOOL DISTRICT RE-1,
C.B., by and through his parent and next friend, E.B.,
A.R., by and through his parent and next friend, L.R.,
J.G., by and through his parent and next friend, K.G.,
B.A., by and through her parent and next friend, J.A.,
M.M., by and through her parent and next friend, K.M.,
D.B., by and through his parent and next friend, J.B.,
R.P., by and through her parent and next friend, B.H.,
D.W., by and through his parent and next friend, G.W.,
A.L., by and through his guardian and next friend, C.L.

Plaintiffs,

v.

DOUGLAS COUNTY DEPARTMENT OF PUBLIC HEALTH,
DOUGLAS COUNTY BOARD OF HEALTH,

Defendants.

**PLAINTIFF DOUGLAS COUNTY SCHOOL DISTRICT RE-1's
MOTION TO FILE ECF NO. 46 WITH REDACTIONS**

Plaintiff Douglas County School District RE-1 (the District), through undersigned counsel, moves to file ECF No. 46 (Exhibit 1 to ECF No. 45) with narrowly tailored redactions to protect confidential information and mental impressions of attorneys.

**Certificate of Conferral**

Pursuant to D.C.COLO.LCivR 7.1(a) and the Court's practice standards, undersigned counsel certifies that he conferred with counsel for Defendants regarding this motion by email on December 17, 2021, and has not received a response at the time of this filing.

## Motion

The School District filed a Motion for Attorneys' Fees and Costs on December 3, 2021 (ECF No. 45). In support of this Motion, the District attached as Exhibit 1 (ECF No. 46) a document reflecting detailed billing records for legal services by Plaintiffs' counsel to pursue and obtain injunctive relief against the Defendants. The District filed Exhibit 1 under Level One Restriction to protect confidential and privileged information. Rather than move to maintain restriction of ECF No. 46, the District seeks instead to file the document with narrowly tailored redactions to shield confidential information and mental impressions of attorneys, the protection of which outweigh the public's right to view information filed with the court.

"Courts have long recognized a common-law right of access to judicial records, but this right is not absolute." *Jetway Aviation, L.L.C. v. Bd. of Cnty. Comm'rs of Cnty. of Montrose*, Colo., 754 F.3d 824, 826 (10th Cir. 2014). While there is a presumption that documents filed with the court are open to the public, "access to them may be restricted when the public's right of access is outweighed by interests which favor disclosure." *United States v. McVeigh*, 119 F.3d 806, 811 (10th Cir. 1985). Local Rule 7.2(c) embodies these principles, requiring a showing that the party seeking restriction (1) identify the specific document for which restriction is sought; (2) identify the interest to be protected and the reasons why that interest outweighs the presumption of public access; (3) identify a clearly defined injury that would result if access is not restricted; and (4) explain why alternatives to restricted access, such as redaction, are not adequate. D.C.COLO.LCivR 7.2(c)(1)–(4). While the District is not seeking to maintain restriction of ECF No. 46, it seeks to file a version of this document available to the public with redactions shielding confidential information and mental impressions of attorneys. A redacted version of ECF No. 46

is attached as **Exhibit A** to this Motion. The confidential information includes invoice numbers (at the top of each page), the matter number used internally by counsel for this matter (top of each page), and a federal tax identification number (first page of document). The attorney mental impressions appear on page 2 (10/10/21 JP entry), page 5 (10/20/21 JP entry), and page 9 (11/12/21 TJM entry). Mental impressions of attorneys are shielded from disclosure, *Resolution Trust Corp. v. Heiserman*, 151 F.R.D. 367, 373 (D. Colo. 1993), and information reflecting tax information, and invoice and matter numbers would not aid the public's review of the District's motion for fees and costs and would reveal private and proprietary information the District and its outside counsel have an interest in shielding from public view. *Cf. Tracey v. Suncor Energy (U.S.A) Inc.*, 2021 WL 5140300, at *1-2 (D. Colo. Nov. 4, 2021) (describing types of filed information that can be withheld from public view).

WHEREFORE, Plaintiff Douglas County School District RE-1 requests that the Court grant this motion and accept the filing of **Exhibit A** to this Motion as a redacted and publicly available version of ECF No. 46.

Respectfully submitted this 17th day of December 2021.

*s/Elliott V. Hood*
Elliott V. Hood, Esq.
John F. Peters, Esq.
CAPLAN AND EARNEST LLC
3107 Iris Avenue, Suite 100
Boulder, Colorado 80301
303-443-8010
ehood@celaw.com; jpeters@celaw.com
Attorneys for Plaintiffs

CERTIFICATE OF SERVICE

I hereby certify that on December 17, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Kelly Dunnaway, Deputy County Attorney
Office of the County Attorney
Douglas County, Colorado
kdunnawa@douglas.co.us

Shelley Thompson, Esq.
April Hendricks, Esq.
Burns Figa & Will, P.C.
sthompson@bfwlaw.com
ahendricks@bfwlaw.com

Christopher J. Neumann, Esq.
Robert S. Fine, Esq.
Robert S. Galbo, Esq.
Elisa H. Baca, Esq.
Greenberg Traurig, LLP
neumannc@gtlaw.com
finer@gtlaw.com
galbor@gtlaw.com
bacae@gtlaw.com

Attorneys for Defendants

*s/Shelley McKinstry*
Shelley McKinstry