# Caplan and Earnest, LLC
ATTORNEYS AT LAW

3107 Iris Avenue, Suite 100
Boulder, CO 80301
Phone No.: (303) 443-8010
www.celaw.com

Douglas County School District
Mary Kay Klimesh
General Counsel
MKlimesh@dcsdk12.org

Invoice
December 01, 2021

ID:
RE: County Public Health Order on Masks and Quarantining

Federal Tax ID

For Services Rendered Through November 30, 2021

|  |  |
|---|---:|
| Previous Balance | 0.00 |
| Payments | 0.00 |
| Balance Forward | 0.00 |
| Current Fees | 87,942.00 |
| Current Disbursements | 935.80 |
| Total Current Charges | 88,877.80 |
| **Total Due** | **88877.80** |

**Statement is due and payable upon receipt.**

| Aged Accounts Receivable | | | | | |
|---|---:|---:|---:|---:|---:|
|  | 0-30 | 31-60 | 61-90 | 91+ | Total Due |
| Totals | 88,877.80 | 0.00 | 0.00 | 0.00 | 88,877.80 |



**EXHIBIT A**

Explanation of Charges
The fees charged by this office are determined in accordance with Rule 1 5 of the Colorado Rules of Professional Conduct adopted by the Supreme Court of Colorado  Rule 1 5 requires fees to be based upon (1) the time and labor required, the novelty and difficulty of the questions involved, and the skill requisite to perform the legal service properly  (2) the likelihood, if apparent to the client, that the acceptance of the particular employment will preclude other employment by the lawyer, (3) the fee customarily charged in the locality for similar legal services; (4) the amount involved and the results obtained; (5) the time limitation imposed by the client or by the circumstances; (6) the nature and length of the professional relationship with the client; and (7) the experience, reputation, and ability of the lawyer or lawyers performing the services  If you have questions about a billing please contact our office  We welcome inquiries that aid us in maintaining your confidence in this law firm

## Caplan and Earnest LLC

| Douglas County School District | December 01, 2021 |
| --- | --- |
| RE: County Public Health Order on Masks and Quarantining | Invoice ▮▮▮▮ |
| ID: ▮▮▮▮▮▮ | Page 2 |

**CONFIDENTIAL: ATTORNEY-CLIENT PRIVILEGE**

| Date | Atty | Description | Hours | Stmn Price | Amount |
| --- | --- | --- | --- | --- | --- |
| 10/08/2021 | EVH | Conferred with client regarding need for TRO and details of matter; researched authority to support TRO; reviewed relevant public health order | 5.10 | 205.00 | 1,045.50 |
| 10/08/2021 | JP | Conferred with client regarding seeking a temporary restraining order to enjoin Douglas County's new PHO; began to analyze strategy and case law regarding seeking a TRO | 6.20 | 205.00 | 1,271.00 |
| 10/09/2021 | EVH | Continued to prepare TRO and complaint; conferred with Mary Klimesh and Wendy Jacobs regarding same; conferred with JP and KCE regarding same | 10.20 | 205.00 | 2,091.00 |
| 10/09/2021 | JP | Analyzed case law and developed legal strategy and arguments for seeking TRO to enjoin Douglas County TRO | 7.40 | 205.00 | 1,517.00 |
| 10/09/2021 | SM | Studied Iowa and Tennessee cases with similar issues and procedural history; reviewed and organized key filings | 1.00 | 125.00 | 125.00 |
| 10/10/2021 | ALS | Reviewed guidance related to masks in school settings; reviewed briefs related to the pending lawsuit; reviewed the public health order that potentially violates the ADA; began drafting the complaint | 5.50 | 205.00 | 1,127.50 |
| 10/10/2021 | EVH | Continued to prepare TRO and complaint; conferred with Wendy Jacobs, Mary Klimesh, and JP regarding same; conferred with TM and AS to strategize TRO and complaint; continued to research authority to support same; prepare analysis for board of education regarding alternative option | 10.50 | 205.00 | 2,152.50 |
| 10/10/2021 | JP | Continued to analyze case law and develop legal strategy and arguments for seeking TRO to enjoin Douglas County; began to analyze alternate strategy to filing TRO, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 6.10 | 205.00 | 1,250.50 |
| 10/10/2021 | TJM | Conferred with EVH and AS regarding the new Douglas County Public Health Order; researched TRO law in 10th Cir; began drafting TRO motion | 4.80 | 120.00 | 576.00 |
| 10/11/2021 | ALS | Continued drafting complaint | 4.50 | 205.00 | 922.50 |
| 10/11/2021 | EVH | Conferred with Krista Holzmann and David Ray regarding strategy for matter; conferred separately with Mary Klimesh and Wendy Jacobs regarding same; continued to prepare TRO and complaint and research authority to support same; finalized retention agreement and emailed to clients; provided outline of points and sample declarations to experts | 8.70 | 205.00 | 1,783.50 |
| 10/11/2021 | JP | Conferred with client president and vice president of school board regarding alternate strategy to filing a TRO; continued to analyze case law, facts, and strategy for filing TRO | 6.00 | 205.00 | 1,230.00 |

**Caplan and Earnest LLC**

| Douglas County School District | | | | | December 01, 2021 |
|---|---|---|---|---|---|
| RE: County Public Health Order on Masks and Quarantining | | | | | Invoice ▮▮▮ |
| ID: ▮▮▮ | | | | | Page 3 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/11/2021 | TJM | Analyzed and outlined possible arguments for how the District would be irreparably harmed without an injunction; researched caselaw on irreparable harm element of TRO; drafted TRO motion | 7.00 | 120.00 | 840.00 |
| 10/11/2021 | SM | Prepared first drafts of summons and civil case cover sheet; prepared first draft of expert retention letter to Dr. Beuther; organized expert declarations from Iowa and Tennessee cases; organized client file; prepared first draft of revised engagement letter to School District and individual parents; prepared affidavit template | 3.50 | 125.00 | 437.50 |
| 10/12/2021 | ALS | Compiled more information on the benefits of masking and quarantining; revised draft complaint | 3.00 | 205.00 | 615.00 |
| 10/12/2021 | EVH | Continued to prepare TRO and complaint; conferred with JP and TM regarding same; conferred with Mary Klimesh regarding same; analyzed district opt-out data; prepared for board meeting; attended board of education meeting and advised board members regarding litigation strategies | 9.20 | 205.00 | 1,886.00 |
| 10/12/2021 | JP | Continued to analyze alternate strategy to filing a TRO; continued to analyze case law, facts, and strategy for filing TRO; continued drafting pleadings in support of TRO; attended school board meeting and discussed TRO and alternate strategy with the board | 5.00 | 205.00 | 1,025.00 |
| 10/12/2021 | TJM | Continued to research caselaw in support of argument that school district would be irreparably harmed in injunction denied; drafted TRO motion | 8.00 | 120.00 | 960.00 |
| 10/12/2021 | SM | Updated client file; updated engagement letter to incorporate additional parent-plaintiff; prepared exhibit and witness trackers; began compiling potential hearing exhibits; organized student records provided by parents | 3.40 | 125.00 | 425.00 |
| 10/13/2021 | ALS | Reviewed the District's COVID-19 protocols; revised draft complaint | 2.60 | 205.00 | 533.00 |
| 10/13/2021 | ERF | Provided analysis to JP regarding jurisdictional cases relating to standing in IDEA hearings and conducted legal research regarding the same for the purpose of preparing arguments in anticipation of hearing for temporary restraining order | 1.40 | 230.00 | 322.00 |
| 10/13/2021 | EVH | Continued to prepare TRO and Complaint; conferred with potential new plaintiffs regarding same; reviewed and edited declarations provided by plaintiffs and other parents; conferred with Mary Klimesh regarding matter | 9.30 | 205.00 | 1,906.50 |
| 10/13/2021 | JP | Conferred with retained expert regarding draft report, sent draft revisions, and reviewed updated version of report; continued to analyze case law and strategy for TRO filings; continued to draft pleadings for TRO filing; reviewed declarations from multiple plaintiff parents | 8.30 | 205.00 | 1,701.50 |
| 10/13/2021 | TJM | Drafted introduction and initial section of TRO argument; completed initial draft of the "success on the merits" section of TRO motion; drafted bond section of TRO motion; filled in and edited facts section of TRO motion | 7.40 | 120.00 | 888.00 |
| 10/13/2021 | SM | Continued compiling potential hearing exhibits; organized additional student records provided by parents; updated engagement letter to add new parents-plaintiffs; updated client file | 4.00 | 125.00 | 500.00 |

**Caplan and Earnest LLC**

| | | |
|---|---|---|
| Douglas County School District | | December 01, 2021 |
| RE: County Public Health Order on Masks and Quarantining | | Invoice |
| ID: | | Page 4 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/14/2021 | ALS | Revised draft complaint; listened to Douglas County Health meeting regarding the proposed public health order | 3.00 | 205.00 | 615.00 |
| 10/14/2021 | EVH | Continued to prepare complaint and TRO; drafted and emailed to client declarations to accompany motion; conferred with public relations firm and District staff and counsel regarding strategy for filing and media relations; reviewed and edited declarations for clients and parents; emailed same for signature | 9.70 | 205.00 | 1,988.50 |
| 10/14/2021 | JP | Attended meeting with clients and public relations firm; continued to analyze case law and strategy regarding TRO; continued to draft pleadings regarding TRO; continued to prepare declarations to support motion for TRO | 8.40 | 205.00 | 1,722.00 |
| 10/14/2021 | SM | Organized signed declarations; continued compiling potential hearing exhibits; prepared JP entry of appearance; updated summons and civil cover sheet; updated witness and exhibit trackers; investigated current status of Douglas County Health Department for service of process; organized additional student records provided by parents; prepared affidavit template; conferred with J. Peters and E. Hood regarding initial case filing plan | 9.50 | 125.00 | 1,187.50 |
| 10/15/2021 | ALS | Revised draft complaint; reviewed declarations for strongest statements to include in TRO | 2.00 | 205.00 | 410.00 |
| 10/15/2021 | EVH | Continued to prepare complaint and motion for TRO; conferred with Mary Klimesh and JP regarding same; conferred with public relations firm concerning matter | 7.50 | 205.00 | 1,537.50 |
| 10/15/2021 | JP | Continued to analyze case law to support motion for TRO; continued to draft pleadings for TRO; continued to review and prepare declarations in support of motion for TRO | 7.70 | 205.00 | 1,578.50 |
| 10/15/2021 | TJM | Researched case law for filling lawsuit under pseudonyms; drafted Motion to Proceed under Pseudonym; read through all the signed parent declarations in preparation for revising the individual plaintiffs section of the Facts | 2.90 | 120.00 | 348.00 |
| 10/15/2021 | SM | Organized additional signed declarations; updated witness tracker | 0.60 | 125.00 | 75.00 |
| 10/16/2021 | SM | Updated parent and expert declarations; updated witness tracker | 0.80 | 125.00 | 100.00 |
| 10/17/2021 | EVH | Continued to draft and edit complaint; researched authority to support filing of complaint as verified | 4.00 | 205.00 | 820.00 |
| 10/17/2021 | JP | Continued to draft arguments for TRO; continued to analyze case law for TRO pleadings | 4.80 | 205.00 | 984.00 |
| 10/17/2021 | TJM | Revised Individual Plaintiffs section of Facts to include more citations to the signed parent declarations; added citations to facts section and made small revisions; emailed draft to JP, EVH, and AS | 5.20 | 120.00 | 624.00 |
| 10/18/2021 | EVH | Continued to prepare complaint and TRO and confer with client, JP, and public relations representatives regarding same | 11.50 | 205.00 | 2,357.50 |

## Caplan and Earnest LLC

| | | |
|---|---|---|
| Douglas County School District<br>RE: County Public Health Order on Masks and Quarantining<br>ID: ▮▮▮▮▮▮▮ | | December 01, 2021<br>Invoice ▮▮▮▮▮<br>Page 5 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 10/18/2021 | JP | Continued to draft pleadings in support of TRO; continued to analyze case law in support of TRO pleadings; reviewed pleadings and documents to ensure we have all necessary filings | 8.00 | 205.00 | 1,640.00 |
| 10/18/2021 | TJM | Reviewed draft of TRO motion and revised citations; collected key quotations from expert reports and emailed to EVH to use in complaint | 2.50 | 120.00 | 512.50 |
| 10/18/2021 | SM | Redacted identifying information from declarations; continued organizing technical data as potential exhibits for hearing on motion for temporary restraining order; reviewed draft motion to proceed under pseudonyms and suggested minor revisions; telephone conference with clerk's office regarding temporary restraining order information sheet; prepared order template; updated summons, case information sheet, entry of appearance and information sheet | 9.20 | 125.00 | 1,150.00 |
| 10/19/2021 | EVH | Continued to draft and edit complaint and TRO and related filings; conferred and corresponded with Mary Klimesh, JP, and SMM concerning same; edited press release and letter to community; finalized documents for filing; conferred with Ms. Klimesh regarding town hall hosted by Douglas County Commissioners | 8.50 | 205.00 | 1,742.50 |
| 10/19/2021 | JP | Continued to draft pleadings in support of TRO; continued to analyze case law in support of TRO pleadings; worked with client to prepare and finalize pleadings for filing | 11.10 | 205.00 | 2,275.50 |
| 10/19/2021 | SM | Reviewed draft complaint and motion for temporary restraining order and suggested minor revisions; arranged process server; updated all filings and began but did not complete filing process per instructions from client; provided key filings to Wendy Jacobs for review; updated witness and exhibit trackers and hearing exhibit inventory | 7.60 | 125.00 | 950.00 |
| 10/20/2021 | EVH | Coordinating filing; corresponded with Mary Klimesh, Corey Wise, and public relations representatives regarding press and response to same; conferred with JP regarding response from Douglas County | 3.50 | 205.00 | 717.50 |
| 10/20/2021 | JP | Finalized pleadings for filing; conferred with defense counsel regarding filing of lawsuit; conferred with clients regarding the filing of the lawsuit; analyzed potential defense strategy ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ | 5.00 | 205.00 | 1,025.00 |
| 10/20/2021 | SM | Finalized and filed complaint, summons requests, civil cover sheet, J. Peters entry of appearance, motion for temporary restraining order, proposed restraining order, temporary restraining order information sheet and motion to proceed under pseudonyms; coordinated returns of service with process server and filed same; received information from clerk's office regarding resubmission of summons requests; prepared and filed new summons requests; prepared notice of lawsuit/request to waive service and waiver of service forms directed to County Attorney | 5.00 | 125.00 | 625.00 |

**Caplan and Earnest LLC**

Douglas County School District  
RE: County Public Health Order on Masks and Quarantining  
ID: ██████

December 01, 2021  
Invoice ██████  
Page 6

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---:|---:|---:|
| 10/21/2021 | EVH | Prepared for TRO hearing; conferred with district and public relations firm on messaging strategy; conferred with JP and Mary Klimesh regarding TRO hearing | 7.00 | 205.00 | 1,435.00 |
| 10/21/2021 | JP | Conferred with court regarding potential hearing dates for hearing on temporary restraining order; conferred with defense counsel regarding hearing on temporary restraining order; began to prepare witnesses for hearing; conferred with client regarding hearing on temporary restraining order; analyzed strategy for hearing | 9.30 | 205.00 | 1,906.50 |
| 10/21/2021 | SM | Updated client file; prepared templates for witness and exhibit lists; reviewed and docketed minute order scheduling hearing on temporary restraining order; studied Judge Kane's court rules for guidance on exhibit preparation | 1.60 | 125.00 | 200.00 |
| 10/22/2021 | ALS | Researched defendants' experts | 1.20 | 205.00 | 246.00 |
| 10/22/2021 | EVH | Continued to prepare for TRO hearing; conferred with JP and Mary Klimesh regarding same; attended meeting with public relations firm and district staff; drafted witness and exhibit lists and conferred with opposing counsel concerning same | 9.50 | 205.00 | 1,947.50 |
| 10/22/2021 | JP | Conferred with witnesses and reviewed exhibits to prepare witness and exhibit list for hearing on temporary restraining order; analyzed strategy for hearing; conferred with client on strategy for hearing | 9.20 | 205.00 | 1,886.00 |
| 10/22/2021 | SM | Finalized, filed and served witness and exhibit lists; began compiling exhibits; organized expert materials from Health Department's expert | 1.20 | 125.00 | 150.00 |
| 10/23/2021 | EVH | Continued to prepare for TRO hearing; finalized exhibits and sent to opposing counsel for review | 8.30 | 205.00 | 1,701.50 |
| 10/23/2021 | JP | Prepared cross examinations of defendants' witnesses at temporary restraining order hearing; analyzed strategy for temporary restraining order hearing | 5.70 | 205.00 | 1,168.50 |
| 10/23/2021 | SM | Updated exhibits | 0.40 | 125.00 | 50.00 |
| 10/24/2021 | EVH | Continued to prepare for TRO hearing; conferred with JP and Mary Klimesh concerning same | 10.00 | 205.00 | 2,050.00 |
| 10/24/2021 | JP | Conferred with expert witnesses we retained to prepare them for testimony at the TRO hearing | 6.20 | 205.00 | 1,271.00 |
| 10/24/2021 | TJM | Researched potential impeachment material on County witness | 2.00 | 120.00 | 410.00 |
| 10/24/2021 | SM | Finalized exhibit list and provided same to judge and Health Dept. attorney | 0.30 | 125.00 | 37.50 |
| 10/25/2021 | ALS | Researched authority regarding standing of schools to bring claims on behalf of students | 1.50 | 205.00 | 307.50 |
| 10/25/2021 | EVH | Appeared for District at TRO hearing; conferred with Mary Klimesh, Wendy Jacobs, and JP regarding same; revised and practiced closing argument | 8.90 | 205.00 | 1,824.50 |
| 10/25/2021 | JP | Appeared in court for temporary restraining order hearing; prepared for second day of temporary restraining order hearing | 9.00 | 205.00 | 1,845.00 |

**Caplan and Earnest LLC**

| | | |
|---|---|---|
| Douglas County School District | | December 01, 2021 |
| RE: County Public Health Order on Masks and Quarantining | | Invoice |
| ID: | | Page 7 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---:|---:|---:|
| 10/25/2021 | SM | Updated client file; prepared template for reply in support of motion for temporary restraining order and preliminary injunction; updated expert folders and witness tracker; monitored TRO hearing | 6.60 | 125.00 | 825.00 |
| 10/26/2021 | EVH | Appeared for District at TRO hearing; conferred with Mary Klimesh, Corey Wise, and Wendy Jacobs concerning hearing and order; revised talking points for principals and emailed to Ms. Klimesh for review | 4.50 | 205.00 | 922.50 |
| 10/26/2021 | JP | Appeared in court for second day of TRO hearing; conferred with client about court's order granting TRO | 7.30 | 205.00 | 1,496.50 |
| 10/27/2021 | EVH | Reviewed media coverage of TRO ruling and corresponded with potential witnesses for preliminary injunction hearing | 0.20 | 205.00 | 41.00 |
| 10/27/2021 | SM | Docketed deadlines noted in order granting temporary restraining order | 0.20 | 125.00 | 25.00 |
| 10/28/2021 | EVH | Conferred with JP concerning strategy for upcoming preliminary injunction hearing; conferred with Mary Klimesh regarding same | 1.00 | 205.00 | 205.00 |
| 10/28/2021 | TJM | Reviewed pleadings from similar TRO cases around country to identify potential epidemiologist to hire as expert | 0.90 | 120.00 | 184.50 |
| 10/28/2021 | SM | Checked status of expedited transcript from TRO hearing; prepared first draft of notice regarding waivers of service | 0.40 | 125.00 | 50.00 |
| 10/29/2021 | SM | Filed waivers of service; finalized and filed notice regarding waivers of service | 0.40 | 125.00 | 50.00 |
| 11/01/2021 | EVH | Conferred with Mary Klimesh regarding strategy for injunction hearing; conferred with JP regarding same; analyzed options for same | 1.00 | 205.00 | 205.00 |
| 11/01/2021 | JP | Attended strategy meeting with DCSD client representatives and public relations firm; conferred with counsel for defendants regarding defendants' motion to continue preliminary injunction hearing | 1.50 | 205.00 | 307.50 |
| 11/02/2021 | EVH | Conferred with David Ray and Krista Holzmann regarding strategy for preliminary injunction hearing; conferred with JP regarding same; corresponded with opposing counsel regarding motion to vacate preliminary injunction hearing dates and set scheduling conference | 1.20 | 205.00 | 246.00 |
| 11/02/2021 | JP | Conferred with court clerk, who called to ask us to contact a teacher in the District who had contacted the court; conferred with client regarding call from court; conferred with opposing counsel regarding Defendants' motion to continue preliminary injunction hearing and reviewed and edited Defendants' draft motion to continue | 3.10 | 205.00 | 635.50 |
| 11/02/2021 | TJM | Researched the relationship between TRO and PI and what happens when a TRO is extended past its maximum allowed timeframe; drafted email to EVH and JP regarding the same | 0.50 | 205.00 | 102.50 |
| 11/02/2021 | SM | Updated client file | 0.20 | 125.00 | 25.00 |

## Caplan and Earnest LLC

| | | | | | |
|---|---|---|---|---|---|
| Douglas County School District | | | | | December 01, 2021 |
| RE: County Public Health Order on Masks and Quarantining | | | | | Invoice ▮ |
| ID: ▮ | | | | | Page 8 |

| Date | Atty | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/03/2021 | EVH | Conferred with KCE and Mary Klimesh regarding matter; drafted and edited response to motion to continue preliminary injunction hearing; corresponded and conferred with witnesses for hearing; analyzed strategy for same; compiled and organized exhibit and witness list for same | 4.50 | 205.00 | 922.50 |
| 11/03/2021 | SM | Provided requested court filing to personnel at attorney general's office | 0.20 | 125.00 | 25.00 |
| 11/04/2021 | EVH | Continued to prepare for hearing scheduled for November 8; finalized exhibits and witness list for same; reviewed judge's order continuing hearing and emailed clients and witnesses concerning same | 1.80 | 205.00 | 369.00 |
| 11/04/2021 | JP | Reviewed order on motion to continue issued today by court; analyzed Tenth Circuit case law regarding obtaining fees after prevailing on obtaining injunctive relief; analyzed strategy for this matter before the status conference next week | 0.90 | 205.00 | 184.50 |
| 11/04/2021 | SM | Prepared first draft of witness and exhibit lists for injunction hearing; finalized and served same; organized and provided engagement letters to conflicts counsel; reviewed draft response to motion to continue hearing and suggested minor revisions; finalized and filed same; compiled exhibits for injunction hearing | 3.60 | 125.00 | 450.00 |
| 11/07/2021 | EVH | Reviewed court order granting continuance and ordering parties to confer on certain matters before status conference; researched distinction between TRO and preliminary injunction; analyzed same; conferred with JP regarding strategy for status conference; emailed David Ray, Krista Holtzmann, and Mary Klimesh regarding same | 5.50 | 205.00 | 1,127.50 |
| 11/07/2021 | JP | Reviewed judge's order continuing preliminary injunction hearing and setting status conference and analyzed appropriate arguments to make at the status conference; analyzed 10th circuit caselaw regarding fee shifting in ADA cases; corresponded with clients before the status conference in this case | 4.20 | 205.00 | 861.00 |
| 11/08/2021 | EVH | Prepared for and attended status conference before Judge Kane; conferred with JP and Mary Klimesh regarding same; conferred separately with JP regarding strategy for matter; emailed individual plaintiffs with update on matter; provided Corey Wise with revisions to district-wide statement on TRO extension | 3.80 | 205.00 | 779.00 |
| 11/08/2021 | JP | Appeared for status conference; conferred with clients regarding status conference and next steps in the litigation of this matter; conferred with opposing counsel regarding status conference; traveled to and from court | 3.10 | 205.00 | 635.50 |
| 11/09/2021 | EVH | Prepared for board meeting; conferred with third-party witness concerning status of case; prepared for executive session with board of education and attended same | 3.00 | 205.00 | 615.00 |
| 11/09/2021 | JP | Attended executive session of the board of education to discuss this matter with the board; reviewed correspondence from client Mary Kay Klimesh | 1.30 | 205.00 | 266.50 |

**Caplan and Earnest LLC**

| | | | | | |
|---|---|---|---|---|---|
| Douglas County School District | | | | | December 01, 2021 |
| RE: County Public Health Order on Masks and Quarantining | | | | | Invoice |
| ID: | | | | | Page 9 |

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/09/2021 | SM | Reviewed and docketed minute order from status conference; compiled all filings to date in 21-cv-2818 and provided same to Plaintiff E.B. via secure electronic folder per her request | 0.50 | 125.00 | 62.50 |
| 11/10/2021 | JP | Reviewed agreements between county and their retained attorneys provided by parent; conferred with client regarding meeting of board of health; analyzed impact of board of health meeting at which there was no action taken | 0.90 | 205.00 | 184.50 |
| 11/11/2021 | EVH | Corresponded with opposing counsel on resetting status conference; conferred with JP regarding same; reviewed authority on mootness exceptions; emailed clients with update on case | 1.70 | 205.00 | 348.50 |
| 11/11/2021 | JP | Conferred with defense counsel regarding continuing status conference scheduled for next day; conferred with clients regarding continuing status conference scheduled for next day | 0.70 | 205.00 | 143.50 |
| 11/11/2021 | SM | Read and docketed minute order rescheduling status conference | 0.20 | 125.00 | 25.00 |
| 11/12/2021 | EVH | Conferred with JP and Mary Klimesh concerning Board of Health hearing and decision to modify public health order; reviewed modified public health order | 1.00 | 205.00 | 205.00 |
| 11/12/2021 | JP | Conferred with client Mary Kay KIimesh regarding amended public health order | 0.30 | 205.00 | 61.50 |
| 11/12/2021 | TJM | Conferred with JP regarding mootness of claims | 0.70 | 205.00 | 143.50 |
| 11/13/2021 | EVH | Analyzed whether claims are moot given modification of health order; conferred with JP and Mark Klimesh concerning same; researched authority concerning same; emailed individual and school district clients with detailed analysis of status of case and recommendation that they each approve dismissal of action; corresponded with opposing counsel concerning status of court hearing Monday | 6.10 | 205.00 | 1,250.50 |
| 11/13/2021 | JP | Conferred with defense counsel regarding amended public health order; analyzed amended public health order; analyzed whether amended public health order moots claims in this matter; analyzed controlling Tenth Circuit case law regarding mootness doctrine and exceptions to mootness doctrine | 3.20 | 205.00 | 656.00 |
| 11/14/2021 | TJM | Researched mootness in cases involving preliminary injunctions; conferred with JP regarding mootness and attorney's fees | 1.60 | 205.00 | 328.00 |
| 11/15/2021 | EVH | Travelled to and appeared at status conference before Judge Kane; conferred with JP concerning same; corresponded with individual plaintiffs concerning potential dismissal of claims; conferred with opposing counsel concerning same | 2.00 | 205.00 | 410.00 |
| 11/15/2021 | JP | Appeared in court for status conference in this matter; traveled to and from court appearance; conferred with counsel for defendants regarding whether claims may be moot; conferred with individual clients regarding whether they support dismissal of claims as moot | 2.40 | 205.00 | 492.00 |

## Caplan and Earnest LLC

Douglas County School District  
RE: County Public Health Order on Masks and Quarantining  
ID: ███████

December 01, 2021  
Invoice ███  
Page 10

| Date | | Description | | | |
|---|---|---|---|---|---|
| 11/15/2021 | SM | Studied and docketed minute order from today's status conference; itemized billing entries for motion for attorney's fees | 0.20 | 125.00 | 25.00 |
| 11/16/2021 | EVH | Conferred with individual plaintiff regarding mootness of case; conferred with JP regarding question from Mary Klimesh concerning application of PHO to charter schools | 0.30 | 205.00 | 61.50 |
| 11/16/2021 | JP | Conferred with client Mary Kay Klimesh regarding whether revised public health order excludes DCSD charter schools; analyzed whether revised public health order excludes DCSD charter schools | 0.70 | 205.00 | 143.50 |
| 11/17/2021 | EVH | Prepared for and participated in special meeting of board of education; emailed opposing counsel asking to confirm whether modified health applies to all district schools and confirming that all plaintiffs approve dismissal of action; drafted press release for when suit is dismissed | 2.50 | 205.00 | 512.50 |
| 11/17/2021 | JP | Attended executive session of the board of education regarding this matter; conferred with counsel for defendants regarding dismissal following the executive session | 0.80 | 205.00 | 164.00 |
| 11/18/2021 | JP | Conferred with defense counsel regarding proposed stipulation to dismiss; conferred with clients regarding proposed stipulation to dismiss; reviewed proposed stipulation | 0.60 | 205.00 | 123.00 |
| 11/19/2021 | JP | Conferred with clients regarding stipulation to dismiss; conferred with defense counsel regarding filing stipulation to dismiss; conferred with clients after court terminated case | 2.40 | 205.00 | 492.00 |

Sub-total Fees: $87,942.00

### Disbursements

| Date | Description | Amount |
|---|---|---|
| 10/20/2021 | Colorado District Court - filing fee | 402.00 |
| 10/31/2021 | Kevin Carlin, RMR, CRR - US District Court transcription fee | 289.80 |
| 11/01/2021 | Service of Process | 122.00 |
| 11/01/2021 | Service of Process | 122.00 |

Sub-total Expenses: $935.80

### Matter Summary

Total Current Charges: $88,877.80  
Total Payments: $0.00  
**Total Amount Due: $88,877.80**

## Caplan and Earnest LLC

Douglas County School District  
RE: County Public Health Order on Masks and Quarantining  
ID: 

December 01, 2021  
Invoice  
Page 11

| Fee Recap | | | |
|---|---:|---:|---:|
| | **Hours** | **Rate / Hour** | **Amount** |
| Travis Miller | 40.70 | $120.00 | 5,343.00 |
| Travis Miller | 2.80 | $205.00 | 574.00 |
| Jack Peters | 156.80 | $205.00 | 32,144.00 |
| Anne L. Stuller | 23.30 | $205.00 | 4,776.50 |
| Elizabeth R. Friel | 1.40 | $230.00 | 322.00 |
| Elliott V Hood | 181.50 | $205.00 | 37,207.50 |
| Shelley McKinstry | 60.60 | $125.00 | 7,575.00 |
| **Totals** | **467.10** | | |

| Billing and Payment Recap | | | |
|---|---:|---:|---:|
| | **Fees** | **Costs** | **Total** |
| **Year-to-Date** | | | |
| Total Billed | $87,942.00 | $935.80 | $88,877.80 |
| Total Paid | $ | $ | $ |
| **Inception-to-Date** | | | |
| Total Billed | $87,942.00 | $935.80 | $88,877.80 |
| Total Paid | $ | $ | $ |