## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-02818-JLK

DOUGLAS COUNTY SCHOOL DISTRICT RE-1,
C.B., by and through his parent and next friend, E.B.,
A.R., by and through his parent and next friend, L.R.,
J.G., by and through his parent and next friend, K.G.,
B.A., by and through her parent and next friend, J.A.,
M.M., by and through her parent and next friend, K.M.,
D.B., by and through his parent and next friend, J.B.,
R.P., by and through her parent and next friend, B.H.,
D.W., by and through his parent and next friend, G.W.,
A.L., by and through his guardian and next friend, C.L.,

**Plaintiffs**,

v.

DOUGLAS COUNTY HEALTH DEPARTMENT,
DOUGLAS COUNTY BOARD OF HEALTH,

**Defendants**.

---

### DEFENDANTS' MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' MOTION FOR ATTORNEY'S FEES AND COSTS

---

Defendants Douglas County Health Department and Douglas County Board of Health (collectively, the "Department") by and through its undersigned counsel Greenberg Traurig, LLP and pursuant to Fed. R. Civ. 6(b)(1)(A) and D.C.Colo.LCivR 6.1, submit the following Motion for Extension of Time to Respond to Plaintiffs' Motion for Attorney's Fees and Costs, and in support states as follows:

1.       In accordance with D.C.Colo.LCivR 7.1(a), counsel for the Department certifies that they have conferred with counsel for Douglas County School District RE-1 *et al.* ("Plaintiffs") via email and telephone regarding the relief requested and Plaintiffs do not oppose the relief sought

herein.

2.      On November 19, 2021, the parties filed a Joint Stipulation of Dismissal with Prejudice and the Court closed the case.

3.      Plaintiffs filed a Motion for Attorney's Fees and Costs on December 3, 2021 requesting the Court award them their attorney's fees in the amount of $87,942 and costs of $8,302.90.

4.      In light of the intervening holiday schedule, and to allow time for Defendants to consider Plaintiffs' motion and confer with Plaintiffs regarding potential resolution without intervention of the Court, Defendants respectfully request an extension of time, through and including January 21, 2022, to file their Response in Opposition to Plaintiffs' Motion for Attorney's Fees and Costs.

5.      Pursuant to Fed. R. Civ. P. 6(b)(1)(A), the Court may, for good cause, extend the time for a party to take a particular action so long as the requesting party makes such a request before the original time to respond expires. Because this Motion is filed before the expiration of Defendants' current deadline, this Motion is timely.

6.      This is Defendants' first request for an extension to respond to Plaintiffs' motion. This Motion is not for the purpose of hindrance or delay and no party will be prejudiced by the requested extension. To the contrary, this Motion is being filed to allow the parties to potentially avoid additional unnecessary litigation.

WHEREFORE, Defendants respectfully request that the Court grant it an extension of time, through and including January 21, 2022, within which to file its response to Plaintiffs' Motion for Attorney's Fees and Costs, and for such further and other relief as the Court deems just and proper.

Respectfully submitted this 21st day of December 2021.

/s/ Christopher J. Neumann
Christopher J. Neumann
GREENBERG TRAURIG, LLP
1144 15th Street, Suite 3300
Denver, CO 80202
(303) 572-6500
neumannc@gtlaw.com

Robert S. Fine
Robert S. Galbo
Elisa H. Baca
GREENBERG TRAURIG LLP
333 South East 2nd Avenue, Suite 4400
Miami, FL 33131
(305) 579-0826
finer@gtlaw.com
galbor@gtlaw.com
bacae@gtlaw.com

Kelly Dunnaway
DOUGLAS COUNTY ATTORNEY'S OFFICE
100 Third Street
Castle Rock, CO 80104
(303) 660-7414
kdunnawa@douglas.co.us

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of December, 2021, I electronically filed the foregoing document with the Clerk of Court using CM/ECF with service to the following counsel of record:

John F. Peters
Elliot V. Hood
Caplan & Earnest LLC
3107 Iris Avenue, Suite 100
Boulder, CO 80301
(303) 443-8010
jpeters@celaw.com
ehood@celaw.com

*Counsel for Plaintiffs*

/s/ Christopher J. Neumann
Christopher J. Neumann