# EXHIBIT D









# UPDATE: Face Coverings and Other COVID Mitigation Requirements

**Adjustments to COVID Outbreak/Exposure Notification**

**Honoring Dr. Martin Luther King, Jr.**

**Returning From Winter Break - COVID Protocols**

**UPDATE: Face Coverings and Other COVID Mitigation Requirements**

**Douglas County School District** » **About** » **Leadership** » **Superintendent** » **Superintendent Messages** » UPDATE: Face Coverings and Other COVID Mitigation Requirements

**UPDATE: Face Coverings and Other COVID Mitigation Requirements**
Posted on 12/08/2021







**Español** | **русский** | **中文**

December 8, 2021

Dear DCSD Families,



Last night during a special meeting, the DCSD Board of Education voted 4-3 to adopt a **resolution addressing face coverings and other COVID mitigation requirements in our school district**.



**As a result, effective immediately, DCSD's mask requirement is no longer in effect. DCSD will honor personal and parent choice with regard to mask-wearing at school.** There are, however, a couple of exceptions:







**Plans for New Alt. Ed. School & Innovation Center**

**Honoring Our Veterans and Active Service Members**

**DCSD Board of Education**

**Court Decision Regarding Public Health Order**

**DCSD mask requirement for Monday**

**DCSD Update Regarding Its Masking Requiremen**

**Clarification on Mask Procedures**

- Consistent with a federal public health order, students and staff are still required to wear face masks on school buses.

- As recognized in the Board of Education's resolution and by the Douglas County Board of Health, masking may be required in individualized circumstances as an accommodation under the ADA, Section 504, or the IDEA. Students, staff, and volunteers should continue to bring masks to school in the event they may be needed. In the case that masks are needed in certain situations t protect an individual with an accommodation under the ADA, Section 504, or the IDEA, it will be done in a manner that impacts the fewest number of individuals as possible and will additionally respect students and staff who for medical reasons cannot tolerate a mask.

Families needing accommodations related to ADA, 504 or IDEA should work with their school principal on determining potential plans and next steps.

Additionally, DCSD will continue with its layered COVID mitigation protocols which include:

- Pursuant to CDC guidance, recommending (but not requiring) the wearing of facial coverings.

- Encouraging frequent hand washing and providing access to hand sanitation stations.

- Continuing with increased ventilation in buildings.

- Encouraging outdoor learning and activities where possible.

- Disinfecting frequently.

- Implementing physical distancing where possible.

- Providing families and staff with **information about COVID vaccination and testing opportunities.**

- Notifying families when their student may have been exposed to COVID so they may screen for symptoms










**Update: Mask Wearing and Quarantines**

**Update on DCSD Universal Mask Requirement**

**Mask Compliance for Visitors in Schools**

**Face Coverings Required for P-K12**

**Update - TCHD Public Health Order**

**New Public Health Order - Mask Requirement**

**Update on DCSD COVID Protocols for 2021-22**

and access COVID testing if desired.

- Notifying staff members when they may have been exposed to COVID so they may screen for symptoms and access COVID testing if desired.

It is critical to note that the protocols listed above will be most effective with the partnership of our families and staff. Please continue to do your part by keeping students home, and/or staying home yourself, when showing symptoms of illness. Please reference this **symptom screening document** for guidance on when it is safe to return to school after illness.

In alignment with the Board of Education's resolution, DCSD will work to promote the appropriate balance between safety and an unconstrained learning environment.

DCSD will continue to monitor COVID data in our schools and community (**see COVID tracker**), and will consult with the Douglas County Board of Health, the Colorado Department of Public Health and Environment, and other agencies as appropriate as we continue to navigate the ongoing COVID pandemic.

Thank you for your partnership in this journey.

Corey Wise
Superintendent
Douglas County School District













