# EXHIBIT E

**DRAFT-Updated 12/29/21**

<u>Douglas County Covid Guidance: January 2022</u>

## Refer to School-based Exposures Flowchart Guidance (page 3)

**Definition of vaccinated:**
Vaccinated and within 6 months of 2nd dose
OR
Vaccinated outside of 6 month 2nd dose (or 2 months for J & J) and boosted (if eligible)

**Exposure Scenario: Sick Individual Masked**

Defined as an exposure to a probable or confirmed case of COVID-19 in a traditional classroom setting.  This refers to an exposure event in which an individual was within **6 feet** of an infectious person for 15 cumulative minutes within a 24-hour period **AND** the infectious person was wearing a mask correctly the entire time while performing routine classroom activities. In this scenario the exposed individual would be considered a close-contact.

**Action Needed: None** *(Recommended to send an exposure letter not mandatory)*

**Exposure Scenario: Sick Individual Unmasked**

Defined as a close contact exposure to a probable or confirmed case of COVID-19 in a traditional classroom setting.  This refers to an exposure within **6 feet** of an infectious person for 15 cumulative minutes within a 24-hour period **AND** the infectious person was not wearing a mask at all <u>or</u> incorrectly while performing routine classroom activities (such as during a teacher-led instruction or the seated performance of individual work). In this scenario the individual would be considered a close contact and risk of transmission is increased.

**Action Needed:**

- **Exposure notification to close contacts with next steps**

**Routine Class Activities *could* include:**

- Seated class work
- Restroom

- PE
- Hallways
- Intermittent walking around a classroom
- Study hall
- Drop off and pick up (including school bus transportation)
- Lab work under a hood
- Lab partners
- Group work
- Eating/drinking at lunch
- Music class

**Close Contact from Higher Risk Exposures**

Defined as anyone within six feet of an infectious individual for 15 cumulative minutes or more (in a 24-hour period) regardless of mask use during a higher risk activity (such as indoor or high contact athletics competition, indoor forced exhalation activities such as singing, exercising, or playing a wind or brass instrument etc.). *If the exposed individuals are fully vaccinated and completed their vaccine series within the last 6 months (or within 2 months for those who have received Johnson & Johnson) __OR__ are fully vaccinated and have received a booster: **no action is needed***.  (Some high-risk activities may be similar to programming that happens as a part of the academic day. In the spirit of prioritizing in-person learning, these activities which occur as part of the academic day do not result in quarantine if the infectious individual was masked).  Extra-curriculars such as sports, musicals, band practice etc. that happen outside the academic day and are optional usually involve additional risk, such as playing against competing teams from other schools, performing in plays/musicals, and other factors where control of interactions is limited and is affected by outside factors.

**Higher Risk Exposures *could* Include:**

- Indoor or high contact athletics competition
- Indoor forced exhalation activities
    - Singing, exercising
    - Playing wind or brass instrument

**Test to Stay with Jogan**

Following high risk exposure at school with a student/staff who has tested positive for COVID-19 or is considered a probable case by public health:

1. In consultation with Jogan Health Epi-Team, close contacts should be identified ASAP to determine who needs to be considered for TTS event
2. Schools should collect list of exposed students/staff opting for TTS event and provide list to Jogan Health Epi-Team
3. Jogan Health Epi-Team will determine how many tests are needed as well as Jogan staff needed to deploy for testing
4. School nurses will work with Scheduling Department at Jogan Health to schedule date and time of testing
5. Jogan testing staff will plan to be on-site at school on Day 3 and Day 5 following the in-school exposure to administer testing for students/staff who opted for the test to stay option. Jogan testing staff will need a designated area at school to administer testing (this can be a private room indoors OR an outdoor space if weather permits). Schools would house students in a designated area where they will not mix with students and staff who are not testing until they have their results.
6. Jogan testing staff will be responsible for collecting information on participants and documenting test results which will be shared with both the Jogan Epi-Team and DCSD

**Test to Stay w/o Jogan**

Following high risk exposure at school with a student/staff who has tested positive for COVID-19 or is considered a probable case by public health:

1. In consultation with Jogan Health Epi-Team, close contacts should be identified ASAP to determine who needs to be considered for TTS using community testing sites.
2. Schools should collect a list of exposed students/staff opting for TTS and provide a list to Jogan Health Epi-Team.
3. Schools will provide instructions on when students/staff must get tested and options where they can be tested to participants.
4. Students/staff will be expected to report results of testing to their school nurse ASAP- ideally this will occur before next school day if possible. Methods of report validation is a school decision (i.e. DCSD can choose to collect physical/electronic test result confirmation OR the honor system).
5. School nurses document these reports and share them with the Jogan Epi-Team ideally by Day 4 and Day 6. Jogan Epi-Team can also supplement gaps in reporting by searching Dr. Justina system for test results for participants on an as needed basis (if capacity allows).

