# EXHIBIT F

# WHO NEEDS TO QUARANTINE?
## For students, teachers, and staff in the school setting

**Was there a probable or confirmed case of COVID-19?**
- A positive COVID-19 test, even if later tests are negative, or
- Any major, or two or more minor symptoms (but has not had a negative test while symptomatic) or,
- Symptoms after a recent exposure to COVID-19 (but has not had a negative test while symptomatic)

→ NO (to right side)
↓ YES

**Was it a higher risk exposure or is the individual a teacher/staff member?**
Including not limited to: indoor sports, contact sports, band, and other activities with forced exhalation. Most bus exposures are high risk, but may be considered routine by the LPHA in some instances.

→ NO (to Routine Classroom Exposures)
↓ YES

### HIGHER RISK EXPOSURE

**Was the exposed person a close contact?** *(For higher risk exposures)*
- Within 6 ft for > 15 minutes if both ill and exposed person masked, **or**
- Within 12 ft for > 15 minutes if indoors and either ill or exposed person not masked, **or**
- Had any direct physical contact with ill person for any duration such as tackling, hugging, diapering, feeding, or sneezed/coughed on, **or**
- Lives in the same household as the ill person, **or**
- Sleeps in the same space as ill person, or
- Is identified as a close contact based on public health investigation

→ NO
↓ YES

**Was the exposed person immune?** *(For higher risk exposures)*
- Is 5-17 years old and has completed primary COVID-19 vaccine series (2 weeks after second vaccine dose or third if immunocompromised), **or**
- Is 18+ and has received all recommended vaccine doses, including third doses and additional primary shots for some immunocompromised people, or
- Viral test-confirmed infection in past 90 days

→ YES
↓ NO

### ROUTINE CLASSROOM EXPOSURES
*For students only*

**Was the exposed student a close contact?** *(For routine classroom exposures)*
- Within 6 ft for > 15 minutes if either ill and exposed person not masked, **or**
- Had direct physical contact with ill person for any duration such as tackling, hugging, diapering, feeding, or sneezed/coughed on, **or**
- Is identified as a close contact based on public health investigation

→ NO
↓ YES

**Was the exposed student immune, protected, or participating in screening testing?** *(For routine classroom exposures)*
- Is 5-17 years old and has completed primary COVID-19 vaccine series (2 weeks after second vaccine dose or third if immunocompromised), **or**
- Is 18+ and has received all recommended vaccine doses, including third doses and additional primary shots for some immunocompromised people, **or**
- Viral test-confirmed infection in past 90 days, **or**
- Protected via well-fitted mask wearing by the ill **and** exposed persons
- Participating in weekly screening testing and will continue to participate for at least 2 additional weeks

→ YES
↓ NO

**Criteria for Reduced Quarantine met and adopted by the LPHA?** *(For routine classroom exposures)*

See table: Criteria for Reduced Quarantine in Colorado's Practical Guide for Operationalizing CDC's School Guidance

→ NO
↓ YES

**QUARANTINE RECOMMENDED** (NO paths)

**REMAIN IN SCHOOL** (YES paths)

**NOTE:** Local public health agencies (LPHAs) have statutory authority to require quarantine and determinations may differ from this tool; individuals should defer to the determinations of their LPHA. Issuance of exposure notification letters, 10 day symptom monitoring, and exposure-based testing at 3-5 days are recommended even when quarantine is not required.

