**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.  21-cv-2818

DOUGLAS COUNTY SCHOOL DISTRICT RE-1,
C.B., by and through his parent and next friend, E.B.,
A.R., by and through his parent and next friend, L.R.,
J.G., by and through his parent and next friend, K.G.,
B.A., by and through her parent and next friend, J.A.,
M.M., by and through her parent and next friend, K.M.,
D.B., by and through his parent and next friend, J.B.,
R.P., by and through her parent and next friend, B.H.,
D.W., by and through his parent and next friend, G.W.,
A.L., by and through his guardian and next friend, C.L.

Plaintiffs,

v.

DOUGLAS COUNTY DEPARTMENT OF PUBLIC HEALTH,
DOUGLAS COUNTY BOARD OF HEALTH

Defendants.

## ENTRY OF APPEARANCE

To the clerk of court and all parties of record:

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for all Plaintiffs named above.

Respectfully submitted this 4th day of February 2022.

*s/Travis J. Miller*
Travis J. Miller, Esq.
CAPLAN AND EARNEST LLC
3107 Iris Avenue, Suite 100
Boulder, Colorado 80301
303-443-8010
tmiller@celaw.com
Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on February 4, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Kelly Dunnaway, Deputy County Attorney
Office of the County Attorney
Douglas County, Colorado
kdunnawa@douglas.co.us

Shelley Thompson, Esq.
April Hendricks, Esq.
Burns Figa & Will, P.C.
sthompson@bfwlaw.com
ahendricks@bfwlaw.com

Christopher J. Neumann, Esq.
Robert S. Fine, Esq.
Robert S. Galbo, Esq.
Elisa H. Baca, Esq.
Greenberg Traurig, LLP
neumannc@gtlaw.com
finer@gtlaw.com
galbor@gtlaw.com
bacae@gtlaw.com

Attorneys for Defendants

*s/Shelley McKinstry*
Shelley McKinstry